UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, THE MAINE HOSPITAL ASSOCIATION, ST. MARY'S REGIONAL MEDICAL CENTER, NATHAN LITTAUER HOSPITAL & NURSING HOME, UNITY MEDICAL CENTER, and DALLAS COUNTY MEDICAL CENTER,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>ROBERT F. KENNEDY, JR. Secretary of the U.S. Department of Health and Human Services, ET AL.,<br><br>　　　　Defendants. | Case No. 2:25-cv-00600-JAW<br><br>**THE MAINE HOSPITAL ASSOCIATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Plaintiff the Maine Hospital Association makes the following corporate disclosure statement:

There is no parent corporation, publicly held corporation, affiliated corporation, limited liability company, partnership, firm, joint venture, trust, or other entity, or any individual, owning 10% or more of the stock of the Maine Hospital Association or having 10% or more ownership interest in the Maine Hospital Association.

Dated: December 1, 2025　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Melissa A. Hewey
　　　　　　　　　　　　　　　　　　　　　Melissa A. Hewey
　　　　　　　　　　　　　　　　　　　　　**Drummond Woodsum Attorneys At Law**
　　　　　　　　　　　　　　　　　　　　　84 Marginal Way, Suite 600
　　　　　　　　　　　　　　　　　　　　　Portland, ME 04101
　　　　　　　　　　　　　　　　　　　　　(207) 253-0528
　　　　　　　　　　　　　　　　　　　　　mhewey@dwmlaw.com

Karen L. Dunn*
L. Rush Atkinson*
Lyle W. Gruby*
Jenifer N. Hartley**
**Dunn Isaacson Rhee LLP**
401 9th Street, NW
Washington, DC 20004
(202) 240-2900
kdunn@dirllp.com
ratkinson@dirllp.com
lgruby@dirllp.com
jhartley@dirllp.com

*Pro hac vice certification forthcoming.*
**Admitted in NY only; practice supervised by members of D.C. Bar. Pro hac vice certification forthcoming.*