IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, THE MAINE HOSPITAL ASSOCIATION, ST. MARY'S REGIONAL MEDICAL CENTER, NATHAN LITTAUER HOSPITAL & NURSING HOME, UNITY MEDICAL CENTER, and DALLAS COUNTY MEDICAL CENTER, <br><br> *Plaintiffs*, <br> v. <br><br> ROBERT F. KENNEDY, JR., Secretary of the U.S. Department of Health and Human Services, THOMAS J. ENGELS, Administrator, Health Resources and Services Administration, THE HEALTH RESOURCES AND SERVICES ADMINISTRATION, THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and THE UNITED STATES OF AMERICA, <br><br> *Defendants*. | Case No. 2:25-cv-00600-JAW |

**NOTICE OF INTENT TO MOVE TO INTERVENE**

Undersigned counsel for AbbVie Inc. and Pharmacyclics LLC (together, "AbbVie") hereby submit this notice of intent to move to intervene under Federal Rule of Civil Procedure 24 in the above-captioned matter. AbbVie has been accepted as a participant into the Rebate Model Pilot Program that Plaintiffs seek to enjoin in this litigation. AbbVie will file a motion to intervene and, if the motion is granted, will further oppose Plaintiffs' request for a temporary restraining order and any motion for a preliminary injunction.

In light of the accelerated timeline Plaintiffs have sought for this case, AbbVie respectfully requests that the Court permit AbbVie to participate in the telephone conference set for 11:00 a.m.

1

on Monday, December 8, 2025 in order to align its anticipated intervention motion with the Court's schedule in a manner efficient for the parties and the Court.

Dated: December 5, 2025          Respectfully submitted,

/s/ *Jay S. Geller*

Jay S. Geller
Law Office of Jay S. Geller
Lunt Professional Building
74 Lunt Road, Suite 206
Falmouth, ME 04105
Telephone: (207) 899-1477
Email: jgeller@jaysgellerlaw.com

Matthew S. Owen (*pro hac vice* forthcoming)
Meredith Pohl (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Email: matt.owen@kirkland.com
      meredith.pohl@kirkland.com

*Counsel for AbbVie Inc. and Pharmacyclics LLC*

## **CERTIFICATE OF SERVICE**

      I, Jay S. Geller, hereby certify that on December 5, 2025, I caused the foregoing Notice of Intent to Move to Intervene to be filed via the Court's CM/ECF electronic filing system ("CM/ECF"), which sent notice to all parties receiving notification through CM/ECF.

                                                          */s/Jay S. Geller*
                                                          Jay S. Geller, Esq.
                                                          Law Office of Jay S. Geller
                                                          Lunt Professional Building
                                                          74 Lunt Road, Suite 206
                                                          Falmouth, Maine 04105
                                                          (207) 899-1477
                                                          jgeller@jaysgellerlaw.com
                                                          www.jaysgellerlaw.com