**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

THE AMERICAN HOSPITAL ASSOCIATION, *et al.*,

Plaintiffs,

v.

ROBERT F. KENNEDY, JR. SECRETARY of the U.S. Department of Health and Human Services, *et al.*,

Defendants.

No. 2:25-cv-600-JAW

**DEFENDANTS' POSITION ON MOTIONS TO INTERVENE**

On December 10, 2025, various drug manufacturers moved the Court to intervene in the above-captioned action. *See* Doc. No. 36 (AbbVie), Doc No. 39 (AstraZeneca), Doc. No. 45 (PhRMA), Doc. No. 50 (NovoNordisk). Defendants take no position on the aforementioned intervention motions.

Dated: December 15, 2025

Respectfully submitted,

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Director
Federal Programs Branch

*/s/ Elisabeth J. Neylan*
Elisabeth J. Neylan
Trial Attorney (N.Y. Bar Reg. No. 6125736)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 616-3519; Fax: (202) 616-8460

E-mail: Elisabeth.J.Neylan@usdoj.gov

*Attorneys for Defendants*