## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

THE AMERICAN HOSPITAL ASSOCIATION, *et al.*,

Plaintiffs,

v.

ROBERT F. KENNEDY, JR. SECRETARY of the U.S. Department of Health and Human Services, *et al.*,

Defendants.

No. 2:25-cv-600-LEW

## DECLARATION OF CHANTELLE BRITTON

I, Chantelle Britton, M.P.A., M.S., declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am the Director of the Office of Pharmacy Affairs (OPA). OPA is part of the Health Resources and Services Administration (HRSA), an agency within the U.S. Department of Health and Human Services (HHS). OPA has delegated authority to administer the 340B Program, which is codified in statute at 42 U.S.C. § 256b or Section 340B of the Public Health Service Act. OPA is responsible for the day-to-day administration of the 340B Program. I make this declaration based on personal knowledge and information provided to me by my staff in the course of my official duties as the Director of OPA.

### Exhibits

2.      Exhibit 1 is a true and accurate copy of the documents related to HRSA's approval of AbbVie's submitted plan for the 340B Rebate Model Pilot Program. These documents include AbbVie's initial application (Exhibit 1 0015 – 0026), HRSA's request for revisions and clarifications (Exhibit 1 0031 – 0032), AbbVie's revised application (Exhibit 1 0061 – 0071), HRSA's approval (Exhibit 1 0090 – 0092), and correspondence between HRSA and AbbVie during the approval process.

3.      Exhibit 2 is a true and accurate copy of the documents related to HRSA's approval of Johnson & Johnson's submitted plan for the 340B Rebate Model Pilot Program. These documents include Johnson & Johnson's initial application (Exhibit 2 0003 – 0009), HRSA's request for revisions and clarifications (Exhibit 2 0025 – 0026), Johnson & Johnson's revised application (Exhibit 2 0066 – 0074), HRSA's approval (Exhibit 2 0085 – 0087), and correspondence between HRSA and Johnson & Johnson during the approval process.

### Preliminary Administrative Record Index

4.      HRSA is in the process of compiling the administrative record for this case. I certify that the Administrative Record includes, but is not limited to, the exhibits listed above and the documents that are listed in the index below. I note that this list is not comprehensive and that HRSA has not been able to determine the total page count for many of the documents because HRSA is still compiling the Administrative Record:

a.  Press Release, HRSA, HRSA Announces Application Process for the 340B Rebate Model Pilot Program and Request for Public Comment (July 31, 2025), https://www.hrsa.gov/about/ news/press-releases/rebate-model-pilot-program ("HRSA Press Release")

b.  340B Program Notice: Application Process for the 340B Rebate Model Pilot Program, 90 Fed. Reg. 36,163 (Aug. 1, 2025)

c.  340B Program Notice: Application Process for the 340B Rebate Model Pilot Program; Correction, 90 Fed. Reg. 38,165 (Aug. 7, 2025)

d.  HRSA, 340B Drug Pricing Program, FAQs, https://www.hrsa.gov/opa/faqs?categories=All&keywords= (last visited Dec. 21, 2025)

e.  Comments received in response to the Notice

f.  Applications to participate in the 340B Rebate Model Pilot Program

g.  Correspondence between HRSA and manufacturers regarding the applications

h.  Letters approving applications

In accordance with 28 U.S.C. § 1746, I declare, under penalty of perjury, that the above information is true and correct to the best of my knowledge and belief.

Signed this 22nd day of December 2025.

_____

Chantelle Britton, M.P.A., M.S.
Director
Office of Pharmacy Affairs
Health Resources and Services Administration