

September 8, 2025

**VIA ELECTRONIC FILING TO**:
www.regulations.gov

Chantelle Britton
Director
Office of Pharmacy Affairs
Health Resources and Service Administration
5600 Fishers Lane, Mail Stop 14W52
Rockville, MD 20857

Re:    **Announcement of Application Process for the 340B Rebate Model Pilot Program and Request for Public Comment; Correction (HHS Docket No. HRSA-2025-14619)**

Dear Director Britton:

AbbVie Inc. ("AbbVie") is pleased to provide comments in response to the announcement of an application process for the 340B Rebate Model Pilot Program and request for public comment; Correction (HHS Docket No. HRSA-2025-14619) ("Notice"), which the Health Resources and Services Administration ("HRSA") issued on August 7, 2025.[1]

AbbVie is a biopharmaceutical company committed to discovering and delivering innovative medicines and solutions that solve serious health issues today and address the medical challenges of tomorrow. We strive to have a remarkable impact on people's lives across several key therapeutic areas including immunology, oncology, neuroscience, and eye care. AbbVie focuses on these areas to accelerate the development of innovative approaches to treat disease and to respond to unmet patient needs. AbbVie has a robust pipeline of potential new medicines, with the goal of finding solutions to address complex health issues and enhance people's lives.

AbbVie supports the 340B Rebate Model Pilot Program ("Pilot Program") as a first step toward curbing widespread abuses that undermine the 340B program's patient-focused objectives. Rather than helping to ensure appropriate access to care and medicines for vulnerable patients, as Congress intended,[2] the 340B Program has exploded in size[3] and has been serving as a profit maximizing opportunity for contract pharmacies, pharmacy benefit managers ("PBMs"), and other third parties. AbbVie supports a vision of the 340B program in which rebate models can, and *should*, be structured to encourage covered entities to pass on the 340B discount to low-income patients—

---

[1] 340B Program Notice: Application Process for the 340B Rebate Model Pilot Program; Correction, 90 Fed. Reg. 38165 (Aug. 7, 2025).

[2] H.R. Rep. 102-384(II) at 10-12 (1992). The purpose of the federal 340B program is to "reduce pharmaceutical costs for safety-net medical providers and the indigent populations they serve" by creating "a low-cost source of pharmaceutical medication for the indigent patients themselves." Connor J. Baer, Drugs for the Indigent: A Proposal to Revise the 340B Drug Pricing Program, 57 Wm. & Mary L. Rev. 637, 638 (2015) (footnote omitted).

[3] BRG, Measuring the Relative Size of the 340B Program (2022 Update) (May 2024), https://media.thinkbrg.com/wp-content/uploads/2024/05/13163125/340BProgram_Relative_Size_WP_2022Update.pdf ("The 340B program is the second largest pharmaceutical program under the purview of a federal agency.").

**Exhibit 1 0001**



AbbVie encourages HRSA to support models designed to support vulnerable patients. Typically, covered entities do not pass on 340B discounts to the vulnerable patients who need them most. A thoughtful rebate approach could change that.

As an initial matter, AbbVie is concerned that the scope and limits of the Pilot may impact the success of the Pilot and frustrate HRSA's intent. To that end, AbbVie provides the following specific comments on HRSA's Notice: (I) HRSA should clarify the program scope and data fields necessary to implement a robust and effective Pilot Program; (II) HRSA should expand the program to include class competitors to selected drugs to avoid unintended negative consequences of so narrow a Pilot; (III) HRSA should clarify the process for 340B and MFP deduplication; and (IV) HRSA should move quickly to assess the Pilot Program, including expanding the Pilot Program to allow for a robust model that supports extension to all 340B drugs. Additionally, the Pilot should be used to help rein in rampant program abuse. To that end, AbbVie urges (V) that the Pilot Program address all duplicate discount prohibitions and abuses (including diversion), and (VI) HRSA clarify that the Pilot Program preempts state laws that restrict collection of 340B claims data.

## I.      HRSA Should Clarify the Scope of the Program and Data Collection Needed for a Robust and Effective Pilot.

AbbVie urges HRSA to clarify the proposed scope of the Pilot Program and also clarify and amend the data fields which are necessary to implement a robust and effective Pilot Program.

With respect to the scope of the program, the Notice states that rebates are paid "regardless of payer."[4] Additionally, online FAQs posted by HRSA state that the 340B rebate model pilot is applicable to "all selected drugs under [initial price applicability year ("IPAY")] 2026 to the extent they are covered outpatient drugs, including physician- or clinic-administered drugs."[5] AbbVie interprets these statements to mean that the Pilot Program is applicable to all selected drugs approved under a manufacturer's Rebate Plan across *all payers.* In addition, HRSA should confirm that manufacturers that participate in and operate within the confines of a HRSA-authorized Rebate Plan satisfy the "must offer" provision of the 340B statute.[6]

Furthermore, as described in detail below, AbbVie urges HRSA clarify the required data collection fields, including by extending the data fields so they cover medical claims when available, and also require submission of purchase history data. Additionally, AbbVie requests HRSA include additional data fields that align with commercially-standard and readily-available information that covered entities maintain and report under other insurance and discount programs that AbbVie believes are necessary to support the integrity and efficiency of the Pilot Program.

Finally, as HRSA considers how the Pilot Program can work efficiently to curb abuse in the 340B program, AbbVie also urges HRSA to consider how data collection can more effectively address rampant diversion in the program. HRSA should consider adding data fields to support identification of the patient and rein in diversion, such

---

[4] 90 Fed. Reg. at 38166.
[5] *See* https://www.hrsa.gov/opa/340b-model-pilot-program.
[6] Public Health Service Act ("PHSA") § 340B(a)(1) (the 340B Pharmaceutical Pricing Agreement "shall require that the manufacturer offer each covered entity covered outpatient drugs for purchase at or below the applicable ceiling price if such drug is made available to any other purchaser at any price.").

**Exhibit 1 0002**



as: Billing Service Provider ID, Encounter Date of Service, Rendering Physician ID, Place of Service Code, HCPCS Code and Diagnosis Code.[7]

### A.    Data Collection Should Include Pharmacy Claims, Medical Claims and Purchase History.

The Notice lists certain "readily-available pharmacy claim fields" that a manufacturer may request from a covered entity under the Pilot Program and requests comment on "any additional data or reporting elements that should be required to improve implementation and evaluation of the pilot."[8]

Given that the Pilot Program applies "regardless of payer," AbbVie requests HRSA update the required data fields to include not only "pharmacy claim fields" in the list of permitted data elements, but also to include medical claims data and data supporting purchase history.[9]  Thus, AbbVie requests that HRSA recognize that three categories of data fields (not just pharmacy claims) are needed to effectuate the Pilot Program: pharmacy claims data, medical claims data, and purchase data. Although the Medicare maximum fair price ("MFP") is limited to Part D in IPAY 2026, selected drugs may be administered under Medicare Part B or another payer's medical benefit, and pharmacy claims fields would not provide a manufacturer with the necessary information to determine whether a 340B rebate is owed in those instances. AbbVie urges that for medical claims, HRSA clarify the collection of alternative comparable data elements to those collected on pharmacy claims. Additionally, purchase history data is critical, both because proof of purchase is essential for validation of claims data and because of the importance of ensuring payment accuracy—that the amount paid in a rebate is tied appropriately to the current quarter's Wholesale Acquisition Cost ("WAC") pricing. Consistent with how manufacturer systems operate under the chargeback model, manufacturers must know the original invoice date of the package sold to determine the appropriate credit (including insofar as WAC may change from time to time).

Although each category serves a distinct purpose, there is significant overlap among the elements in each category (thus limiting the burden on participating covered entities), as illustrated below:

| Proposed HRSA Field | Field | Description | Pharmacy Claims | Medical Claims | Purchase History | Industry Standard[10] |
|:---:|:---:|---|:---:|:---:|:---:|:---:|
| ✓ | Date Of Service | Identifies date the prescription was filled at a pharmacy or professional service rendered. Sometimes referred to as the Fill Date. | ✓ | ✓ | | ✓ |
| ✓ | Date Prescribed | Date the prescriber wrote the prescription. Always comes on or before the Date of Service. | ✓ | | | ✓ |
| ✓ | Rx Number | Identifier applied to the prescription by the pharmacy. | ✓ | | | ✓ |
| ✓ | Fill Number | Indicates the number of times the prescription has been filled as of the current fill. For example, a value of 2 indicates that the prescription has been filled twice and the current fill is the second one. | ✓ | | | ✓ |
| ✓ | NDC-11 | 11-digit National Drug Code which is a unique identifier of the drug dispensed to the patient and sold. | ✓ | ✓ | ✓ | ✓ |

---

[7] HRSA's 1996 Guidance interpreting the term patient is overinclusive and has allowed for exploitation of the 340B program in ways that are contrary to the 340B statute.  To address these concerns, we also urge HRSA to issue new guidance interpreting the term patient in alignment with the proper reading of the term "patient" in the 340B statute.

[8] 90 Fed. Reg. at 38166.

[9] 90 Fed. Reg. at 38166.

[10] Industry standard represents a data field that is commonly provided to insurance carriers or a payer industry standard field.

Exhibit 1 0003



| Proposed HRSA Field | Field | Description | Pharmacy Claims | Medical Claims | Purchase History | Industry Standard[10] |
|---|---|---|---|---|---|---|
| ✓ | Quantity / Quantity Dispensed | Number of units (dispensed or sold). | ✓ | ✓ | ✓ | ✓ |
| ✓ | Prescriber ID / Physician ID | National provider identifier (NPI) of the prescriber that wrote the prescription or administered the drug. | ✓ | ✓ | | ✓ |
| ✓ | Service Provider ID / Ship-to-Pharmacy ID | ID assigned to a pharmacy or provider billing location/ Service facility location of encounter (e.g., NPI of the pharmacy that filled the prescription), also referred to as ship-to pharmacy (NPI). | ✓ | ✓ | ✓ | ✓ |
| ✓ | 340B ID | HRSA-assigned identifier of the 340B covered entity that purchased the product and designated the prescription as 340B. | ✓ | ✓ | ✓ | |
| ✓ | BIN Number | Prescription Drug Bank Identification Number. Enables pharmacies to electronically transmit data to the appropriate PBM for processing and reimbursement. | ✓ | | | ✓ |
| ✓ | PCN Number | Processor Control Number. Identifier used to determine which processor will handle a prescription drug claim. Might say "CASH". | ✓ | | | ✓ |

The overlap illustrates that many of the data fields HRSA already identified are also applicable for medical claims and purchase history and thus the additional categories do not seek to add significant additional data but rather ensure the data provided is able to properly identify the purchase and claim. AbbVie also encourages HRSA to recognize the different possible naming conventions, based upon the type of data, as illustrated above. Moreover, the additional requested data fields are well-recognized and consistent with standard commercial billing practices.

Within these already identified fields, AbbVie requests that HRSA provide clarification of the scope of data to be submitted where different covered entities may utilize different data sets. Specifically:

- **Quantity or Quantity Dispensed** AbbVie requests HRSA clarify that quantity must be defined by the National Council for Prescription Drug Programs ("NCPDP") billing unit standard ("BUS") -- i.e., each, mL, or gram.[11] Additionally, AbbVie requests HRSA clarify that covered entities may not utilize generic billing codes that do not identify a specific quantity. Quantity can be recorded in a number of different ways based upon the organization or covered entity, and in some cases, instead of identifying a quantity, a generic billing code (e.g., J3490) can be used instead. AbbVie's recommended approach ensures the unit quantity is consistently reported.

- **Service Provider ID, Prescriber ID, Physician ID or Ship-to-Pharmacy ID** AbbVie requests that HRSA clarify that a National Provider Identifier ("NPI") will be submitted for the pharmacy or prescriber ID fields. If HRSA does not require an NPI, a qualifier field would be needed to specify the type of ID being provided, such as DEA, NCPDP, Medicaid ID. Requiring an NPI is standard in the industry and allows for efficient and effective processing of claims data.

For the reasons explained above, AbbVie urges HRSA to make clear the required data fields will apply to both pharmacy and medical data (as applicable) and also require covered entities to provide purchase history data,

---

[11] NCPDP Billing Unit Standard Fact Sheet, https://standards.ncpdp.org/Standards/media/pdf/BUS_fact_sheet.pdf.

Exhibit 1 0004



as detailed above. Additionally, AbbVie requests HRSA provide the above requested clarifications to the data specified under the quantity and ID fields.

**B.      AbbVie Requests HRSA Include Limited Additional Data Fields to Support Effective Data Collection and Claims Identification.**

In addition to the above identified fields for the three categories (pharmacy, medical and purchase history), AbbVie requests HRSA add the following limited additional data fields, as justified below. AbbVie believes that the proposed list of additional data fields is a streamlined approach that will support the success of the Pilot Program without burdening covered entities.

*Additional pharmacy and medical field*

- **Group Number ID** A group number ID is necessary to support the integrity of the Pilot Program and to show that the claim is connected to a service that was rendered or a prescription that was filled by the patient. Specifically, connecting the claim to a plan that paid the claim ensures the drug was received by a patient and also that it is not submitted by multiple insurance companies. For example, where a patient maintains secondary insurance, the inclusion of a group number allows for identification of those instances. Additionally, Group Number ID is required for manufacturers to deduplicate Medicaid discounts that have received a 340B ceiling price, as required under the statute.[12] Thus, AbbVie requests HRSA add a group number ID to the data fields required to obtain a rebate under the Pilot Program.

*Additional purchase history data fields*

HRSA issued FAQs that clarify that under the Pilot Program covered entities must purchase products at WAC and submit data for those purchases to the manufacturer to be eligible for the 340B ceiling price.[13] According to the posted FAQs, the 340B rebate amount is calculated as the difference between WAC and the 340B ceiling price at the time of the invoice. Purchase history data is critical for payment accuracy to ensure that the amount paid in a rebate is appropriate to the current quarter's WAC pricing. In-line with how manufacturer systems operate under the chargeback model, the original invoice date of the package used for the basis of a 340B credit is used to price the credit. For example, if a 340B credit is based on a package with an invoice date of 7/1/2025, 7/1/2025 will appear in the chargeback data sent to a manufacturer for approval.

HRSA further clarifies in its FAQs that in order to have a uniform rebate, covered entities should purchase 340B product "through their 340B wholesale account, when available," which the wholesalers "should update price files with their wholesale to appropriately reflect the WAC or other commercial acquisition price in the 340B account, so that once the rebate is paid, the 340B ceiling price is effectuated."[14] AbbVie appreciates HRSA's clarification; however, not every covered entity uses a 340B wholesale account for purchase. And in that case, without the invoice that identifies the date of purchase, a manufacturer cannot accurately identify the correct acquisition cost. Furthermore, purchase history data is an important part of maintaining supply chain integrity and confirming submitted claims are connected to a bona fide purchase of product.

---

[12] PHSA § 340B(a)(5)(A); Social Security Act ("SSA") § 1903(m)(2)(A)(xiii); SSA § 1927(j)(1).
[13] *See* https://www.hrsa.gov/opa/340b-model-pilot-program.
[14] *See* https://www.hrsa.gov/opa/340b-model-pilot-program.

**Exhibit 1 0005**



Thus, AbbVie requests HRSA require the following data fields to support purchase history:

| Proposed HRSA Field | Field | Description | Purchase History |
|---|---|---|---|
| ✓ | NDC-11 | 11-digit National Drug Code which is a unique identifier of the drug dispensed to the patient and sold. | ✓ |
| ✓ | Quantity | Number of units sold. | ✓ |
| ✓ | Service Provider ID / Ship-to-Pharmacy ID | ID assigned to a pharmacy or provider billing location / Service facility location of encounter (e.g., NPI of the pharmacy that filled the prescription), also referred to as ship-to pharmacy (NPI). | ✓ |
| ✓ | 340B ID | HRSA assigned identifier of the 340B covered entity that purchased the product and designated the prescription as 340B. | ✓ |
| | Account Number | Account number used to make WAC purchase (wholesale). | ✓ |
| | Invoice Date | Date of sales invoice. | ✓ |
| | Invoice Number | Unique identifier for the invoice. | ✓ |

As shown in the above chart, the only additional fields that have not been identified by HRSA to date are account number, invoice date and invoice number.

While purchase history data may be applicable to more than one claim (purchases are generally at the package level and AbbVie understands that claims under the rebate model will be processed at the unit data), existing commercially-standard and readily-available information allows manufacturers to cross-reference that data and validate that a claim is attached to a verified purchase of a product under the Pilot Program. The invoice number and account number will allow manufacturers to correlate the purchases with claims data in order to ensure each claim is attached to a purchase at WAC.

AbbVie urges HRSA to adopt the addition of the above limited data fields in order for the Pilot Program to be ensured to operate efficiently and successfully.

**C.    Data Must Be Verified as Accurate and Complete in Order for a Covered Entity to Receive a Rebate.**

The Notice states that "all rebates are paid to the covered entity (or denied, with documentation in support) within 10 calendar days of data submission."[15] However, HRSA does not address data collection that is incomplete or not able to be verified by a manufacturer or its vendor. AbbVie urges that HRSA clarify that the 10 day payment window is triggered *only* upon submission of complete claims data according to the eligibility criteria approved by HRSA that can be verified by the manufacturer. In AbbVie's experience validating customer data submissions, we have seen incomplete, inaccurate or even encrypted data submitted that required follow-up to fix. Such incomplete or inaccurate data would frustrate the intent of the Pilot Program.

---

[15] *See* https://www.hrsa.gov/opa/340b-model-pilot-program.

Exhibit 1 0006



For example, if a manufacturer is unable to verify the data submitted, including because of errors in the data or missing fields, AbbVie requests that HRSA clarify that the manufacturer can notify the covered entity that the claims data is incomplete and the covered entity may remedy the error. In that case, the 10 day payment window for the covered entity would not begin until the date on which the incomplete data had been resubmitted.

This approach is consistent with requirements for payment under other federal healthcare programs. For instance, under Medicare Part B, the 30-day window for a Medicare Administrative Contractor to pay a claim is triggered when the contractor receives a "clean claim," which among other requirements has "all basic information necessary to adjudicate the claim, and all required supporting documentation."[16] Similar clean claim requirements apply under Medicare Part D[17] and Medicaid.[18] Likewise, the 10 day window for a manufacturer to provide a rebate under the Pilot Program should begin only after the manufacturer receives accurate and complete claims data.

## II.    HRSA Should Expand the Pilot Program to Include All Drugs in the Same Therapeutic Class as an IPAY 2026 Selected Drug.

HRSA states that the "scope of" the Pilot Program is "limited to the NDC–11s included on the CMS Medicare Drug Price Negotiation Selected Drug List."[19] CMS has chosen to use a Medicare Transaction Facilitator ("MTF") to effectuate the MFP for selected drugs. The MTF adds additional administrative and operational burdens for pharmacies and dispensers, introducing an entirely new reimbursement system between manufacturers and dispensing entities. In fact, 93.2 percent of independent pharmacies have stated that they either will not (or are considering not) stocking selected drugs.[20] As stakeholders continue to express to CMS,[21] the operational concerns for selected drugs have already put pressure on stakeholders to consider shifting away from selected drugs.

AbbVie is concerned about potential unintended consequences for patients if a rebate model is permitted for some, but not all, drugs in a therapeutic class. Indeed, although AbbVie supports the objectives of the Pilot Program to bolster program integrity, insight into the appropriate operation of a rebate model for the 340B program may be hampered if covered entities shift patients away from products included in the Pilot Program in an effort to avoid the rebate structure or retaliate against manufacturers who participate. HRSA thus also should allow manufacturers of drugs in the same therapeutic class as the IPAY 2026 drugs to participate in the Pilot Program. Not only would inclusion of other drugs used to treat the same conditions allow HRSA to evaluate the Pilot Program more comprehensively, it also would avoid the potential risk of covered entities selecting and prescribing alternative therapies not subject to a rebate for reasons unrelated to patient care. HRSA can help mitigate this concern by allowing additional manufacturers of competitor drugs to participate in the Pilot Program—while also allowing the agency to collect additional data from a richer and more robust sampling and protecting patients from inappropriate switching based not on a provider's clinical judgment.

---

[16] CMS, Medicare Claims Processing Manual, ch. 1 § 80.2.

[17] 42 C.F.R. § 423.520(b).

[18] 42 C.F.R. § 447.45.

[19] 90 Fed. Reg. at 38166.

[20] *NCPA to CMS: A Third of Independent Pharmacies Won't Carry Drugs in the Negotiated Price Program, and 60 Percent More are Considering Dropping Out* (Jan. 27, 2025), https://ncpa.org/newsroom/news-releases/2025/01/27/ncpa-cms-third-independent-pharmacies-wont-carry-drugs-negotiated.

[21] CMS, HPMS Memo on "Network Adequacy Requirements and Dispensing Fees for Selected Drugs" (August 25, 2025) ("CMS has continued to hear concerns that pharmacies might be reimbursed by Part D plan sponsors below the price the pharmacy paid to acquire the selected drug, including potentially below the MFP for the selected drug. . . . [T]he agency shares concerns raised in public comments regarding the potential impact on pharmacy revenue when MFPs for selected drugs take effect.").

**Exhibit 1 0007**

abbvie

HRSA could, for example, allow manufacturers to participate in the Pilot Program if their drugs maintain indications approved by FDA to treat the same diseases or conditions as selected drugs (including generics and biosimilars of the selected drugs). Utilizing this broad approach would ensure that providers retain significant choice—where possible—among therapies used to treat particular conditions. As noted above, AbbVie is significantly concerned that pharmacies may not stock selected drugs that participate in the Pilot Program, and including a wide number of competing therapies in the Pilot Program will support provider choice and ensure that the Pilot Program does not inadvertently discourage use of products based solely on an applicable rebate mechanism —a factor wholly unrelated to patient care and the best clinical judgment of a prescribing physician. Indeed, HRSA should not allow the Pilot Program to disrupt patient care, including in situations in which providers switch patients from selected drugs to competitors or where administrators otherwise might steer facilities toward therapies because they would not be subject to 340B rebates.

AbbVie strongly recommends HRSA monitor nonmedical switching through quarterly data reports and seek enforcement against covered entities who engage in such behavior, which is a violation of the 340B program rules, including using HRSA's audit authority against covered entities to ensure compliance.

**III.    AbbVie Encourages HRSA to Clarify the Process for 340B and MFP Deduplication.**

As explained above, under the IRA, when a selected drug is administered to a Medicare patient of a 340B covered entity, the manufacturer is required to provide access to the lower of (1) the drug's MFP or (2) the drug's 340B ceiling price—but not both.[22] CMS has chosen to use an MTF to effectuate the MFP required under the IRA for selected drugs. Specifically, under the deduplication provision, manufacturers are required to "provide access" to the lower of MFP or the 340B ceiling price "to such covered entity with respect to maximum fair price eligible individuals."[23] CMS has implemented that requirement through establishing a data and payment transaction facilitator (MTF-DM and MTF-PM) between dispensing entities and manufacturers.[24]

HRSA should issue clear direction regarding how nonduplicative discounts of MFP and 340B are paid, including confirming partial MFP and 340B rebates are appropriate to effectuate the difference between 340B ceiling price and MFP. Under the IRA, if the "maximum fair price is below the ceiling price," the manufacturer is required to "provide access to the maximum fair price . . . in a nonduplicated amount to the ceiling price."[25] AbbVie requests that HRSA and CMS issue guidance clarifying that when the MFP is lower than the 340B ceiling price, a manufacturer that offers the 340B ceiling price under the Pilot Program meets its obligation to provide MFP "in a nonduplicated amount to the ceiling price" if the manufacturer provides an MFP rebate equal to the difference between the 340B price and the MFP.[26] Conversely, if the 340B ceiling price is lower than the MFP, HRSA and CMS should make clear that a manufacturer satisfies its obligations under the 340B and IRA statutes if the manufacturer provides access to the MFP and pays a 340B rebate equal to the difference between the MFP and the 340B ceiling price.

Accurate deduplication of a selected drug's MFP and its 340B ceiling price would increase overall efficiency in program administration and preserve government resources. Accurate deduplication of a selected drug's MFP and its 340B ceiling price would also decrease the need for inefficient and expensive dispute and complaint processes,

---

[22] SSA § 1193(d).

[23] SSA § 1193(d).

[24] CMS, Medicare Drug Price Negotiation Program: Draft Guidance, Implementation of Sections 1191 – 1198 of the Social Security Act for Initial Price Applicability Year 2028 and Manufacturer Effectuation of the Maximum Fair Price in 2026, 2027, and 2028 May 12, 2025) ["IPAY 2028 Draft Guidance"] §§ 40.4.2 and 40.4.3.

[25] SSA § 1193(d)(2).

[26] SSA § 1193(d)(2).

8

**Exhibit 1 0008**

abbvie

which result in significant expense and burden to manufacturers, covered entities, dispensing entities, and HHS agencies. Specifically, such deduplication would prevent a flood of petitions being submitted to the ADR process established under the 340B statute.[27] Under HRSA regulations, each such dispute is assessed by a panel of at least three staff members from HRSA's Office of Pharmacy Affairs and involves the review of often extensive documentation.[28] The ADR process thus requires significant expenditure of government resources. Similarly, accurate deduplication would likely decrease the number of complaints regarding MFP availability submitted to the centralized intake system established by CMS for dispensing entities, reducing the burden on CMS to track and investigate such complaints.[29] By decreasing the need for these costly and burdensome dispute and complaint procedures, accurate deduplication of MFP and 340B ceiling price would increase overall efficiency across HHS. Not to mention that the increased transparency and integrity of the 340B program would likely reduce costs to the federal government across multiple programs—including Medicare, Medicaid and the 340B program.

### IV.    HRSA Should Move Quickly to Assess the Rebate Pilot Program for Enhancement and Expansion.

AbbVie supports HRSA's goal of using the Pilot Program to "test the rebate model . . . in a methodical and thoughtful approach to ensure a fair and transparent 340B rebate model process for all stakeholders involved" but believes this goal is undercut by the inclusion of so few drugs.[30] In 2023, HRSA reported that "340B covered entities purchased $66.3 billion in covered outpatient drugs under the 340B Program."[31] Yet, the Notice is limited to "NDC-11s included on the CMS Medicare Drug Price Negotiation Selected Drug List," with the "first call to submit plans" only for IPAY 2026,[32] which is a small fraction of the thousands of deeply discounted drugs sold to covered entities each year.

As an initial matter, AbbVie urges that HRSA structure the Pilot Program to collect as robust data as possible, opening enrollment to other drugs in the same therapeutic class as IPAY 2026 selected drugs and also for selected drugs from other years to participate in 2026. HRSA could do this either by opening enrollment for additional drugs in late 2025 or as soon as possible in 2026, including as appropriate in quarterly re-evaluations of the Pilot Program, as explained below. Inclusion of the IPAY 2027 selected drugs in the Pilot Program would permit those manufacturers and the covered entities that purchase these selected drugs to prepare for IPAY 2027, while also allowing the agency to collect and consider the operation of the Pilot Program for a wider class of drugs. Further, evaluating IPAY 2027 drugs before an MFP applies will give the Agency additional and helpful data points to evaluate the interplay of 340B rebate models with MFP effectuation (something that will not be possible with IPAY 2026 selected drugs).

Rebates are explicitly authorized under the 340B statute as a mechanism for manufacturers to offer the 340B ceiling price to covered entities.[33] Manufacturers have long used rebates to offer the 340B price to AIDS Drug Assistance Programs ("ADAPs"),[34] as well as to provide access to reduced prices across a variety of federal and

---

[27] PHSA § 340B(d)(3).

[28] 42 C.F.R. § 10.20 et seq.

[29] IPAY 2028 Draft Guidance § 90.2.2 at 173-175.

[30] 90 Fed. Reg. at 38165.

[31] 2023 340B Covered Entity Purchases, https://www.hrsa.gov/opa/updates/2023-340b-covered-entity-purchases (October 2024).

[32] 90 Fed. Reg. at 38166.

[33] Under Section 340B, a pharmaceutical manufacturer must "offer each covered entity covered outpatient drugs for purchase at or below the applicable ceiling price if such drug is made available to any other purchaser at any price." PHSA§ 340B(a)(1). To implement this provision, Section 340B directs the Secretary of Health and Human Services to "enter into an agreement with each manufacturer of covered outpatient drugs under which the amount required to be paid (taking into account *any rebate* or discount, as provided by the Secretary) to the manufacturer for covered outpatient drugs . . . does not exceed" the applicable ceiling price. *Id.* (emphasis added).

[34] 63 Fed. Reg. 35239 (June 29, 1998).

Exhibit 1 0009



commercial healthcare programs.[35] Although AbbVie's view of the 340B statute is that HRSA preapproval of manufacturer's rebate models is not required, we applaud the agency's support of such models and encourage the agency to move quickly to expand the use of rebate models to all 340B drugs after HRSA evaluates the results of the Pilot.

### A.    HRSA Should Include a Quarterly Re-Evaluation of the Pilot Program Scope.

The Notice explains that "[a]fter assessment of the pilot, which will include [the Office of Pharmacy Affairs' ("OPA's")] evaluation of data and reports received from the participating manufacturers on the effectiveness of the model and covered entity and other stakeholder feedback, OPA may consider expanding the rebate pilot to other drugs purchased under the 340B Program."[36] As explained in the prior section, AbbVie urges HRSA to conduct a robust Pilot Program that would generate data on the value of a rebate model across a broad range of covered outpatient drugs. Thus, AbbVie believes that HRSA need not wait a full year before evaluating the effectiveness of, and ways in which it can strengthen and improve, the Pilot Program. AbbVie urges that HRSA evaluate and consider expansion of the Pilot Program to additional 340B drugs starting at the end of Q1 2026, and each quarter thereafter. This approach would allow HRSA to build on and test improvements to an expanded Pilot Program in real time.

### B.    A Rebate Model Is a More Efficient Way to Support CMS's Calculation of Inflation Rebates.

In addition to the utility of rebate models in bringing much-needed transparency to the 340B Program and addressing widespread program integrity issues as explained above, they can also provide a mechanism to exclude 340B units from the Part D inflation rebate calculations -- all at no cost to the federal government.

In the calendar year 2026 Physician Fee Schedule proposed rule, CMS states that it is "unable to *precisely* identify 340B units at the claim-level based on claims information reported to CMS by the covered entity."[37] Because of this, CMS proposes a "claims-based" estimation methodology to exclude 340B units starting on January 1, 2026."[38] CMS acknowledging the limitations of an estimation methodology, also proposes "to establish a *voluntary* 340B repository for data from covered entities about 340B units that [CMS] anticipate[s] will allow for CMS to identify 340B units at the claim-level in future applicable periods."[39] But CMS need not establish complex systems to identify and exclude 340B units from the Part D inflation rebate calculation. Rebate models are the solution—under a rebate model the claims level data that CMS is hoping to achieve with a 340B repository will already be available.

AbbVie supports the use of the rebate model to support CMS's calculation of inflation rebates as the more efficient method of determining 340B units is through a rebate model that if applied across all drugs would provide accurate, real time data, supporting the exact number of units subject to a 340B discount. AbbVie strongly recommends HRSA and CMS engage in official federal coordination over their shared interest in 340B claims level data and claims deduplication, including to quickly expand the rebate model and allow for an accurate determination of 340B units that are excluded from inflation rebates.

---

[35] *See, e.g.,* 42 U.S. Code § 1396r-8 (Medicaid); Medicare Drug Price Negotiation Program Guidance for IPAY 2026 (Oct 2, 2024), https://www.cms.gov/files/document/medicare-drug-price-negotiation-final-guidance-ipay-2027-and-manufacturer-effectuation-mfp-2026-2027.pdf; TRICARE Retail Refund Program, Manufacturer Policy and Procedures Guide (April 2025) https://health.mil/Reference-Center/Publications/2025/04/25/Manufacturer-Policy-and-Procedure-Guide.

[36] 90 Fed. Reg. at 38166.

[37] 90 Fed. Reg. at 32638 (emphasis added).

[38] 90 Fed. Reg. at 32638-39.

[39] 90 Fed. Reg. at 32639 (emphasis added).

**Exhibit 1 0010**



## V. HRSA Should Make Clear That the Data Available Under the Pilot Program May Be Used Broadly for Legitimate Business and Program Integrity Purposes.

AbbVie believes that rebate models are an effective and efficient way to comply with duplicate discount prohibitions (statutory and contractual), as well as to prevent diversion of a 340B drug to a person who is not a patient of a covered entity. There are several types of duplicate discount prohibitions. Duplicate 340B discounts are statutorily-prohibited for drugs subject to the Medicare MFP.[40] Additionally, the 340B and Medicaid statutes prohibit subjecting the same unit to both a Medicaid rebate and the 340B ceiling price.[41] Moreover, it is common for manufacturers' contractual agreements with commercial health plans to not require rebates on units subject to the 340B discounted price. The 340B statute also expressly prohibits diversion (i.e., a covered entity "resell[ing] or otherwise transfer[ing] [a 340B] drug to a person who is not a patient of the entity").[42]

As an initial matter, given that rebates could effectively address these program integrity concerns, with no added burden to the government, AbbVie strongly disagrees with HRSA's intent to limit the basis for denying a claim in the Pilot Program. Specifically, the Notice provides limited grounds for denying a rebate, specifically "deduplication for MFP or 340B rebate provided to another covered entity on the same claim." The Notice further states that manufacturers' Rebate Plans should "ensure that 340B rebates are not denied based on compliance concerns with diversion or Medicaid duplicate discounts."[43]

The Pilot Program data easily may be used to bolster 340B program integrity—including to ensure that there are not statutory violations of the diversion and duplicate discounting prohibitions. Indeed, the U.S. Department of Health and Human Services ("HHS") Office of Inspector General ("OIG") and the Government Accountability Office ("GAO") have attributed 340B/Medicaid duplicate discount violations, in part, to "[l]imitations in federal oversight,"[44] while also highlighting the lack of "specific guidance on the definition of a 340B patient."[45] Particularly where there are well-documented instances of statutory violations and recognized program abuses, HRSA should not limit use of the data under the Pilot Program when it can be used by manufacturers to support 340B program integrity. It is not an appropriate solution, as the Notice provides, for manufacturers to raise concerns regarding diversion or Medicaid duplicate discounts "directly with OPA or utilize the 340B statutory mechanisms, such as audits and administrative dispute resolution (ADR)[.]"[46] While AbbVie appreciates that these mechanisms have an appropriate place in 340B program integrity, HRSA should not push for costly audits and ADR to resolve disputes when manufacturers can use the data available under the Pilot Program to identify and remedy clear instances of program abuse. HRSA's approach is an inefficient use of governmental and stakeholder resources.

---

[40] SSA § 1193(d).

[41] PHSA § 340B(a)(5)(A); SSA § 1903(m)(2)(A)(xiii); SSA § 1927(j)(1).

[42] PHSA § 340B(a)(5)(B).

[43] 90 Fed. Reg. at 38166.

[44] GAO, 340B Drug Discount Program: Oversight of the Intersection with the Medicaid Drug Rebate Program Needs Improvement, GAO-20-212, at 27 (Jan. 2020), https://www.gao.gov/assets/gao-20-212.pdf (finding that "[l]imitations in federal oversight impede CMS's and HRSA's ability to ensure compliance with the prohibition on duplicate discounts"); *see also* OIG, State Efforts to Exclude 340B Drugs from Medicaid Managed Care Rebates, OEI-05-14-00430, at 16 (June 2016), https://oig.hhs.gov/oei/reports/oei-05-14-00430.pdf.

[45] GAO, Manufacturer Discounts in the 340B Program Offer Benefits, but Federal Oversight Needs Improvement, GAO-11-836 (Sep. 2011) (recommends that HRSA "finalize new, more specific guidance on the definition of a 340B patient."); HHS OIG, Memorandum Report, Contract Pharmacy Arrangements in the 340B Program, OEI-05-00431 (Feb. 2014) ("Covered entities in our study reported different methods of identifying 340B- eligible prescriptions, and in some cases their determinations of 340B eligibility differ from one covered entity to another for similar types of prescriptions. This suggests a lack of clarity on how HRSA's patient definition should be applied in contract pharmacy arrangements.").

[46] 90 Fed. Reg. at 38166.

**Exhibit 1 0011**

abbvie

Additionally, AbbVie believes HRSA (in coordination with CMS) must clarify that the data provided under the Pilot Program may be used by a manufacturer to address *all* legitimate business and program integrity concerns. As explained above, a rebate model will provide real-time data to prevent duplicate 340B/Medicaid discounts and diversion before these violations occur.[47]

Further, even if HRSA prohibits manufacturers from using the data obtained under the Pilot Program for policing 340B program statutory violations—which AbbVie strongly opposes—HRSA should not otherwise limit manufacturers from retaining and using the data for other legitimate business and legal purposes. For example, as discussed above, manufacturers commonly include clauses in their commercial contracts that prohibit duplication of discounts in situations in which a customer receives the 340B price. HRSA should clearly state that manufacturers may use the data under the Pilot Program for these commercial business purposes, as there is no legitimate or legal basis for HRSA to prohibit such use.

Finally, HRSA should be clear that the data obtained under the Pilot Program may be retained by manufacturers for ***future*** legal and program integrity purposes—including for any ADR that may arise regarding 340B program participation or as the basis for requesting that HRSA allow an audit of an individual covered entity.

## VI.    HRSA Should Clarify that the Pilot Program Preempts State Laws that Restrict Collection of 340B Claims Data.

Congress created the 340B program as an exclusively federal program, overseen by HRSA.[48] State laws purporting to restrict the use of rebate models or the collection of claims data in connection with the 340B Program unconstitutionally intrude on the objectives of the federal Pilot Program, a program that specifically contemplates that manufacturers will request—and covered entities will submit—claims data.[49] To the extent states attempt to apply their state laws to limit or obstruct the Pilot Program, such interference undermines the federal Pilot Program and stands as a direct obstacle to a manufacture's ability to participate in the program.[50]

AbbVie requests HRSA issue a statement making clear that the Pilot Program preempts all state laws that attempt to impose different or additional requirements or limitations on manufacturers, such as claims data prohibitions. Such interference with an exclusively federal program violates the supremacy clause and will disrupt the integrity of the Pilot Program.[51]

***

---

[47] Specifically, such deduplication would prevent a flood of petitions being submitted to the ADR process established under the 340B statute, Under HRSA regulations, each such dispute is assessed by a panel of at least three staff members from HRSA's Office of Pharmacy Affairs and involves the review of extensive documentation. 42 C.F.R. § 10.20 *et seq*. The ADR process thus requires significant expenditure of government resources.

[48] *See Astra USA, Inc. v. Santa Clara Cnty.*, 563 U.S. 110 (2011).

[49] The doctrine of federal preemption requires that "any state law, however clearly within a State's acknowledged power, which interferes with or is contrary to federal law, must yield." *Felder v. Casey*, 487 U.S. 131, 138 (1988); *see also McCulloch v. Maryland*, 17 U.S. 316 (1819).

[50] *Crosby v. Nat'l Foreign Trade Council*, 530 U.S. 363, 372-73 (2000) (unanimously concluding federal law preempted a Massachusetts state law "[b]ecause [although] a variety of state laws and regulations may conflict with a federal statute, whether because a private party cannot comply with both sets of provisions or because the objectives of the federal statute are frustrated, 'field preemption may be understood as a species of conflict preemption, . . . where 'under the circumstances of [a] particular case, [the challenged state law] stands as an obstacle to the accomplishment and execution of the full purposes and objectives of Congress.'").

[51] U.S. Const. art. VI, cl. 2. State regulation of the 340B Program violates the Supremacy Clause by impermissibly changing the terms of a federal drug-pricing regime—the federal 340B Program—and significantly increasing the cost of participation in that regime.

**Exhibit 1 0012**



Thank you for considering AbbVie's comments. AbbVie supports the original mission of the 340B Program and we appreciate the opportunity to comment on this important issue in order to preserve patient access to life-saving and life-sustaining medicines. We would be pleased to discuss these comments with you in further detail. If you have questions, please contact Whitney Hubbard at ████████████████

Sincerely,

*Hayden Kennedy*

Hayden Kennedy
Vice President, Global Policy & U.S. Access Strategies
Government Affairs
On behalf of AbbVie Inc.

**Exhibit 1 0013**

| | |
|---|---|
| **From:** | Van Etten, Elizabeth |
| **To:** | HRSA HSB 340B Pricing |
| **Cc:** | Hubbard, Whitney N |
| **Subject:** | [EXTERNAL] AbbVie/Pharmacyclics 340B Rebate Model submission plan |
| **Date:** | Monday, September 15, 2025 6:18:50 PM |
| **Attachments:** | AbbViePharmacyclics_340B Rebate Model submission plan_20250915.pdf |

Please see the attached 340B Rebate Model submission plan from AbbVie/Pharmacyclics.

Best regards,

**ELIZABETH VAN ETTEN**
Associate General Counsel
Global Legal Strategy



100 Park Avenue
Florham Park, NJ 07932

**abbvie.com**

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

**Exhibit 1 0014**



**Confidential**

September 15, 2025

**Submitted via email to** 340BPricing@hrsa.gov

**Re: Manufacturer Plan for Participation in the 340B Rebate Model Pilot Program** (Notice dated August 7, 2025; Federal Register Publication No. 2025-14998 (90 FR 38165)

AbbVie manufactures IMBRUVICA® (ibrutinib). CMS refers to AbbVie's wholly owned subsidiary, Pharmacyclics LLC, as the "primary manufacturer" of IMBRUVICA for purposes of the IRA's MDPNP. Nevertheless, we refer to AbbVie and Pharmacyclics LLC herein jointly as "AbbVie/Pharmacyclics." IMBRUVICA was selected by CMS under the IRA's MDPNP for Initial Price Applicability Year 2026. AbbVie/Pharmacyclics hereby submits our rebate plan for participation in the Pilot for the NDC-11s associated with IMBRUVICA listed below:

| IPAY | Selected Drug Name | NDC-11s |
|------|-------------------|---------------|
| 2026 | IMBRUVICA | 57962-0007-12 |
| 2026 | IMBRUVICA | 57962-0014-28 |
| 2026 | IMBRUVICA | 57962-0070-28 |
| 2026 | IMBRUVICA | 57962-0140-09 |
| 2026 | IMBRUVICA | 57962-0140-12 |
| 2026 | IMBRUVICA | 57962-0280-28 |
| 2026 | IMBRUVICA | 57962-0420-28 |

Please see Appendix I for a list of *Abbreviations and Defined Terms*.

AbbVie/Pharmacyclics is ready to partner with HRSA and CEs in implementing a robust and transparent 340B Rebate Model. Thank you for the opportunity to submit our proposed rebate plan. We remain available to HRSA for calls, technical walkthroughs, or to respond to follow-up questions, as needed.

AbbVie/Pharmacyclics supports the Pilot as a first step toward curbing widespread abuses that undermine the 340B program's patient-focused objectives. To help increase the effectiveness of the Pilot, we would like to engage with HRSA quarterly, at a minimum, to discuss Pilot progress, share insights, and exchange feedback and considerations, such as suggestions for additional reporting metrics. If you have any additional follow up questions, please contact Whitney Hubbard at █████████████████████.

*Electronically signed by: helmuth fendel*
*Reason: Management Approval*
*Date: 15-Sep-2025 17:11:37 CDT*

Helmuth Fendel
VP, Market Access Account Management & Trade

Cc: Whitney Hubbard, Director, U.S. Policy, Government Affairs

**NOT SUBJECT TO RELEASE OR DISCLOSURE UNDER FOIA OR OTHERWISE**

**Exhibit 1 0015**

                                                                      **Confidential**

**Criteria**

**1. General Requirements:**

Our proposal aligns with the Notice[1] criteria, unless noted below. From Effective Date, CEs seeking 340B pricing on IMBRUVICA can submit data through Beacon. Beacon will collect data, validate the rebate eligibility using submitted data, facilitate rebate payment, and provide real-time rebate status for CEs. AbbVie/Pharmacyclics will provide CEs access to Beacon at no cost.

Sixty days before Effective Date, AbbVie/Pharmacyclics will provide rebate plan information to CEs, including Beacon registration instructions. AbbVie/Pharmacyclics will provide ongoing technical assistance, customer service, and educational resources to CE via Beacon at no cost. During registration and throughout the Pilot, CEs can engage in good faith with BCST regarding questions, which may be escalated to AbbVie/Pharmacyclics' POC for resolution.

From Effective Date, CEs should order IMBRUVICA through their 340B wholesale account. AbbVie/Pharmacyclics will update its wholesaler pricing files to reflect WAC in 340B accounts to pay the ceiling price via rebate. The 340B rebate amount is calculated as the difference between WAC and the 340B ceiling price at the time of the invoice[2].

Beacon has implemented a robust data security framework. In addition, Beacon provides resources on beaconchannelmanagement.com under Trust Center[3] and Support Center[4]. Appendix II contains additional platform information. If HRSA has additional questions, AbbVie/Pharmacyclics will provide more information.

**2. Reporting Requirements:**

CEs can submit data up to 45 calendar days from date of dispense to Beacon either directly or through participating TPAs. Allowances for extenuating circumstances and other exceptions detailed in the Notice will be considered on a case-by-case basis in accordance with AbbVie/Pharmacyclics' standard business practices. AbbVie/Pharmacyclics reserves the right to exempt a CE from any of the requirements of this plan in the event AbbVie/Pharmacyclics determines, in its discretion, that a hardship exception is warranted.

In Beacon, CEs will have access to real-time rebate status for submitted claims. CEs must reverse any 340B claims submitted in error immediately. Reversal credits will be used to offset future 340B rebate payments. This process will be transparent to CEs in Beacon, and BCST will be available to resolve any inquiries.

---

[1] 340B Program Notice: Application Process for the 340B Rebate Model Pilot Program; Correction, 90 Fed. Reg. 38165 (Aug. 7, 2025)
[2] See https://www.hrsa.gov/opa/340b-model-pilot-program.
[3] https://beaconchannelmanagement.com/pages/trust-center
[4] https://beaconchannelmanagement.com/pages/support-center

**NOT SUBJECT TO RELEASE OR DISCLOSURE UNDER FOIA OR OTHERWISE**                    2

**Exhibit 1 0016**



**Confidential**

Beacon will only collect data for IMBRUVICA and collection will be proactively limited to HRSA-approved data fields. Regardless of data submission method, the same filtering, security and privacy protocols apply as detailed in Appendix II. For online data submissions, client-side JavaScript functions exclude any non-IMBRUVICA records, ensuring data is filtered before its submission, while server-side validations ensure Beacon never possesses ineligible data. The TPA filtering process will use similar client-side technology provided by SSS, with filtering occurring before submission.

AbbVie/Pharmacyclics will provide OPA periodic reporting on rebate purchase data, claim denials, and delays to demonstrate Pilot effectiveness.

### 3. Rebates:

Beacon will analyze each data submission for completeness. If the submission is incomplete, CE will be notified of the reason. An entry is deemed complete and accepted after it is reviewed through the validation process attached in Appendix III.

Then to ensure eligibility, the following criteria will be evaluated and validated to ensure:
   a) The 340B claim is for IMBRUVICA;
   b) The date of dispense occurs after Effective Date;
   c) The dispensing pharmacy is registered as an eligible CE location on OPAIS database and is eligible for shipment under AbbVie commercial policies, including its 340B Integrity Initiative; and
   d) The 340B claim unit amount does not exceed the number of WAC units purchased during the Pilot and shipped to the CE or its eligible CP since Effective Date.

Once a claim is deemed eligible, Beacon will conduct the deduplication validation. When duplication with MFP is identified, adjustments will be made to the availability of the MFP, the amount of any MFP rebate through the MTF, or the amount of the 340B rebate. A rebate will not be denied for diversion or Medicaid discount duplication, but will be for claims previously submitted by another CE. Good faith questions/concerns will be addressed through BCST and may be escalated to AbbVie/Pharmacyclics' POC for resolution.

AbbVie/Pharmacyclics will pay unit-based rebates for IMBRUVICA dispenses on validated claims to CE via ACH transfer through Beacon within 10 days of receipt of complete and accepted data submission, excluding federal holidays. Denials will be processed in Beacon within 10 days of receipt and will include supporting documentation.

### 4. Data Fields

AbbVie/Pharmacyclics' rebate plan requires collection of three data field categories to effectuate 340B pricing: pharmacy claims, medical claims, and purchase history. Please see the complete list of fields in Appendix IV.

abbvie

**Confidential**

AbbVie/Pharmacyclics will collect alternative data fields comparable to pharmacy claims for medical claims because claim standards differ between the pharmacy and medical benefits. Drugs subject to MDPNP agreements for IPAY 2026 are primarily self-administered treatments covered under "pharmacy benefits" (e.g., Part D) and billed using the NCPDP claims standard. However, CEs may submit IMBRUVICA claims for under a patient's medical benefit (e.g., Part B). For example, a patient may receive a drug during an emergency department visit.

In addition to pharmacy claims fields in the Notice[5], AbbVie/Pharmacyclics will collect Group Number ID for Pharmacy Claims and Medical Claims, as it will be necessary to show that the claim is connected to a rendered service or a prescription filled by the patient.

To ensure accuracy and mitigate risks, AbbVie/Pharmacyclics will collect limited purchase history data. Because the purchase price and date of purchase informs the basis price for effectuation, it must be documented to ensure AbbVie/Pharmacyclics pays the correct 340B rebate and prevents AbbVie/Pharmacyclics from offering a price below the ceiling price (e.g., CE purchased drug below WAC and submitted for 340B rebate).

Please see our comment for additional justifications to support inclusion of data fields[6].

---

[5] 340B Program Notice: Application Process for the 340B Rebate Model Pilot Program; Correction, 90 Fed. Reg. 38165 (Aug. 7, 2025)
[6] AbbVie, Comment 2025-14998, Comment on 340B Program Notice: Application Process for the 340B Rebate Model Pilot Program; Correction, HRSA, September 8, 2025, https://www.regulations.gov/comment/HRSA-2025-0001-0961

**NOT SUBJECT TO RELEASE OR DISCLOSURE UNDER FOIA OR OTHERWISE**          4

**Exhibit 1 0018**

abbvie                                                                                    **Confidential**

**Appendix I – Abbreviations & Defined Terms**

**AbbVie**: AbbVie Inc.

**ACH**: Automated Clearinghouse

**Beacon**: The technology platform operated by Second Sight Solutions that AbbVie/Pharmacyclics (and other manufacturers) will utilize to collect all relevant data, apply rebate eligibility criteria and facilitate rebate payments to 340B CEs. Appendix II contains detailed information related to Beacon's functionality.

**BCST:** Beacon Customer Support Team

**CE**: A covered entity, as defined in Section 340B(a)(4) of the Public Health Service Act.

**CMS:** Centers for Medicare and Medicaid Services

**CP**: Contract Pharmacy

**Effective Date:** The date AbbVie/Pharmacyclics will implement its approved rebate plan. The Effective Date will be January 1, 2026, unless AbbVie/Pharmacyclics provides notice of a later implementation date.

**HCPCS**: Healthcare Common Procedure Coding System

**HHS**: United States Department of Health and Human Services

**HRSA**: Health Resources and Services Administration

**IRA:** The Inflation Reduction Act of 2022

**MDPNP**: IRA Medicare Drug Price Negotiation Program

**MFP**: Maximum Fair Price

**MTF:** Medicare Transaction Facilitator

**NCPDP**: National Council for Prescription Drug Programs

**NDC-11:** 11-digit National Drug Code which is a unique identifier of the drug dispensed to the patient and sold.

**NPI**: National Provider Identifier

**Notice**: 340B Program Notice: Application Process for the 340B Rebate Model Pilot Program published in the Federal Register Publication No. 2025-14998 (90 FR 38165) on August 7, 2025.

**OPA**: Office of Pharmacy Affairs

**OPAIS database:** 340B Office of Pharmacy Affairs Information System

**Exhibit 1 0019**

abbvie                                                                      **Confidential**

**Pilot:** 340B Rebate Model Pilot Program

**Pharmacyclics**: Pharmacyclics LLC is a wholly owned subsidiary of AbbVie Inc.

**PII**: Patient Identifying Information

**POC**: point of contact

**SSS**: Second Sight Solutions (or Second Sight) is the company that operates Beacon.

**TPA**: Third-party administrator

**WAC**: Wholesaler Acquisition Cost

**NOT SUBJECT TO RELEASE OR DISCLOSURE UNDER FOIA OR OTHERWISE**                6

**Exhibit 1 0020**

abbvie                                                                        **Confidential**

**Appendix II – Beacon Functionality Overview**

(Appendix II provided by Second Sight Solutions. AbbVie/Pharmacyclics has made no revisions to its contents)

**Beacon Overview**

Beacon is a web-based technology platform that supports the effectuation of a 340B rebate model.  Beacon is used to collect 340B claims and WAC purchase data from 340B covered entities, validate eligibility of submitted data, facilitate payment of 340B rebates to 340B covered entities, and provide real-time access to 340B rebate status to 340B covered entities and pharmaceutical manufacturers.  Beacon is also utilized to provide reporting to HRSA.  The information provided in this document is applicable to any pharmaceutical manufacturer that selects Beacon for its 340B rebate model effectuation.

**Registration**

340B covered entities that elect to submit 340B claims and WAC purchase data must first register with Beacon by navigating to www.beaconchannelmanagement.com and completing the registration process.  Registration with and use of Beacon by 340B covered entities is free of charge.  Use of Beacon is governed by the Terms of Use and Privacy Policy which are available at www.beaconchannelmanagement.com.  To comply with federal law and financial institution requirements, Second Sight requires that new users complete a Know Your Business (KYB) verification process which includes the submission of certain legal documents such as Articles of Incorporation and IRS letter CP 575.  Once a new account has been verified, additional users may be given access to the Beacon account by the initial registrant.

Users must also submit bank account information for ACH payments which is verified according to financial institution requirements.  Verification includes the submission of a bank letter and performance of a standard penny test.

**Data Submission**

340B covered entities can submit data online through Beacon or via a direct data submission process with participating third-party administrators (TPAs).  Data submissions are proactively limited to only those data elements that have been approved by HRSA and 340B covered entities cannot inadvertently submit additional data elements that fall outside the scope of the 340B rebate model pilot.  Regardless of whether data is submitted online or through a TPA, the same filtering, security and privacy protocols apply.

Data Filtering

Beacon collects data for only those NDCs for which a 340B rebate model pilot has been approved.  For online data submissions, client-side JavaScript functions exclude from data submissions any

**NOT SUBJECT TO RELEASE OR DISCLOSURE UNDER FOIA OR OTHERWISE**                    7

**Exhibit 1 0021**

 **Confidential**

records that include an NDC that has not been approved for a 340B rebate model pilot by HRSA. Client-side JavaScript functions ensure that the data is filtered <u>prior to submission to Beacon</u> and server-side validations ensure that Beacon is never in possession of the ineligible data. For direct data submissions by a TPA, the filtering process is executed by the TPA utilizing similar client-side technology provided by Second Sight, again ensuring that data filtering occurs prior to submission to Beacon.

<u>Data Security</u>

Beacon is hosted on Microsoft Azure, a premier cloud computing platform known for its reliability, scalability, and security. Beacon is distributed across multiple Azure Availability Zones, each a unique physical location comprising of one or more data centers within an Azure region. By distributing applications across multiple Availability Zones, Beacon can achieve high availability and fault tolerance for its service.

At the core of the Beacon platform is a strong commitment to data security. Second Sight builds and maintains the Beacon systems in alignment with industry-recognized frameworks such as the National Institute of Standards and Technology Cybersecurity Framework (NIST CSF) and Open Web Application Security Project (OWASP) best practices. Security is embedded throughout the software development lifecycle—from design and code reviews to deployment and monitoring. Second Sight follows secure coding standards and performs regular threat modeling, vulnerability scanning, and automated testing to ensure a robust security posture.

All data in Beacon is encrypted at rest and in transit using industry-standard protocols supporting the use of Transport Layer Security (TLS) 1.2+ or higher. Beacon services enforce mandatory Multi-Factor Authentication (MFA) to ensure a high level of security for end-users, providing email, SMS, and application-based authentication methods.

Second Sight engages established third-party risk and cybersecurity firms to perform annual internal, external, and web application penetration tests, along with comprehensive security assessments across all platforms and infrastructure.

In addition, Beacon has achieved SOC 1 and SOC 2 certification, demonstrating compliance with rigorous standards for security, availability and confidentiality.

<u>Data Privacy</u>

Beacon is designed to operate without the use of any protected health information (PHI) as defined by the Health Information Portability and Accountability Act (HIPAA). Second Sight has received an expert determination from Dr. Brad Malin that the data collected through Beacon meets the definition of a De-Identified Dataset under HIPAA. A copy of this expert determination is available upon request. As described in Dr. Malin's expert determination, the de-identification

**Exhibit 1 0022**



process occurs prior to the submission of data to Beacon.  Furthermore, Second Sight does not reidentify this data and personnel with access to identifiable data do not also have access to de-identified data.  De-identified datasets can be linked to other de-identified datasets but, as discussed in Dr. Malin's expert determination, this does not constitute a reidentification of data and no PHI is exposed through this linking process.  Second Sight has utilized this deidentification process with 340B claims data submitted through 340B ESP since 2020 and has successfully ensured that no HIPAA violations have occurred.

Beacon also collects personally identifiable information (PII) including user's names and email addresses.  This information is stored securely, and Second Sight complies with all applicable privacy laws.  Additional information on how we collect, maintain and use PII is available in our Privacy Policy.

**Rebate Payments and Reconciliation Data**

Following the successful validation of 340B claim submissions according to the eligibility criteria approved by HRSA, Beacon initiates the rebate payment process.  Rebates are priced based on the purchase date of the associated WAC purchase.  Rebate payments are transmitted to the 340B covered entity via an ACH payment within the time period approved by HRSA.  The transaction ID of the rebate payment is appended to the 340B rebate record maintained in Beacon giving the 340B covered entity real-time access to reconciliation data in Beacon.  Rebates that are determined to be ineligible are accessible in Beacon by the 340B covered entity and include detail on the eligibility determination.

In addition to accessing information online in Beacon, 340B covered entities can also download 340B rebate data for inclusion in their proprietary systems.  Because 340B claims are de-identified prior to submission to the Beacon platform, a unique ID is appended to the data submission and made available to 340B covered entities immediately following the initial 340B claims submission.  This unique ID allows 340B covered entities to link de-identified data maintained in Beacon with the identifiable data maintained in 340B covered entities' proprietary systems for reconciliation purposes.

Finally, Second Sight has communicated its willingness and has already begun to integrate directly with TPAs to simplify the reconciliation process.  Second Sight will not charge TPAs for this integration service though 340B covered entities will have to approve any integrations with TPAs for their specific data.

**Beacon Customer Support**

Beacon's customer support team is trained to engage with 340B covered entities and address questions or concerns arising from their use of Beacon for 340B rebate payments.  Support topics may range from technical (How do I use Beacon?) to policy (Why was my 340B rebate determined

**Exhibit 1 0023**

abbvie                                                                                     **Confidential**

to be ineligible?) to financial (Was my 340B rebate payment made?) in nature.  Customer support is provided proactively through online resources, pre-recorded training webinars and live training sessions as well as reactively through responses to inbound calls, emails or chats.  Certain questions may be escalated to a pharmaceutical manufacturer depending on the applicable policy.

Second Sight is committed to responding to 340B covered entity inquiries within 24 hours of receipt and the Beacon customer support team will work to resolve inquiries as quickly as possible.  Data on 340B covered entity inquiries is analyzed to identify themes and trends and may result in process or technology updates intended to address common questions raised by 340B covered entities.

**Exhibit 1 0024**

 **Confidential**

## Appendix III: Validation

(Disclaimer: Appendix III provided by Second Sight Solutions. AbbVie/Pharmacyclics has made no revisions to its contents.)

**Medical Claim Validations**

| Validation | Description |
|---|---|
| *Front End Validations* | |
| Invalid [Field] | Entry must meet field requirements, e.g., NPI must be 10 digits. |
| Registered User | Submission must be for 340B ID registered to User |
| *Back End Validations* | |
| Claim Expired | Claim submission date must be within 45 days after the Date of Service. |
| Service Provider ID | Service provide ID must be active in the NPI registry at date of service. |
| Service Provider ID | Service provider ID must be in the NPI registry as a facility. |
| CE Eligibility - Orphan Drug | If an NDC is identified as an orphan drug, and the manufacturer does not voluntarily offer 340B pricing for certain hospital types (e.g., SCH, CAN, CAH, RRC), claims from these hospital types will not be accepted. |
| Aberrant Quantity | Aberrant Ceiling: Claim quantity cannot be equal to or greater than the maximum aberrant quantity for the NDC.<br>Aberrant Partial: Claim quantity cannot be a partial number listed for the NDC, e.g. Per NDC, the submitted quantities must be multiples of expected quantities. |
| Pre-Policy Claim | Claim must have Date of Service on or after policy start. |
| Duplicate - Mismatch | Duplicate check is performed on distinct claim fields against past conforming claims submitted to the platform by that covered entity. Distinct claim: Date of Service, Service Provider ID, NDC, Claim Number |
| Duplicate - Entity | When the same claim is submitted by multiple covered entitites, the first conforming claim submitted in Beacon will be used for credit accumulation |

**Purchase Validations**

| Validation | Description |
|---|---|
| *Front End Validations* | |
| Invalid [Field] | Entry must meet field requirements, e.g., NPI must be 10 digits. |
| Registered User | Submission must be for 340B ID registered to User |
| *Back End Validations* | |
| Pre-Policy | If NDC is subject to policy, tests if invoice date occurs on or after the NDC policy start date. |
| CE Eligibility - Date | Only invoices purchased (invoice date) during an active period on HRSA are eligible for a 340B credit. |
| CE Eligibility - Orphan Drug | If an NDC is identified as an orphan drug, and the manufacturer does not voluntarily offer 340B pricing for certain hospital types (e.g., SCH, CAN, CAH, RRC), invoices from these hospital types will not be accepted. |
| Ship-To Pharmacy (NPI) | Only NPIs with an association to the covered entity can be submitted for the entity. E.g., CP, shipping location / child site / in-house pharmacy. |
| Ship-To Pharmacy (NPI) | If not an in-house pharmacy, Ship-To Pharmacy (NPI) must be an NPI for a contract pharmacy with an active contract with the CE in HRSA OPAIS at Date of Service. |
| Ship-To Pharmacy (NPI) | If not an in-house pharmacy, Ship-To Pharmacy (NPI) must be an NPI for a contract pharmacy eligible under manufacturer policy at Date of Service |
| Duplicate - Mismatch | Invoice does not match or partially matches manufacturer sales data. |
| Duplicate - Entity | Invoice already exists in validated invoice data for a different 340B ID. |

**Purchase to Claim Allocation**

| Validation | Description |
|---|---|
| *Back End Validations* | |
| Date of Service / Purchase Date | Date of Service on claim must come after the purchase date of allocated purchase. |
| Purchase Date Expiration | Purchases shipped to the covered entity or its eligible contract pharmacy are available to allocate to a claim within 365 days of their purchase date |

**NOT SUBJECT TO RELEASE OR DISCLOSURE UNDER FOIA OR OTHERWISE**

**Exhibit 1 0025**

abbvie

**Confidential**

## Appendix IV: Data Fields

**Pharmacy Claims**
- Date of Service
- Date Prescribed
- Rx Number
- Fill Number
- 11-Digit National Drug Code (NDC-11)
- Quantity Dispensed
- Prescriber ID
- Service Provider ID
- 340B ID
- Rx Bank Identification Number (BIN)
- Rx Processor Control Number (PCN)
- Group Number ID

**Medical Claims Fields:**
- Health Plan ID
- Health Plan Name
- Health Plan ID Qualifier
- Service Provider ID
- NDC-11
- Quantity
- Date of Service
- Rendering Physician ID
- Claim Number
- Claim Line Number
- HCPCS Code
- HCPCS Code Modifiers (Up to 4)
- 340B ID
- Unit of Measure

**Purchase Data**
- Wholesaler Name
- Wholesaler Account Number
- NDC-11
- Invoice Date
- Invoice Number
- Quantity Dispensed
- Ship to Pharmacy (NPI)
- 340B ID

**Exhibit 1 0026**

| | |
|---|---|
| **From:** | HRSA HSB 340B Pricing |
| **To:** | Van Etten, Elizabeth; HRSA HSB 340B Pricing |
| **Cc:** | Hubbard, Whitney N |
| **Subject:** | RE: AbbVie/Pharmacyclics 340B Rebate Model submission plan |
| **Date:** | Wednesday, September 17, 2025 1:19:45 PM |

OPA is confirming receipt and will be in touch soon.

Thank you.

### The Office of Pharmacy Affairs
Health Resources and Services Administration
Email: 340bPricing@hrsa.gov

---

**From:** Van Etten, Elizabeth ███████████████████████
**Sent:** Monday, September 15, 2025 6:18 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Hubbard, Whitney N ███████████████████████
**Subject:** [EXTERNAL] AbbVie/Pharmacyclics 340B Rebate Model submission plan

Please see the attached 340B Rebate Model submission plan from AbbVie/Pharmacyclics.

Best regards,

**ELIZABETH VAN ETTEN**
Associate General Counsel
Global Legal Strategy



100 Park Avenue
Florham Park, NJ 07932
████████████████████

abbvie.com

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

**Exhibit 1 0027**

| | |
|---|---|
| **From:** | Hubbard, Whitney N |
| **To:** | Pedley, Krista (HRSA); Van Etten, Elizabeth |
| **Cc:** | HRSA HSB 340B Pricing; Zadecky, Julie (HRSA) |
| **Subject:** | [EXTERNAL] RE: AbbVie/Pharmacyclics 340B Rebate Model submission plan |
| **Date:** | Monday, October 20, 2025 4:40:10 PM |

RDML Pedley,

Thank you for your response.  We understand the impact of the shutdown on the operation of federal agencies and sincerely empathize with the personal impact on federal employees.  We appreciate your commitment to expeditiously respond to AbbVie/Pharmacyclic's rebate plan.  As you know, it is critical that manufacturer rebate plans become effective January 1, 2026 to provide manufacturers with the ability to avoid the statutorily prohibited duplication of a 340B discount and a Medicare Drug Price Negotiation Program MFP.   We remain ready to discuss any questions about our plan submission to help streamline your review and ensure our rebate plan can become effective January 1, 2026.

Best,
Whitney

**From:** Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Sent:** Friday, October 17, 2025 12:39 PM
**To:** Van Etten, Elizabeth ▉▉▉▉▉▉▉▉▉▉▉▉▉
**Cc:** Hubbard, Whitney N ▉▉▉▉▉▉▉▉▉▉▉▉▉ HRSA HSB 340B Pricing <340BPricing@hrsa.gov>; Zadecky, Julie (HRSA) <JZadecky@hrsa.gov>
**Subject:** [EXTERNAL] RE: AbbVie/Pharmacyclics 340B Rebate Model submission plan

Hello,

HRSA is allowing a small number of staff to proceed with work to on the 340B Rebate Pilot Program, because it directly supports the protection of human life. We understand the October 15th deadline has since passed due to the shutdown, but we will now work expeditiously to respond to your rebate plan very soon.  Thank you for your understanding and patience.

RDML Krista M. Pedley
U.S Department of Health and Human Servces
Health Resources and Services Administration

**From:** Van Etten, Elizabeth ▉▉▉▉▉▉▉▉▉▉▉▉▉
**Sent:** Monday, September 15, 2025 6:18 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Hubbard, Whitney N ▉▉▉▉▉▉▉▉▉▉▉▉▉
**Subject:** [EXTERNAL] AbbVie/Pharmacyclics 340B Rebate Model submission plan

Please see the attached 340B Rebate Model submission plan from AbbVie/Pharmacyclics.

**Exhibit 1 0028**

Best regards,

**ELIZABETH VAN ETTEN**
Associate General Counsel
Global Legal Strategy



100 Park Avenue
Florham Park, NJ 07932



**abbvie.com**

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

**Exhibit 1 0029**

| From: | HRSA HSB 340B Pricing |
|---|---|
| To: | Van Etten, Elizabeth; HRSA HSB 340B Pricing |
| Cc: | Hubbard, Whitney N; Pedley, Krista (HRSA) |
| Subject: | AbbVie/Pharmacyclics 340B Rebate Model Pilot Program Plan Revision Request |
| Date: | Tuesday, October 21, 2025 3:55:28 PM |
| Attachments: | AbbVie Rebate model pilot plan revision request 10.21.25.pdf |

Please review the attached letter.

Sincerely,

RDML Krista M. Pedley
U.S Department of Health and Human Services
Health Resources and Services Administration


---

**From:** Van Etten, Elizabeth ████████████████
**Sent:** Monday, September 15, 2025 6:18 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Hubbard, Whitney N ████████████████
**Subject:** [EXTERNAL] AbbVie/Pharmacyclics 340B Rebate Model submission plan

Please see the attached 340B Rebate Model submission plan from AbbVie/Pharmacyclics.

Best regards,

**ELIZABETH VAN ETTEN**
Associate General Counsel
Global Legal Strategy



100 Park Avenue
Florham Park, NJ 07932
████████████████

abbvie.com


CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

Exhibit 1 0030



**HRSA**
Health Resources & Services Administration
**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857

October 21, 2025

**BY EMAIL**
Helmuth Fendel
Vice President, Market Access Account Management & Trade
AbbVie, Inc.

Dear Helmuth Fendel:

The Office of Pharmacy Affairs (OPA) has received and reviewed AbbVie Inc. / Pharmacyclics' (AbbVie) plan for participation in the 340B Rebate Model Pilot Program and is requesting additional information. OPA recognizes that the stated October 15, 2025, date for approval of rebate plans has passed due to the lapse in Federal appropriations affecting certain agency operations, but OPA is now working expeditiously to review plans as soon as possible. In order to complete our evaluation of AbbVie's plan, OPA requests that AbbVie provide the following revisions and clarifications.

OPA has reviewed AbbVie's request to collect certain medical claims data that was in addition to the data fields identified in the August 7, 2025, *Federal Register Notice*. After review, OPA recognizes that some medical claims data is required to effectuate rebates for physician-administered drugs. Therefore, to the extent a claim qualifies as a pharmacy claim or medical claim, the updated table below reflects the allowable data fields AbbVie may collect on its IT platform from covered entities.

| Pharmacy Claims Data Fields | Medical Claims Data Fields |
|---|---|
| Date of Service | Date of Service |
| Date Prescribed | Claim Line Number |
| Rx number | Claim Number |
| Fill number | Unit of Measure |
| NDC-11 | NDC-11 |
| Quantity Dispensed | Quantity |
| Prescriber ID | Rendering Physician ID |
| Service Provider ID | Service Provider ID |
| 340B ID | 340B ID |
| RX BIN | Health Plan Name |
| RX PCN | Health Plan ID |

AbbVie has also requested the collection of purchase data. During the initial phase of the Rebate Pilot Program, OPA will not approve plans that require purchase data to be submitted with the claims data. It is OPA's understanding that manufacturers can use information provided by their wholesale partners to verify the appropriate number of WAC purchases in 340B wholesale accounts for Rebate Pilot Program drugs, relative to the number of 340B rebates requested. OPA's expectation is that all Rebate Pilot Program drugs will continue to be ordered through the 340B wholesale account to assist with

manufacturers' visibility into 340B eligible purchases.

In addition, OPA requests the following revisions and clarifications of AbbVie's plan:
- Please provide an AbbVie point of contact and email address, for covered entities who have questions to be posted on the OPA website summary of AbbVie's plan, if approved.
- Please clarify if all purchases will occur at the same acquisition cost, such as WAC, or if covered entities' acquisition cost will vary by contract.
- Please clarify that the rebate will be calculated based on the WAC and 340B ceiling price as of the date of dispense.
- Please clarify if covered entities will be provided with an opportunity to resubmit data if a rebate request is denied for incomplete or missing data.
- Please clarify how wasted or undispensed units should be characterized during claims submission.
- Please clarify how rebate requests for cash or uninsured patients should be characterized during claims submission.
- Please confirm that AbbVie will pay rebates within 10 *calendar* days of data submission.
- Public comments submitted from the August 7, 2025, *Federal Register Notice*, identified the concern that the rebate model would cause difficulties with Medicaid billing at actual acquisition cost (AAC) and difficulties in providing sliding fees to uninsured patients. Currently, covered entities receive pricing files with 340B ceiling prices from wholesalers that feed the pharmacy billing systems, which allow covered entities to bill at AAC and allow for sliding fees that share savings with eligible patients. OPA requests that AbbVie work with its wholesale partners to provide a supplemental pricing file with the 340B ceiling prices for Imbruvica NDCs to assist covered entities with the Medicaid billing requirements and assist with providing patients with the shared savings.
- AbbVie's plan indicates that claims will be deemed eligible if the unit amount on the 340B claim does not exceed WAC purchases made during the 340B rebate pilot. It should be noted that covered entities operating under a virtual replenishment model are starting with a neutral inventory so they may not have WAC purchases made at the beginning of the pilot period for their initial purchase. AbbVie should consider this during the initial phase of the pilot period.

Please provide the requested information and confirm that AbbVie accepts the allowable data fields outlined in this letter and that AbbVie will ensure wholesalers provide a supplemental pricing file for covered entities' billing use, no later than **October 24, 2025**, to **340BPricing@hrsa.gov**. In recognition of the short response request, OPA can be available for a virtual meeting to discuss any questions you may have prior to the response deadline.

Sincerely,

*Krista M. Pedley*

Krista M. Pedley, Pharm D, MS
RDML, USPHS Assistant Surgeon General
Director, Office of Special Health Initiatives

| From: | Hubbard, Whitney N |
|---|---|
| To: | Pedley, Krista (HRSA); Van Etten, Elizabeth |
| Cc: | HRSA HSB 340B Pricing; Zadecky, Julie (HRSA) |
| Subject: | [EXTERNAL] RE: AbbVie/Pharmacyclics 340B Rebate Model Pilot Program Plan Revision Request |
| Date: | Wednesday, October 22, 2025 7:09:18 PM |

We are looking forward to tomorrow's meeting. Here are a few questions/topics for discussion tomorrow:

- AbbVie requests approval of our rebate model plan by October 31st to ensure our critical ability to deduplicate with the MFP. Are there any obstacles that HRSA foresees in meeting this deadline?
- Can HRSA confirm an 'intent to participate' letter that includes details for covered entity registration to AbbVie's IT platform, Beacon, to be sent on 10/31 is sufficient for notice, if we are still in discussions with HRSA?
- Please clarify HRSA's concern for covered entities operating under a virtual replenishment model that have established a neutral inventory.
- We would also like to further discuss the following:
  - AbbVie's request for purchase history data and its role in ensuring accurate rebate payments to covered entities
  - AbbVie's intended method used for rebate calculation (specifically date of dispense vs date of purchase)
  - HRSA's request for AbbVie to provide a supplemental pricing file to manufacturers as a solution for Medicaid billing

Best,
Whitney

---

**From:** Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Sent:** Wednesday, October 22, 2025 7:58 AM
**To:** Hubbard, Whitney N                                      Van Etten, Elizabeth

**Cc:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>; Zadecky, Julie (HRSA) <JZadecky@hrsa.gov>
**Subject:** [EXTERNAL] RE: AbbVie/Pharmacyclics 340B Rebate Model Pilot Program Plan Revision Request

Hello

HRSA would be happy to meet. Please provide your availability between 10 and 2 tomorrow for a 30 minute meeting. Let us know your preference and we would welcome that you provide any questions in advance in order to adequately address your concerns as expeditiously as possible.

Thank you.

RDML Krista M. Pedley
U.S Department of Health and Human Servces
Health Resources and Services Administration

**Exhibit 1 0033**

**From:** Hubbard, Whitney N ████████████████████████████
**Sent:** Tuesday, October 21, 2025 6:26 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>; Van Etten, Elizabeth ███████████████████████
**Cc:** Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Subject:** [EXTERNAL] RE: AbbVie/Pharmacyclics 340B Rebate Model Pilot Program Plan Revision Request

RDML Pedley-

Thank you for offering a virtual meeting to connect on this letter. We would be happy to schedule something with your team to discuss. Please share some times that work for you and we will do our best to accommodate.

Best,
Whitney

**From:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Sent:** Tuesday, October 21, 2025 3:55 PM
**To:** Van Etten, Elizabeth ████████████████████ HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Hubbard, Whitney N ███████████████ Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Subject:** [EXTERNAL] AbbVie/Pharmacyclics 340B Rebate Model Pilot Program Plan Revision Request

Please review the attached letter.

Sincerely,

RDML Krista M. Pedley
U.S Department of Health and Human Services
Health Resources and Services Administration

**From:** Van Etten, Elizabeth ██████████████████████
**Sent:** Monday, September 15, 2025 6:18 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Hubbard, Whitney N ██████████████████
**Subject:** [EXTERNAL] AbbVie/Pharmacyclics 340B Rebate Model submission plan

Please see the attached 340B Rebate Model submission plan from AbbVie/Pharmacyclics.

Best regards,

**ELIZABETH VAN ETTEN**
Associate General Counsel

**Exhibit 1 0034**

Global Legal Strategy



100 Park Avenue
Florham Park, NJ 07932



**abbvie.com**

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

**Exhibit 1 0035**

| | |
|---|---|
| **From:** | Hubbard, Whitney N |
| **To:** | HRSA HSB 340B Pricing; Van Etten, Elizabeth |
| **Cc:** | Pedley, Krista (HRSA) |
| **Subject:** | [EXTERNAL] RE: AbbVie/Pharmacyclics 340B Rebate Model Pilot Program Plan Revision Request |
| **Date:** | Friday, October 24, 2025 6:59:08 PM |
| **Attachments:** | ABVResponse_20251021HRSAletter.pdf |

Good evening – thank you for a productive call yesterday. Please see attached.

Best,
Whitney

---

**From:** HRSA HSB 340B Pricing 340BPricing@hrsa.gov
**Sent:** Tuesday, October 21, 2025 3:55 PM
**To:** Van Etten, Elizabeth ███████████████████ HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Hubbard, Whitney N ███████████████ Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Subject:** [EXTERNAL] AbbVie/Pharmacyclics 340B Rebate Model Pilot Program Plan Revision Request

Please review the attached letter.

Sincerely,

RDML Krista M. Pedley
U.S Department of Health and Human Services
Health Resources and Services Administration

---

**From:** Van Etten, Elizabeth ███████████████
**Sent:** Monday, September 15, 2025 6:18 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Hubbard, Whitney ███████████████
**Subject:** [EXTERNAL] AbbVie/Pharmacyclics 340B Rebate Model submission plan

Please see the attached 340B Rebate Model submission plan from AbbVie/Pharmacyclics.

Best regards,

**ELIZABETH VAN ETTEN**
Associate General Counsel
Global Legal Strategy



100 Park Avenue
Florham Park, NJ 07932
████████████████

**Exhibit 1 0036**

**abbvie.com**

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

**Exhibit 1 0037**

abbvie                                                                                    **Confidential**

October 24, 2025


Krista M. Pedley, Pharm D, MS
RDML, USPHS Assistant Surgeon General
Director, Office of Special Health Initiatives
Health Resources & Service Administration
Office of Special Health Initiatives
5600 Fishers Lane
Rockville, MD 20857


Dear RDML Pedley,

Thank you for your letter dated October 21, 2025 in response to AbbVie Inc. / Pharmacyclics LLC's (AbbVie) submitted plan on September 15, 2025 ("Plan") for participation in the 340B Rebate Model Pilot Program (the "Pilot"). We greatly appreciate the continued efforts of the Office of Pharmacy Affairs (OPA) to evaluate our plan and ensure the timely implementation of the Pilot despite the challenges posed by the lapse in appropriations currently affecting certain federal agencies' operations. Moreover, we thank you for taking the time yesterday to discuss our Plan and answer our questions related to the Pilot.

We have carefully reviewed OPA's communication and have addressed each of your inquiries below. In order to effectuate the "General Requirement" of "60 calendar days' notice to covered entities and other impacted stakeholders" stated in the Notice of the Pilot[1], we request OPA approval of AbbVie's revised Plan (see attached Exhibit A) as soon as possible and no later than end of day Tuesday, October 28, 2025.

   1)   *After review, OPA recognizes that some medical claims data is required to effectuate rebates for physician-administered drugs. Therefore, to the extent a claim qualifies as a pharmacy claim or medical claim, the updated table below reflects the allowable data fields AbbVie may collect on its IT platform from covered entities.*

---

[1] 340B Program Notice: Application Process for the 340B Rebate Model Pilot Program; Correction, 90 Fed. Reg. 38165 (Aug. 7, 2025) ("Notice").

**NOT SUBJECT TO RELEASE OR DISCLOSURE UNDER FOIA OR OTHERWISE**                    1

**Exhibit 1 0038**



**Confidential**

| Pharmacy Claims Data Fields | Medical Claims Data Fields |
|---|---|
| Date of Service | Date of Service |
| Date Prescribed | Claim Line Number |
| Rx number | Claim Number |
| Fill number | Unit of Measure |
| NDC-11 | NDC-11 |
| Quantity Dispensed | Quantity |
| Prescriber ID | Rendering Physician ID |
| Service Provider ID | Service Provider ID |
| 340B ID | 340B ID |
| RX BIN | Health Plan Name |
| RX PCN | Health Plan ID |

AbbVie response: While we appreciate the addition of the required Medical Claims Data Fields listed in the chart above, AbbVie urges OPA to expand both Pharmacy Claims and Medical Claims Data Fields to include the additional field, Group Number ID. AbbVie plans to include collection of Group Number ID as an optional data field in Beacon. The Group Number ID would show that the claim is connected to a rendered service or a prescription filled by the patient.

**2)    During the initial phase of the Rebate Pilot Program, OPA will not approve plans that require purchase data to be submitted with the claims data. It is OPA's understanding that manufacturers can use information provided by their wholesale partners to verify the appropriate number of WAC purchases in 340B wholesale accounts for Rebate Pilot Program drugs, relative to the number of 340B rebates requested. OPA's expectation is that all Rebate Pilot Program drugs will continue to be ordered through the 340B wholesale account to assist with manufacturers' visibility into 340B eligible purchases.**

AbbVie response: As discussed in our meeting yesterday, AbbVie respectfully disagrees with OPA's stance regarding the need for covered entities to submit purchase history data. However, in the interest of our shared goal of timely implementation of the Pilot, our updated Plan will allow for the optional collection of Invoice Number if covered entities wish to voluntarily submit. We will encourage covered entities to submit Invoice Number information when submitting data to Beacon. To the extent OPA approves a rebate model in which manufacturers may include invoice numbers as a required claim element, now or in the future, AbbVie reserves the right to revise its Plan in accordance.

Additionally, as OPA suggested during our call, AbbVie will continue to work with wholesalers to ensure the accuracy of the data received.

**3)    Please provide an AbbVie point of contact and email address, for covered entities who have questions to be posted on the OPA website summary of AbbVie's plan, if approved.**

AbbVie response: Covered entities may contact our Head of 340B Center of Excellence at 340Brebatemodel@abbvie.com. This email address is dedicated exclusively to 340B Rebate Model

**NOT SUBJECT TO RELEASE OR DISCLOSURE UNDER FOIA OR OTHERWISE**    2

**Exhibit 1 0039**



**Confidential**

communications. This inbox is monitored by multiple members of our 340B Center of Excellence to ensure a prompt response to all questions and concerns.

**4) Please clarify if all purchases will occur at the same acquisition cost, such as WAC, or if covered entities' acquisition cost will vary by contract.**

AbbVie response: As discussed during our call, AbbVie understands it is OPA's expectation that rebate claims on drugs eligible for the rebate model are to be purchased using the covered entity's 340B account with WAC loaded as the price. Furthermore, as discussed yesterday, we understand OPA intends to clarify its FAQ to make clear that drugs purchased under the rebate model must be purchased using the covered entity's 340B wholesaler account with WAC loaded as the price in order to be eligible for a 340B rebate. In addition, HRSA's audit data request should be modified to ensure that WAC purchase data on 340B wholesaler accounts is collected for review.

Except for the accumulations discussed in number 11 below, and as updated in its revised Plan (attached), AbbVie will pay rebates on covered entity purchases of IMBRUVICA ordered through the covered entity's 340B wholesaler account from Effective Date. AbbVie will update its wholesaler pricing files to reflect WAC in 340B wholesaler accounts.

**5) Please clarify that the rebate will be calculated based on the WAC and 340B ceiling price as of the date of dispense.**

AbbVie response: The rebate amount will be calculated using the WAC and 340B ceiling price on the date of dispense. AbbVie reserves the right to offer rebates based upon purchase data (including Invoice Number) and purchase date, to the extent provided by a covered entity, in the Pilot.

**6) Please clarify if covered entities will be provided with an opportunity to resubmit data if a rebate request is denied for incomplete or missing data.**

AbbVie response: AbbVie does not expect incomplete or missing data to be a reason for denial. As part of its validation process, the Beacon platform will not accept a rebate claim submission unless all required data fields are populated. If a rebate request is denied, covered entities will have full visibility into the denial reason and can resubmit consistent with the terms of our Plan.

**7) Please clarify how wasted or undispensed units should be characterized during claims submission.**

AbbVie response: AbbVie does not anticipate claims for waste or undispensed units of IMBRUVICA as it is an oral medication primarily dispensed in the retail or Medicare Part D setting. A covered entity would only submit a 340B rebate request for drug dispensed to a 340B eligible patient.

**Exhibit 1 0040**



abbvie

**Confidential**

*8)  Please clarify how rebate requests for cash or uninsured patients should be characterized during claims submission.*

AbbVie response: When submitting cash-pay or uninsured patient claims data in the pharmacy/retail setting, covered entities should enter the term "CASH" in the Rx BIN and Rx PCN Pharmacy Claims Data Fields. When submitting cash-pay or uninsured patients claims data in the medical setting, covered entities should enter the term "CASH" in the Health Plan Name and Health Plan ID Medical Claims Data Fields.

*9)  Please confirm that AbbVie will pay rebates within 10 calendar days of data submission.*

AbbVie response: The 10 days refers to calendar days not business days as reflected in our revised Plan.

*10)  Public comments submitted from the August 7, 2025, Federal Register Notice, identified the concern that the rebate model would cause difficulties with Medicaid billing at actual acquisition cost (AAC) and difficulties in providing sliding fees to uninsured patients. Currently, covered entities receive pricing files with 340B ceiling prices from wholesalers that feed the pharmacy billing systems, which allow covered entities to bill at AAC and allow for sliding fees that share savings with eligible patients. OPA requests that AbbVie work with its wholesale partners to provide a supplemental pricing file with the 340B ceiling prices for Imbruvica NDCs to assist covered entities with the Medicaid billing requirements and assist with providing patients with the shared savings.*

AbbVie response: In an effort to ensure the success of the Pilot, AbbVie commits to finding a way to provide supplement price information that includes the 340B ceiling price to covered entities either through our wholesale partners or another stakeholder. Additionally, we would like to note that the 340B ceiling price is available to covered entities on the OPAIS database and AbbVie's IT platform, Beacon, will provide a supplementary 340B ceiling price file for covered entities to use when submitting to state Medicaid agencies.

*AbbVie's plan indicates that claims will be deemed eligible if the unit amount on the 340B claim does not exceed WAC purchases made during the 340B rebate pilot. It should be noted that covered entities operating under a virtual replenishment model are starting with a neutral inventory so they may not have WAC purchases made at the beginning of the pilot period for their initial purchase. AbbVie should consider this during the initial phase of the pilot period.*

AbbVie response: In preparation for the implementation of the Pilot, AbbVie encourages covered entities to prioritize the processing of replenishment orders before December 31, 2025. To the extent AbbVie offers a rebate to a covered entity on "neutral inventory" that was purchased below WAC (or already subject to a 340B chargeback to ceiling) prior to December 31, 2025, a significant volume of duplicative discounts is possible that risk putting AbbVie at a negative balance on a purchase. We welcome HRSA's proposed solutions to prevent such duplicative discounts. That said, AbbVie will take this into consideration and will



**Confidential**

develop a process to allow for accumulations consistent with historical purchasing trends. AbbVie reserves the right to investigate unusual purchase patterns in the fourth quarter of 2025.

AbbVie appreciates the opportunity to clarify our Plan to OPA. We look forward to your approval by October 28, as it is critical that manufacturer rebate plans become effective January 1, 2026 and that manufacturers are able to provide adequate notice to covered entities. If you have any additional follow up questions, please contact Whitney Hubbard at ████████████████████. We thank you for your continued dedication to public service during these difficult circumstances.

Kind regards,

Helmuth Fendel, Vice President, Market Access Account Management & Trade

Cc: Whitney Hubbard, Director, U.S. Policy, Government Affairs

**NOT SUBJECT TO RELEASE OR DISCLOSURE UNDER FOIA OR OTHERWISE**

**Exhibit 1 0042**

abbvie

**Confidential**

**Exhibit A – Revised Pilot Plan**

**NOT SUBJECT TO RELEASE OR DISCLOSURE UNDER FOIA OR OTHERWISE**

**Exhibit 1 0043**

 **Confidential**

October 24, 2025

**Submitted via email to** 340BPricing@hrsa.gov

**Re: Manufacturer Plan for Participation in the 340B Rebate Model Pilot Program** (Notice dated August 7, 2025; Federal Register Publication No. 2025-14998 (90 FR 38165)

AbbVie manufactures IMBRUVICA® (ibrutinib). CMS refers to AbbVie's wholly owned subsidiary, Pharmacyclics LLC, as the "primary manufacturer" of IMBRUVICA for purposes of the IRA's MDPNP. Nevertheless, we refer to AbbVie and Pharmacyclics LLC herein jointly as "AbbVie/Pharmacyclics." IMBRUVICA was selected by CMS under the IRA's MDPNP for Initial Price Applicability Year 2026. AbbVie/Pharmacyclics hereby submits our rebate plan for participation in the Pilot for the NDC-11s associated with IMBRUVICA listed below:

| IPAY | Selected Drug Name | NDC-11s |
|------|--------------------|---------|
| 2026 | IMBRUVICA | 57962-0007-12 |
| 2026 | IMBRUVICA | 57962-0014-28 |
| 2026 | IMBRUVICA | 57962-0070-28 |
| 2026 | IMBRUVICA | 57962-0140-09 |
| 2026 | IMBRUVICA | 57962-0140-12 |
| 2026 | IMBRUVICA | 57962-0280-28 |
| 2026 | IMBRUVICA | 57962-0420-28 |

Please see Appendix I for a list of *Abbreviations and Defined Terms*.

AbbVie/Pharmacyclics is ready to partner with HRSA and CEs in implementing a robust and transparent 340B Rebate Model. Thank you for the opportunity to submit our proposed rebate plan. We remain available to HRSA for calls, technical walkthroughs, or to respond to follow-up questions, as needed.

AbbVie/Pharmacyclics supports the Pilot as a first step toward curbing widespread abuses that undermine the 340B program's patient-focused objectives. To help increase the effectiveness of the Pilot, we would like to engage with HRSA quarterly, at a minimum, to discuss Pilot progress, share insights, and exchange feedback and considerations, such as suggestions for additional reporting metrics. If you have any additional follow-up questions, please contact Whitney Hubbard at ███████████████████

Helmuth Fendel
VP, Market Access Account Management & Trade

Cc: Whitney Hubbard, Director, U.S. Policy, Government Affairs

**NOT SUBJECT TO RELEASE OR DISCLOSURE UNDER FOIA OR OTHERWISE**

**Exhibit 1 0044**

abbvie

Confidential

**Criteria**

**1. General Requirements:**

Our proposal aligns with the Notice[1] criteria, unless noted below. From Effective Date, CEs seeking 340B pricing on IMBRUVICA can submit data through Beacon. Beacon will collect data, validate the rebate eligibility using submitted data, facilitate rebate payment, and provide real-time rebate status for CEs. AbbVie/Pharmacyclics will provide CEs access to Beacon at no cost.

Sixty days before Effective Date, AbbVie/Pharmacyclics will provide rebate plan information to CEs, including Beacon registration instructions. AbbVie/Pharmacyclics will provide ongoing technical assistance, customer service, and educational resources to CE via Beacon at no cost. During registration and throughout the Pilot, CEs can engage in good faith with BCST regarding questions, which may be escalated to our Head of 340B Center of Excellence at 340Brebatemodel@abbvie.com for resolution.

From Effective Date, AbbVie will pay rebates on CE orders of IMBRUVICA through their 340B wholesale account. AbbVie/Pharmacyclics will update its wholesaler pricing files to reflect WAC in 340B wholesale accounts to pay the ceiling price via rebate. The 340B rebate amount is calculated as the difference between WAC and the 340B ceiling price on the date of dispense. AbbVie reserves the right to offer rebates based upon purchase data (including Invoice Number) and purchase date, to the extent provided by a CE, in the Pilot.

Beacon has implemented a robust data security framework. In addition, Beacon provides resources on beaconchannelmanagement.com under Trust Center[2] and Support Center[3]. Appendix II contains additional platform information. If HRSA has additional questions, AbbVie/Pharmacyclics will provide more information.

**2. Reporting Requirements:**

CEs can submit data up to 45 calendar days from date of dispense to Beacon either directly or through participating TPAs. Allowances for extenuating circumstances and other exceptions detailed in the Notice will be considered on a case-by-case basis in accordance with AbbVie/Pharmacyclics' standard business practices. AbbVie/Pharmacyclics reserves the right to exempt a CE from any of the requirements of this plan in the event AbbVie/Pharmacyclics determines, in its discretion, that a hardship exception is warranted.

In Beacon, CEs will have access to real-time rebate status for submitted claims. CEs must reverse any 340B claims submitted in error immediately. Reversal credits will be used to offset future 340B rebate payments. This process will be transparent to CEs in Beacon, and BCST will be available to resolve any inquiries.

Beacon will only collect data for IMBRUVICA purchases and collection will be proactively limited to HRSA-approved data fields. Regardless of data submission method, the same filtering, security and privacy protocols apply as detailed in Appendix II. For online data submissions, client-side JavaScript functions exclude any non-IMBRUVICA records, ensuring data is filtered before its submission, while server-side validations ensure Beacon never possesses

---

[1] 340B Program Notice: Application Process for the 340B Rebate Model Pilot Program; Correction, 90 Fed. Reg. 38165 (Aug. 7, 2025)
[2] https://beaconchannelmanagement.com/pages/trust-center
[3] https://beaconchannelmanagement.com/pages/support-center

**Exhibit 1 0045**



Confidential

ineligible data. The TPA filtering process will use similar client-side technology provided by SSS, with filtering occurring before submission.

AbbVie/Pharmacyclics will provide OPA periodic reporting on rebate purchase data, claim denials, and delays to demonstrate Pilot effectiveness.

### 3. Rebates:

Beacon will analyze each data submission for completeness. If the submission is incomplete, CE will be notified of the reason. An entry is deemed complete and accepted after it is reviewed through the validation process attached in <u>Appendix III</u>.

Then to ensure eligibility, the following criteria will be evaluated and validated to ensure:
   a) The 340B claim is for IMBRUVICA;
   b) The date of dispense occurs after Effective Date;
   c) The dispensing pharmacy is registered as an eligible CE location on OPAIS database and is eligible for shipment under AbbVie commercial policies, including its 340B Integrity Initiative; and
   d) The 340B claim unit amount does not exceed the number of WAC units purchased during the Pilot and shipped to the CE or its eligible CP since Effective Date.

Once a claim is deemed eligible, Beacon will conduct the deduplication validation. When duplication with MFP is identified, adjustments will be made to the availability of the MFP, the amount of any MFP rebate through the MTF, or the amount of the 340B rebate. A rebate will not be denied for diversion or Medicaid discount duplication, but will be for claims previously submitted by another CE. Good faith questions/concerns will be addressed through BCST and may be escalated to AbbVie/Pharmacyclics' POC for resolution.

AbbVie/Pharmacyclics will pay unit-based rebates for IMBRUVICA dispenses on validated claims to CE via ACH transfer through Beacon within 10 calendar days of receipt of complete and accepted data submission, excluding federal holidays. Denials will be processed in Beacon within 10 calendar days of receipt and will include supporting documentation.

### 4. Data Fields

AbbVie/Pharmacyclics will collect required pharmacy claims or medical claims, as applicable, to effectuate 340B pricing. Please see the complete list of fields in <u>Appendix IV</u>.

In addition to the required fields, AbbVie/Pharmacyclics will collect two optional data fields: Group ID Number and Invoice Date. AbbVie will encourage CEs to complete these fields as it will help to more efficiently process rebate payments.

**NOT SUBJECT TO RELEASE OR DISCLOSURE UNDER FOIA OR OTHERWISE**     3

**Exhibit 1 0046**

abbvie                                                                                      **Confidential**

**Appendix I – Abbreviations & Defined Terms**

**AbbVie**: AbbVie Inc.

**ACH**: Automated Clearinghouse

**Beacon**: The technology platform operated by Second Sight Solutions that AbbVie/Pharmacyclics (and other manufacturers) will utilize to collect all relevant data, apply rebate eligibility criteria and facilitate rebate payments to 340B CEs. Appendix II contains detailed information related to Beacon's functionality.

**BCST:** Beacon Customer Support Team

**CE**: A covered entity, as defined in Section 340B(a)(4) of the Public Health Service Act.

**CMS:** Centers for Medicare and Medicaid Services

**CP**: Contract Pharmacy

**Effective Date:** The date AbbVie/Pharmacyclics will implement its approved rebate plan. The Effective Date will be January 1, 2026, unless AbbVie/Pharmacyclics provides notice of a later implementation date.

**HCPCS**: Healthcare Common Procedure Coding System

**HHS**: United States Department of Health and Human Services

**HRSA**: Health Resources and Services Administration

**IRA:** The Inflation Reduction Act of 2022

**MDPNP**: IRA Medicare Drug Price Negotiation Program

**MFP**: Maximum Fair Price

**MTF:** Medicare Transaction Facilitator

**NCPDP**: National Council for Prescription Drug Programs

**NDC-11:** 11-digit National Drug Code which is a unique identifier of the drug dispensed to the patient and sold.

**NPI**: National Provider Identifier

**Notice**: 340B Program Notice: Application Process for the 340B Rebate Model Pilot Program published in the Federal Register Publication No. 2025-14998 (90 FR 38165) on August 7, 2025.

**OPA**: Office of Pharmacy Affairs

**OPAIS database:** 340B Office of Pharmacy Affairs Information System

**Exhibit 1 0047**

abbvie

**Pilot:** 340B Rebate Model Pilot Program

**Pharmacyclics**: Pharmacyclics LLC is a wholly owned subsidiary of AbbVie Inc.

**PII**: Patient Identifying Information

**POC**: point of contact

**SSS**: Second Sight Solutions (or Second Sight) is the company that operates Beacon.

**TPA**: Third-party administrator

**WAC**: Wholesaler Acquisition Cost

**NOT SUBJECT TO RELEASE OR DISCLOSURE UNDER FOIA OR OTHERWISE**

**Exhibit 1 0048**



**Confidential**

**Appendix II – Beacon Functionality Overview**

**Beacon Overview**

Beacon is a web-based technology platform that supports the effectuation of a 340B rebate model.  Beacon is used to collect 340B claims and WAC purchase data from 340B covered entities, validate eligibility of submitted data, facilitate payment of 340B rebates to 340B covered entities, and provide real-time access to 340B rebate status to 340B covered entities and pharmaceutical manufacturers.  Beacon is also utilized to provide reporting to HRSA.  The information provided in this document is applicable to any pharmaceutical manufacturer that selects Beacon for its 340B rebate model effectuation.

**Registration**

340B covered entities that elect to submit 340B claims and WAC purchase data must first register with Beacon by navigating to www.beaconchannelmanagement.com and completing the registration process.  Registration with and use of Beacon by 340B covered entities is free of charge.  Use of Beacon is governed by the Terms of Use and Privacy Policy which are available at www.beaconchannelmanagement.com.  To comply with federal law and financial institution requirements, Second Sight requires that new users complete a Know Your Business (KYB) verification process which includes the submission of certain legal documents such as Articles of Incorporation and IRS letter CP 575.  Once a new account has been verified, additional users may be given access to the Beacon account by the initial registrant.

Users must also submit bank account information for ACH payments which is verified according to financial institution requirements.  Verification includes the submission of a bank letter and performance of a standard penny test.

**Data Submission**

340B covered entities can submit data online through Beacon or via a direct data submission process with participating third-party administrators (TPAs).  Data submissions are proactively limited to only those data elements that have been approved by HRSA and 340B covered entities cannot inadvertently submit additional data elements that fall outside the scope of the 340B rebate model pilot.  Regardless of whether data is submitted online or through a TPA, the same filtering, security and privacy protocols apply.

Data Filtering

Beacon collects data for only those NDCs for which a 340B rebate model pilot has been approved. For online data submissions, client-side JavaScript functions exclude from data submissions any records that include an NDC that has not been approved for a 340B rebate model pilot by HRSA.

**Exhibit 1 0049**



Client-side JavaScript functions ensure that the data is filtered prior to submission to Beacon and server-side validations ensure that Beacon is never in possession of the ineligible data.  For direct data submissions by a TPA, the filtering process is executed by the TPA utilizing similar client-side technology provided by Second Sight, again ensuring that data filtering occurs prior to submission to Beacon.

Data Security

Beacon is hosted on Microsoft Azure, a premier cloud computing platform known for its reliability, scalability, and security. Beacon is distributed across multiple Azure Availability Zones, each a unique physical location comprising of one or more data centers within an Azure region. By distributing applications across multiple Availability Zones, Beacon can achieve high availability and fault tolerance for its service.

At the core of the Beacon platform is a strong commitment to data security. Second Sight builds and maintains the Beacon systems in alignment with industry-recognized frameworks such as the National Institute of Standards and Technology Cybersecurity Framework (NIST CSF) and Open Web Application Security Project (OWASP) best practices. Security is embedded throughout the software development lifecycle—from design and code reviews to deployment and monitoring. Second Sight follows secure coding standards and performs regular threat modeling, vulnerability scanning, and automated testing to ensure a robust security posture.

All data in Beacon is encrypted at rest and in transit using industry-standard protocols supporting the use of Transport Layer Security (TLS) 1.2+ or higher. Beacon services enforce mandatory Multi-Factor Authentication (MFA) to ensure a high level of security for end-users, providing email, SMS, and application-based authentication methods.

Second Sight engages established third-party risk and cybersecurity firms to perform annual internal, external, and web application penetration tests, along with comprehensive security assessments across all platforms and infrastructure.

In addition, Beacon has achieved SOC 1 and SOC 2 certification, demonstrating compliance with rigorous standards for security, availability and confidentiality.

Data Privacy

Beacon is designed to operate without the use of any protected health information (PHI) as defined by the Health Information Portability and Accountability Act (HIPAA).  Second Sight has received an expert determination from Dr. Brad Malin that the data collected through Beacon meets the definition of a De-Identified Dataset under HIPAA.  A copy of this expert determination is available upon request.  As described in Dr. Malin's expert determination, the de-identification process occurs prior to the submission of data to Beacon.  Furthermore, Second Sight does not

Exhibit 1 0050



reidentify this data and personnel with access to identifiable data do not also have access to de-identified data. De-identified datasets can be linked to other de-identified datasets but, as discussed in Dr. Malin's expert determination, this does not constitute a reidentification of data and no PHI is exposed through this linking process. Second Sight has utilized this deidentification process with 340B claims data submitted through 340B ESP since 2020 and has successfully ensured that no HIPAA violations have occurred.

Beacon also collects personally identifiable information (PII) including user's names and email addresses. This information is stored securely, and Second Sight complies with all applicable privacy laws. Additional information on how we collect, maintain and use PII is available in our Privacy Policy.

## Rebate Payments and Reconciliation Data

Following the successful validation of 340B claim submissions according to the eligibility criteria approved by HRSA, Beacon initiates the rebate payment process. Rebates are priced based on the dispense date of the associated WAC purchase. AbbVie reserves the right to offer rebates based upon purchase data (including Invoice Number) and purchase date, to the extent provided by a CE, in the Pilot. Rebate payments are transmitted to the 340B covered entity via an ACH payment within the time period approved by HRSA. The transaction ID of the rebate payment is appended to the 340B rebate record maintained in Beacon giving the 340B covered entity real-time access to reconciliation data in Beacon. Rebates that are determined to be ineligible are accessible in Beacon by the 340B covered entity and include detail on the eligibility determination.

In addition to accessing information online in Beacon, 340B covered entities can also download 340B rebate data for inclusion in their proprietary systems. Because 340B claims are de-identified prior to submission to the Beacon platform, a unique ID is appended to the data submission and made available to 340B covered entities immediately following the initial 340B claims submission. This unique ID allows 340B covered entities to link de-identified data maintained in Beacon with the identifiable data maintained in 340B covered entities' proprietary systems for reconciliation purposes.

Finally, Second Sight has communicated its willingness and has already begun to integrate directly with TPAs to simplify the reconciliation process. Second Sight will not charge TPAs for this integration service though 340B covered entities will have to approve any integrations with TPAs for their specific data.

## Beacon Customer Support

Beacon's customer support team is trained to engage with 340B covered entities and address questions or concerns arising from their use of Beacon for 340B rebate payments. Support topics

**Exhibit 1 0051**



**Confidential**

may range from technical (How do I use Beacon?) to policy (Why was my 340B rebate determined to be ineligible?) to financial (Was my 340B rebate payment made?) in nature. Customer support is provided proactively through online resources, pre-recorded training webinars and live training sessions as well as reactively through responses to inbound calls, emails or chats. Certain questions may be escalated to a pharmaceutical manufacturer depending on the applicable policy.

Second Sight is committed to responding to 340B covered entity inquiries within 24 hours of receipt and the Beacon customer support team will work to resolve inquiries as quickly as possible. Data on 340B covered entity inquiries is analyzed to identify themes and trends and may result in process or technology updates intended to address common questions raised by 340B covered entities.

**Exhibit 1 0052**

 **Confidential**

## Appendix III: Validation

(Disclaimer: Appendix III provided by Second Sight Solutions. AbbVie/Pharmacyclics has made no revisions to its contents.)

**Medical Claim Validations**

| Validation | Description |
|---|---|
| *Front End Validations* | |
| Invalid [Field] | Entry must meet field requirements, e.g., NPI must be 10 digits. |
| Registered User | Submission must be for 340B ID registered to User |
| *Back End Validations* | |
| Claim Expired | Claim submission date must be within 45 days after the Date of Service. |
| Service Provider ID | Service provide ID must be active in the NPI registry at date of service. |
| Service Provider ID | Service provider ID must be in the NPI registry as a facility. |
| CE Eligibility - Orphan Drug | If an NDC is identified as an orphan drug, and the manufacturer does not voluntarily offer 340B pricing for certain hospital types (e.g., SCH, CAN, CAH, RRC), claims from these hospital types will not be accepted. |
| Aberrant Quantity | Aberrant Ceiling: Claim quantity cannot be equal to or greater than the maximum aberrant quantity for the NDC. Aberrant Partial: Claim quantity cannot be a partial number listed for the NDC, e.g. Per NDC, the submitted quantities must be multiples of expected quantities. |
| Pre-Policy Claim | Claim must have Date of Service on or after policy start. |
| Duplicate - Mismatch | Duplicate check is performed on distinct claim fields against past conforming claims submitted to the platform by that covered entity. Distinct claim: Date of Service, Service Provider ID, NDC, Claim Number |
| Duplicate - Entity | When the same claim is submitted by multiple covered entitites, the first conforming claim submitted in Beacon will be used for credit accumulation |

**Purchase Validations**

| Validation | Description |
|---|---|
| *Front End Validations* | |
| Invalid [Field] | Entry must meet field requirements, e.g., NPI must be 10 digits. |
| Registered User | Submission must be for 340B ID registered to User |
| *Back End Validations* | |
| Pre-Policy | If NDC is subject to policy, tests if invoice date occurs on or after the NDC policy start date. |
| CE Eligibility - Date | Only invoices purchased (invoice date) during an active period on HRSA are eligible for a 340B credit. |
| CE Eligibility - Orphan Drug | If an NDC is identified as an orphan drug, and the manufacturer does not voluntarily offer 340B pricing for certain hospital types (e.g., SCH, CAN, CAH, RRC), invoices from these hospital types will not be accepted. |
| Ship-To Pharmacy (NPI) | Only NPIs with an association to the covered entity can be submitted for the entity. E.g., CP, shipping location / child site / in-house pharmacy. |
| Ship-To Pharmacy (NPI) | If not an in-house pharmacy, Ship-To Pharmacy (NPI) must be an NPI for a contract pharmacy with an active contract with the CE in HRSA OPAIS at Date of Service. |
| Ship-To Pharmacy (NPI) | If not an in-house pharmacy, Ship-To Pharmacy (NPI) must be an NPI for a contract pharmacy eligible under manufacturer policy at Date of Service |
| Duplicate - Mismatch | Invoice does not match or partially matches manufacturer sales data. |
| Duplicate - Entity | Invoice already exists in validated invoice data for a different 340B ID. |

**Purchase to Claim Allocation**

| Validation | Description |
|---|---|
| *Back End Validations* | |
| Date of Service / Purchase Date | Date of Service on claim must come after the purchase date of allocated purchase. |
| Purchase Date Expiration | Purchases shipped to the covered entity or its eligible contract pharmacy are available to allocate to a claim within 365 days of their purchase date |

**Exhibit 1 0053**

abbvie                                                                           **Confidential**

## Appendix IV: Data Fields

**Pharmacy Claims**
- Date of Service
- Date Prescribed
- Rx Number
- Fill Number
- 11-Digit National Drug Code (NDC-11)
- Quantity Dispensed
- Prescriber ID
- Service Provider ID
- 340B ID
- Rx Bank Identification Number (BIN)
- Rx Processor Control Number (PCN)
- Group Number ID (optional)
- Invoice Number (optional)

**Medical Claims Fields:**
- Health Plan ID
- Health Plan Name
- Service Provider ID
- NDC-11
- Quantity
- Date of Service
- Rendering Physician ID
- Claim Number
- Claim Line Number
- Unit of Measure
- 340B ID
- Group Number ID (optional)
- Invoice Number (optional)

**Exhibit 1 0054**

| From: | HRSA HSB 340B Pricing |
|---|---|
| To: | Hubbard, Whitney N; HRSA HSB 340B Pricing; Van Etten, Elizabeth |
| Cc: | Pedley, Krista (HRSA) |
| Subject: | RE: AbbVie/Pharmacyclics 340B Rebate Model Pilot Program Plan Revision Request |
| Date: | Monday, October 27, 2025 2:01:26 PM |

Good afternoon, Whitney:

OPA is confirming receipt of AbbVie's revised 340B Rebate Model Pilot Program Plan. We continue to review the plan and there are a few points that will need further revision to be considered for final approval.

1. OPA will not approve plans in the initial phase of the rebate model pilot program, that request purchase data to be submitted by covered entities, even as an optional field. OPA will instruct covered entities to purchase products subject to the rebate model in their current 340B wholesale account. Covered entities will also be instructed by HRSA to ensure the rebates are only requested on eligible patients after a purchase is made. Manufacturers should work with their distribution partners to leverage data from wholesalers to monitor that the appropriate number of purchases made at WAC in those 340B accounts correspond to the number of rebates requested, whether through a chargeback feed or other report. Please confirm AbbVie agrees.

2. OPA requests AbbVie describe how eligible unreplenished accumulated dispenses that occur prior to the January 1, 2026's implementation date will be offered at the 340B ceiling price. (e.g., rebates for a certain grace period or upfront ceiling price).

Please respond as soon as possible and no later than **close of business on October, 28, 2025**, if AbbVie would like to be considered for an October 31, 2025, approval to 340Bpricing@hrsa.gov with an updated plan.

Sincerely,


RDML Krista M. Pedley
U.S Department of Health and Human Services
Health Resources and Services Administration

---

**From:** Hubbard, Whitney N ███████████████████████
**Sent:** Friday, October 24, 2025 6:59 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>; Van Etten, Elizabeth ██████████████████████
**Cc:** Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Subject:** [EXTERNAL] RE: AbbVie/Pharmacyclics 340B Rebate Model Pilot Program Plan Revision Request

Good evening – thank you for a productive call yesterday. Please see attached.

Best,

**Exhibit 1 0055**

Whitney

---

**From:** HRSA HSB 340B Pricing 340BPricing@hrsa.gov
**Sent:** Tuesday, October 21, 2025 3:55 PM
**To:** Van Etten, Elizabeth ███████████████████ HRSA HSB 340B Pricing
<340BPricing@hrsa.gov>
**Cc:** Hubbard, Whitney N ███████████████ Pedley, Krista (HRSA)
<KPedley@hrsa.gov>
**Subject:** [EXTERNAL] AbbVie/Pharmacyclics 340B Rebate Model Pilot Program Plan Revision Request

Please review the attached letter.

Sincerely,

RDML Krista M. Pedley
U.S Department of Health and Human Services
Health Resources and Services Administration

---

**From:** Van Etten, Elizabeth ██████████████
**Sent:** Monday, September 15, 2025 6:18 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Hubbard, Whitney N ███████████████
**Subject:** [EXTERNAL] AbbVie/Pharmacyclics 340B Rebate Model submission plan

Please see the attached 340B Rebate Model submission plan from AbbVie/Pharmacyclics.

Best regards,

**ELIZABETH VAN ETTEN**
Associate General Counsel
Global Legal Strategy



100 Park Avenue
Florham Park, NJ 07932
████████████████████

**abbvie.com**

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

**Exhibit 1 0056**

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

Exhibit 1 0057

| From: | Van Etten, Elizabeth |
|---|---|
| To: | HRSA HSB 340B Pricing |
| Cc: | Pedley, Krista (HRSA); Hubbard, Whitney N |
| Subject: | [EXTERNAL] RE: AbbVie/Pharmacyclics 340B Rebate Model Pilot Program Plan Revision Request |
| Date: | Tuesday, October 28, 2025 7:04:58 PM |
| Attachments: | AbbVie_Rebate Model Submission Planv3_20251028_FINAL.pdf |
| | AbbVie_Rebate Model Submission Planv3_20251028_redline.pdf |

Hello,

Thank you again for a productive call today. Attached please find two versions of our revised plan (redlined and clean). We believe we have addressed all of HRSA's concerns and questions with our revised plan. Accordingly, we respectfully request your approval by tomorrow, October 29th. As we have noted before, we will need reasonable lead time in order to conduct the logistics of notifying covered entities 60 days prior to January 1. Please do not hesitate to contact us if you have any questions. Please do not hesitate to contact us if you have any questions.

Thank you!

**ELIZABETH VAN ETTEN**
Associate General Counsel
Global Legal Strategy

abbvie

100 Park Avenue
Florham Park, NJ 07932

████████████████████

abbvie.com

**From:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Sent:** Monday, October 27, 2025 2:01 PM
**To:** Hubbard, Whitney N██████████████████ HRSA HSB 340B Pricing <340BPricing@hrsa.gov>; Van Etten, Elizabeth ██████████████████
**Cc:** Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Subject:** [EXTERNAL] RE: AbbVie/Pharmacyclics 340B Rebate Model Pilot Program Plan Revision Request

Good afternoon, Whitney:

OPA is confirming receipt of AbbVie's revised 340B Rebate Model Pilot Program Plan. We continue to review the plan and there are a few points that will need further revision to be considered for final approval.

Exhibit 1 0058

1. OPA will not approve plans in the initial phase of the rebate model pilot program, that request purchase data to be submitted by covered entities, even as an optional field. OPA will instruct covered entities to purchase products subject to the rebate model in their current 340B wholesale account.  Covered entities will also be instructed by HRSA to ensure the rebates are only requested on eligible patients after a purchase is made. Manufacturers should work with their distribution partners to leverage data from wholesalers to monitor that the appropriate number of purchases made at WAC in those 340B accounts correspond to the number of rebates requested, whether through a chargeback feed or other report.  Please confirm AbbVie agrees.

2. OPA requests AbbVie describe how eligible unreplenished accumulated dispenses that occur prior to the January 1, 2026's implementation date will be offered at the 340B ceiling price.  (e.g., rebates for a certain grace period or upfront ceiling price).

Please respond as soon as possible and no later than **close of business on October, 28, 2025**, if AbbVie would like to be considered for an October 31, 2025, approval to 340Bpricing@hrsa.gov with an updated plan.

Sincerely,


RDML Krista M. Pedley
U.S Department of Health and Human Services
Health Resources and Services Administration


---

**From:** Hubbard, Whitney N ███████████████████
**Sent:** Friday, October 24, 2025 6:59 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>; Van Etten, Elizabeth ███████████████████
**Cc:** Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Subject:** [EXTERNAL] RE: AbbVie/Pharmacyclics 340B Rebate Model Pilot Program Plan Revision Request

Good evening – thank you for a productive call yesterday. Please see attached.

Best,
Whitney

---

**From:** HRSA HSB 340B Pricing 340BPricing@hrsa.gov
**Sent:** Tuesday, October 21, 2025 3:55 PM
**To:** Van Etten, Elizabeth ███████████████████ HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Hubbard, Whitney N ███████████████████ Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Subject:** [EXTERNAL] AbbVie/Pharmacyclics 340B Rebate Model Pilot Program Plan Revision Request

**Exhibit 1 0059**

Please review the attached letter.

Sincerely,

RDML Krista M. Pedley
U.S Department of Health and Human Services
Health Resources and Services Administration

---

**From:** Van Etten, Elizabeth ███████████████████
**Sent:** Monday, September 15, 2025 6:18 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Hubbard, Whitney N ████████████████
**Subject:** [EXTERNAL] AbbVie/Pharmacyclics 340B Rebate Model submission plan

Please see the attached 340B Rebate Model submission plan from AbbVie/Pharmacyclics.

Best regards,

**ELIZABETH VAN ETTEN**
Associate General Counsel
Global Legal Strategy



100 Park Avenue
Florham Park, NJ 07932
██████████████████

abbvie.com

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

Exhibit 1 0060



Confidential

**October 28, 2025**

**Submitted via email to** 340BPricing@hrsa.gov

**Re: Manufacturer Plan for Participation in the 340B Rebate Model Pilot Program** (Notice dated August 7, 2025; Federal Register Publication No. 2025-14998 (90 FR 38165)

AbbVie manufactures IMBRUVICA® (ibrutinib). CMS refers to AbbVie's wholly owned subsidiary, Pharmacyclics LLC, as the "primary manufacturer" of IMBRUVICA for purposes of the IRA's MDPNP. Nevertheless, we refer to AbbVie and Pharmacyclics LLC herein jointly as "AbbVie." IMBRUVICA was selected by CMS under the IRA's MDPNP for Initial Price Applicability Year 2026. AbbVie hereby submits our rebate plan for participation in the Pilot for the NDC-11s associated with IMBRUVICA listed below:

| IPAY | Selected Drug Name | NDC-11s |
|------|--------------------|---------|
| 2026 | IMBRUVICA | 57962-0007-12 |
| 2026 | IMBRUVICA | 57962-0014-28 |
| 2026 | IMBRUVICA | 57962-0070-28 |
| 2026 | IMBRUVICA | 57962-0140-09 |
| 2026 | IMBRUVICA | 57962-0140-12 |
| 2026 | IMBRUVICA | 57962-0280-28 |
| 2026 | IMBRUVICA | 57962-0420-28 |

Please see Appendix I for a list of *Abbreviations and Defined Terms*.

AbbVie is ready to partner with HRSA and CEs in implementing a robust and transparent 340B Rebate Model. Thank you for the opportunity to submit our proposed rebate plan. We remain available to HRSA for calls, technical walkthroughs, or to respond to follow-up questions, as needed.

AbbVie supports the Pilot as a first step toward curbing widespread abuses that undermine the 340B program's patient-focused objectives. To help increase the effectiveness of the Pilot, we would like to engage with HRSA quarterly, at a minimum, to discuss Pilot progress, share insights, and exchange feedback and considerations, such as suggestions for additional reporting metrics. If you have any additional follow-up questions, please contact Whitney Hubbard at ███████████████████████

Helmuth Fendel
VP, Market Access Account Management & Trade

Cc: Whitney Hubbard, Director, U.S. Policy, Government Affairs

**NOT SUBJECT TO RELEASE OR DISCLOSURE UNDER FOIA OR OTHERWISE**     1

**Exhibit 1 0061**

abbvie                                                                                  **Confidential**

**Criteria**

1. **General Requirements:**

Our proposal aligns with the Notice[1] criteria, unless noted below. From Effective Date, CEs seeking 340B pricing on IMBRUVICA can submit data through Beacon. Beacon will collect data, validate the rebate eligibility using submitted data, facilitate rebate payment, and provide real-time rebate status for CEs. AbbVie will provide CEs access to Beacon at no cost.

Sixty days before Effective Date, AbbVie will provide rebate plan information to CEs, including Beacon registration instructions. AbbVie will provide ongoing technical assistance, customer service, and educational resources to CE via Beacon at no cost. During registration and throughout the Pilot, CEs can engage in good faith with BCST regarding questions, which may be escalated to our Head of 340B Center of Excellence at 340Brebatemodel@abbvie.com for resolution.

From Effective Date, AbbVie will pay rebates on CE orders of IMBRUVICA made through their 340B wholesale account. AbbVie will update its wholesaler pricing files to reflect WAC in 340B wholesale accounts to enable paying the ceiling price via rebate. The 340B rebate amount is calculated as the difference between WAC and the 340B ceiling price on the date of dispense.

AbbVie encourages CEs to prioritize the processing of 340B-eligible accumulations or dispenses of IMBRUVICA prior to Effective Date. Through January 31, 2026, CEs may submit to Beacon rebate requests for up to one package of IMBRUVICA for dispenses that occurred as early as 14 calendar days prior to Effective Date. AbbVie will also consider additional requests for dispenses that occurred prior to Effective Date on a case-by-case basis in accordance with AbbVie's standard business practices.

Beacon has implemented a robust data security framework. In addition, Beacon provides resources on beaconchannelmanagement.com under Trust Center[2] and Support Center[3]. Appendix II contains additional platform information. If HRSA has additional questions, AbbVie will provide more information.

2. **Reporting Requirements:**

CEs can submit data up to 45 calendar days from date of dispense to Beacon either directly or through participating TPAs. Allowances for extenuating circumstances and other exceptions detailed in the Notice will be considered on a case-by-case basis in accordance with AbbVie's standard business practices. AbbVie reserves the right to exempt a CE from any of the requirements of this plan in the event AbbVie determines, in its discretion, that a hardship exception is warranted.

In Beacon, CEs will have access to real-time rebate status for submitted claims. CEs must reverse any 340B claims submitted in error immediately. Reversal credits will be used to offset future 340B rebate payments. This process will be transparent to CEs in Beacon, and BCST will be available to resolve any inquiries.

---

[1] 340B Program Notice: Application Process for the 340B Rebate Model Pilot Program; Correction, 90 Fed. Reg. 38165 (Aug. 7, 2025)
[2] https://beaconchannelmanagement.com/pages/trust-center
[3] https://beaconchannelmanagement.com/pages/support-center

**NOT SUBJECT TO RELEASE OR DISCLOSURE UNDER FOIA OR OTHERWISE**                          2

**Exhibit 1 0062**



<strong>Confidential</strong>

Beacon will only collect data for IMBRUVICA dispenses and collection will be proactively limited to HRSA-approved data fields. Regardless of data submission method, the same filtering, security, and privacy protocols apply as detailed in <u>Appendix II</u>. For online data submissions, client-side JavaScript functions exclude any non-IMBRUVICA records, ensuring data is filtered before its submission, while server-side validations ensure Beacon never possesses ineligible data. The TPA filtering process will use similar client-side technology provided by SSS, with filtering occurring before submission.

AbbVie will provide OPA periodic reporting on rebate purchase data, claim denials, and delays to demonstrate Pilot effectiveness.

**3. Rebates:**

Beacon will analyze each data submission for completeness. If the submission is incomplete, CE will be notified of the reason. An entry is deemed complete and accepted after it is reviewed through the validation process attached in <u>Appendix III</u>.

Then to ensure eligibility, the following criteria will be evaluated and validated to ensure:
a) The 340B claim is for IMBRUVICA;
b) The date of dispense occurs after Effective Date;
c) The dispensing pharmacy is registered as an eligible CE location on OPAIS database and is eligible for shipment under AbbVie commercial policies, including its 340B Integrity Initiative; and
d) The 340B claim unit amount does not exceed the number of WAC units purchased during the Pilot and shipped to the CE or its eligible CP since Effective Date, unless otherwise provided for as an exception in this policy.

Once a claim is deemed eligible, Beacon will conduct the deduplication validation. When duplication with MFP is identified, adjustments will be made to the availability of the MFP, the amount of any MFP rebate through the MTF, or the amount of the 340B rebate. A rebate will not be denied for diversion or Medicaid discount duplication, but will be for claims previously submitted by another CE. Good faith questions/concerns will be addressed through BCST and may be escalated to AbbVie's POC for resolution.

AbbVie/ will pay unit-based rebates for IMBRUVICA dispenses on validated claims to CE via ACH transfer through Beacon within 10 calendar days of receipt of complete and accepted data submission, excluding federal holidays. Denials will be processed in Beacon within 10 calendar days of receipt and will include supporting documentation.

**4. Data Fields:**

AbbVie will collect required pharmacy claims or medical claims, as applicable, to effectuate 340B pricing. Please see the complete list of fields in <u>Appendix IV</u>. In addition to the required fields, AbbVie will collect one optional data field: Group ID Number. AbbVie will encourage CEs to complete these fields as it will help to more efficiently process rebate payments.

<strong>Exhibit 1 0063</strong>

abbvie                                                                                    **Confidential**

**Appendix I – Abbreviations & Defined Terms**

**AbbVie**: AbbVie Inc.

**ACH**: Automated Clearinghouse

**Beacon**: The technology platform operated by Second Sight Solutions that AbbVie (and other manufacturers) will utilize to collect all relevant data, apply rebate eligibility criteria, and facilitate rebate payments to 340B CEs. Appendix II contains detailed information related to Beacon's functionality.

**BCST:** Beacon Customer Support Team

**CE**: A covered entity, as defined in Section 340B(a)(4) of the Public Health Service Act.

**CMS:** Centers for Medicare and Medicaid Services

**CP**: Contract Pharmacy

**Effective Date:** The date AbbVie will implement its approved rebate plan. The Effective Date will be January 1, 2026, unless AbbVie provides notice of a later implementation date.

**HCPCS**: Healthcare Common Procedure Coding System

**HHS**: United States Department of Health and Human Services

**HRSA**: Health Resources and Services Administration

**IRA:** The Inflation Reduction Act of 2022

**MDPNP**: IRA Medicare Drug Price Negotiation Program

**MFP**: Maximum Fair Price

**MTF:** Medicare Transaction Facilitator

**NCPDP**: National Council for Prescription Drug Programs

**NDC-11:** 11-digit National Drug Code which is a unique identifier of the drug dispensed to the patient and sold.

**NPI**: National Provider Identifier

**Notice**: 340B Program Notice: Application Process for the 340B Rebate Model Pilot Program published in the Federal Register Publication No. 2025-14998 (90 FR 38165) on August 7, 2025.

**OPA**: Office of Pharmacy Affairs

**OPAIS database:** 340B Office of Pharmacy Affairs Information System

**Pilot:** 340B Rebate Model Pilot Program

**Exhibit 1 0064**

abbvie

**Confidential**

**Pharmacyclics**: Pharmacyclics LLC is a wholly owned subsidiary of AbbVie Inc.

**PII**: Patient Identifying Information

**POC**: point of contact

**SSS**: Second Sight Solutions (or Second Sight) is the company that operates Beacon.

**TPA**: Third-party administrator

**WAC**: Wholesaler Acquisition Cost

**NOT SUBJECT TO RELEASE OR DISCLOSURE UNDER FOIA OR OTHERWISE**

**Exhibit 1 0065**

 **Confidential**

**Appendix II – Beacon Functionality Overview**

**Beacon Overview**

Beacon is a web-based technology platform that supports the effectuation of a 340B rebate model.  Beacon is used to collect 340B claims and WAC purchase data from 340B covered entities, validate eligibility of submitted data, facilitate payment of 340B rebates to 340B covered entities, and provide real-time access to 340B rebate status to 340B covered entities and pharmaceutical manufacturers.  Beacon is also utilized to provide reporting to HRSA.  The information provided in this document is applicable to any pharmaceutical manufacturer that selects Beacon for its 340B rebate model effectuation.

**Registration**

340B covered entities that elect to submit 340B claims and WAC purchase data must first register with Beacon by navigating to www.beaconchannelmanagement.com and completing the registration process.  Registration with and use of Beacon by 340B covered entities is free of charge.  Use of Beacon is governed by the Terms of Use and Privacy Policy which are available at www.beaconchannelmanagement.com.  To comply with federal law and financial institution requirements, Second Sight requires that new users complete a Know Your Business (KYB) verification process which includes the submission of certain legal documents such as Articles of Incorporation and IRS letter CP 575.  Once a new account has been verified, additional users may be given access to the Beacon account by the initial registrant.

Users must also submit bank account information for ACH payments which is verified according to financial institution requirements.  Verification includes the submission of a bank letter and performance of a standard penny test.

**Data Submission**

340B covered entities can submit data online through Beacon or via a direct data submission process with participating third-party administrators (TPAs).  Data submissions are proactively limited to only those data elements that have been approved by HRSA and 340B covered entities cannot inadvertently submit additional data elements that fall outside the scope of the 340B rebate model pilot.  Regardless of whether data is submitted online or through a TPA, the same filtering, security and privacy protocols apply.

<u>Data Filtering</u>

Beacon collects data for only those NDCs for which a 340B rebate model pilot has been approved.  For online data submissions, client-side JavaScript functions exclude from data submissions any records that include an NDC that has not been approved for a 340B rebate model pilot by HRSA.

**Exhibit 1 0066**

abbvie                                                                                          **Confidential**

Client-side JavaScript functions ensure that the data is filtered prior to submission to Beacon and server-side validations ensure that Beacon is never in possession of the ineligible data.  For direct data submissions by a TPA, the filtering process is executed by the TPA utilizing similar client-side technology provided by Second Sight, again ensuring that data filtering occurs prior to submission to Beacon.

Data Security

Beacon is hosted on Microsoft Azure, a premier cloud computing platform known for its reliability, scalability, and security. Beacon is distributed across multiple Azure Availability Zones, each a unique physical location comprising of one or more data centers within an Azure region. By distributing applications across multiple Availability Zones, Beacon can achieve high availability and fault tolerance for its service.

At the core of the Beacon platform is a strong commitment to data security. Second Sight builds and maintains the Beacon systems in alignment with industry-recognized frameworks such as the National Institute of Standards and Technology Cybersecurity Framework (NIST CSF) and Open Web Application Security Project (OWASP) best practices. Security is embedded throughout the software development lifecycle—from design and code reviews to deployment and monitoring. Second Sight follows secure coding standards and performs regular threat modeling, vulnerability scanning, and automated testing to ensure a robust security posture.

All data in Beacon is encrypted at rest and in transit using industry-standard protocols supporting the use of Transport Layer Security (TLS) 1.2+ or higher. Beacon services enforce mandatory Multi-Factor Authentication (MFA) to ensure a high level of security for end-users, providing email, SMS, and application-based authentication methods.

Second Sight engages established third-party risk and cybersecurity firms to perform annual internal, external, and web application penetration tests, along with comprehensive security assessments across all platforms and infrastructure.

In addition, Beacon has achieved SOC 1 and SOC 2 certification, demonstrating compliance with rigorous standards for security, availability and confidentiality.

Data Privacy

Beacon is designed to operate without the use of any protected health information (PHI) as defined by the Health Information Portability and Accountability Act (HIPAA).  Second Sight has received an expert determination from Dr. Brad Malin that the data collected through Beacon meets the definition of a De-Identified Dataset under HIPAA.  A copy of this expert determination is available upon request.  As described in Dr. Malin's expert determination, the de-identification process occurs prior to the submission of data to Beacon.  Furthermore, Second Sight does not

**Exhibit 1 0067**

                                                    **Confidential**

reidentify this data and personnel with access to identifiable data do not also have access to de-identified data.  De-identified datasets can be linked to other de-identified datasets but, as discussed in Dr. Malin's expert determination, this does not constitute a reidentification of data and no PHI is exposed through this linking process.  Second Sight has utilized this deidentification process with 340B claims data submitted through 340B ESP since 2020 and has successfully ensured that no HIPAA violations have occurred.

Beacon also collects personally identifiable information (PII) including user's names and email addresses.  This information is stored securely, and Second Sight complies with all applicable privacy laws.  Additional information on how we collect, maintain and use PII is available in our Privacy Policy.

**Rebate Payments and Reconciliation Data**

Following the successful validation of 340B claim submissions according to the eligibility criteria approved by HRSA, Beacon initiates the rebate payment process.  Rebates are priced based on the dispense date of the associated WAC purchase.  Rebate payments are transmitted to the 340B covered entity via an ACH payment within the time period approved by HRSA.  The transaction ID of the rebate payment is appended to the 340B rebate record maintained in Beacon giving the 340B covered entity real-time access to reconciliation data in Beacon.  Rebates that are determined to be ineligible are accessible in Beacon by the 340B covered entity and include detail on the eligibility determination.

In addition to accessing information online in Beacon, 340B covered entities can also download 340B rebate data for inclusion in their proprietary systems.  Because 340B claims are de-identified prior to submission to the Beacon platform, a unique ID is appended to the data submission and made available to 340B covered entities immediately following the initial 340B claims submission.  This unique ID allows 340B covered entities to link de-identified data maintained in Beacon with the identifiable data maintained in 340B covered entities' proprietary systems for reconciliation purposes.

Finally, Second Sight has communicated its willingness and has already begun to integrate directly with TPAs to simplify the reconciliation process.  Second Sight will not charge TPAs for this integration service though 340B covered entities will have to approve any integrations with TPAs for their specific data.

**Beacon Customer Support**

Beacon's customer support team is trained to engage with 340B covered entities and address questions or concerns arising from their use of Beacon for 340B rebate payments.  Support topics may range from technical (How do I use Beacon?) to policy (Why was my 340B rebate determined to be ineligible?) to financial (Was my 340B rebate payment made?) in nature.  Customer support

**Exhibit 1 0068**

abbvie                                                                              **Confidential**

is provided proactively through online resources, pre-recorded training webinars and live training sessions as well as reactively through responses to inbound calls, emails or chats.  Certain questions may be escalated to a pharmaceutical manufacturer depending on the applicable policy.

Second Sight is committed to responding to 340B covered entity inquiries within 24 hours of receipt and the Beacon customer support team will work to resolve inquiries as quickly as possible.  Data on 340B covered entity inquiries is analyzed to identify themes and trends and may result in process or technology updates intended to address common questions raised by 340B covered entities.

**Exhibit 1 0069**

 abbvie

**Confidential**

## Appendix III: Validation

(Disclaimer: Appendix III provided by Second Sight Solutions. AbbVie has made no revisions to its contents.)

**Medical Claim Validations**

| Validation | Description |
|---|---|
| *Front End Validations* | |
| **Invalid [Field]** | Entry must meet field requirements, e.g., NPI must be 10 digits. |
| **Registered User** | Submission must be for 340B ID registered to User |
| *Back End Validations* | |
| **Claim Expired** | Claim submission date must be within 45 days after the Date of Service. |
| **Service Provider ID** | Service provide ID must be active in the NPI registry at date of service. |
| **Service Provider ID** | Service provider ID must be in the NPI registry as a facility. |
| **CE Eligibility - Orphan Drug** | If an NDC is identified as an orphan drug, and the manufacturer does not voluntarily offer 340B pricing for certain hospital types (e.g., SCH, CAN, CAH, RRC), claims from these hospital types will not be accepted. |
| **Aberrant Quantity** | Aberrant Ceiling: Claim quantity cannot be equal to or greater than the maximum aberrant quantity for the NDC.<br>Aberrant Partial: Claim quantity cannot be a partial number listed for the NDC, e.g. Per NDC, the submitted quantities must be multiples of expected quantities. |
| **Pre-Policy Claim** | Claim must have Date of Service on or after policy start. |
| **Duplicate - Mismatch** | Duplicate check is performed on distinct claim fields against past conforming claims submitted to the platform by that covered entity. Distinct claim: Date of Service, Service Provider ID, NDC, Claim Number |
| **Duplicate - Entity** | When the same claim is submitted by multiple covered entitites, the first conforming claim submitted in Beacon will be used for credit accumulation |

**Purchase Validations**

| Validation | Description |
|---|---|
| *Front End Validations* | |
| **Invalid [Field]** | Entry must meet field requirements, e.g., NPI must be 10 digits. |
| **Registered User** | Submission must be for 340B ID registered to User |
| *Back End Validations* | |
| **Pre-Policy** | If NDC is subject to policy, tests if invoice date occurs on or after the NDC policy start date. |
| **CE Eligibility - Date** | Only invoices purchased (invoice date) during an active period on HRSA are eligible for a 340B credit. |
| **CE Eligibility - Orphan Drug** | If an NDC is identified as an orphan drug, and the manufacturer does not voluntarily offer 340B pricing for certain hospital types (e.g., SCH, CAN, CAH, RRC), invoices from these hospital types will not be accepted. |
| **Ship-To Pharmacy (NPI)** | Only NPIs with an association to the covered entity can be submitted for the entity. E.g., CP, shipping location / child site / in-house pharmacy. |
| **Ship-To Pharmacy (NPI)** | If not an in-house pharmacy, Ship-To Pharmacy (NPI) must be an NPI for a contract pharmacy with an active contract with the CE in HRSA OPAIS at Date of Service. |
| **Ship-To Pharmacy (NPI)** | If not an in-house pharmacy, Ship-To Pharmacy (NPI) must be an NPI for a contract pharmacy eligible under manufacturer policy at Date of Service |
| **Duplicate - Mismatch** | Invoice does not match or partially matches manufacturer sales data. |
| **Duplicate - Entity** | Invoice already exists in validated invoice data for a different 340B ID. |

**Purchase to Claim Allocation**

| Validation | Description |
|---|---|
| *Back End Validations* | |
| **Date of Service / Purchase Date** | Date of Service on claim must come after the purchase date of allocated purchase. |
| **Purchase Date Expiration** | Purchases shipped to the covered entity or its eligible contract pharmacy are available to allocate to a claim within 365 days of their purchase date |

**Exhibit 1 0070**

abbvie

**Confidential**

## Appendix IV: Data Fields

**Pharmacy Claims**
• Date of Service
• Date Prescribed
• Rx Number
• Fill Number
• 11-Digit National Drug Code (NDC-11)
• Quantity Dispensed
• Prescriber ID
• Service Provider ID
• 340B ID
• Rx Bank Identification Number (BIN)
• Rx Processor Control Number (PCN)
• Group Number ID (optional)

**Medical Claims Fields:**
• Health Plan ID
• Health Plan Name
• Service Provider ID
• NDC-11
• Quantity
• Date of Service
• Rendering Physician ID
• Claim Number
• Claim Line Number
• Unit of Measure
• 340B ID
• Group Number ID (optional)
•

**NOT SUBJECT TO RELEASE OR DISCLOSURE UNDER FOIA OR OTHERWISE**

**Exhibit 1 0071**



**October ~~24~~28, 2025**

**Submitted via email to** 340BPricing@hrsa.gov

**Re: Manufacturer Plan for Participation in the 340B Rebate Model Pilot Program** (Notice dated August 7, 2025; Federal Register Publication No. 2025-14998 (90 FR 38165)

AbbVie manufactures IMBRUVICA® (ibrutinib). CMS refers to AbbVie's wholly owned subsidiary, Pharmacyclics LLC, as the "primary manufacturer" of IMBRUVICA for purposes of the IRA's MDPNP. Nevertheless, we refer to AbbVie and Pharmacyclics LLC herein jointly as "AbbVie~~/Pharmacyclics~~." IMBRUVICA was selected by CMS under the IRA's MDPNP for Initial Price Applicability Year 2026. AbbVie~~/Pharmacyclics~~ hereby submits our rebate plan for participation in the Pilot for the NDC-11s associated with IMBRUVICA listed below:

| IPAY | Selected Drug Name | NDC-11s |
|------|--------------------|---------|
| 2026 | IMBRUVICA | 57962-0007-12 |
| 2026 | IMBRUVICA | 57962-0014-28 |
| 2026 | IMBRUVICA | 57962-0070-28 |
| 2026 | IMBRUVICA | 57962-0140-09 |
| 2026 | IMBRUVICA | 57962-0140-12 |
| 2026 | IMBRUVICA | 57962-0280-28 |
| 2026 | IMBRUVICA | 57962-0420-28 |

Please see Appendix I for a list of *Abbreviations and Defined Terms*.

AbbVie~~/Pharmacyclics~~ is ready to partner with HRSA and CEs in implementing a robust and transparent 340B Rebate Model. Thank you for the opportunity to submit our proposed rebate plan. We remain available to HRSA for calls, technical walkthroughs, or to respond to follow-up questions, as needed.

AbbVie~~/Pharmacyclics~~ supports the Pilot as a first step toward curbing widespread abuses that undermine the 340B program's patient-focused objectives. To help increase the effectiveness of the Pilot, we would like to engage with HRSA quarterly, at a minimum, to discuss Pilot progress, share insights, and exchange feedback and considerations, such as suggestions for additional reporting metrics. If you have any additional follow-up questions, please contact Whitney Hubbard at ███████████████

Helmuth Fendel
VP, Market Access Account Management & Trade

Cc: Whitney Hubbard, Director, U.S. Policy, Government Affairs

**NOT SUBJECT TO RELEASE OR DISCLOSURE UNDER FOIA OR OTHERWISE**

**Exhibit 1 0072**

abbvie

**Confidential**

**Criteria**

**1. General Requirements:**

Our proposal aligns with the Notice[1] criteria, unless noted below. From Effective Date, CEs seeking 340B pricing on IMBRUVICA can submit data through Beacon. Beacon will collect data, validate the rebate eligibility using submitted data, facilitate rebate payment, and provide real-time rebate status for CEs. AbbVie/Pharmacyclics will provide CEs access to Beacon at no cost.

Sixty days before Effective Date, AbbVie/Pharmacyclics will provide rebate plan information to CEs, including Beacon registration instructions. AbbVie/Pharmacyclics will provide ongoing technical assistance, customer service, and educational resources to CE via Beacon at no cost. During registration and throughout the Pilot, CEs can engage in good faith with BCST regarding questions, which may be escalated to our Head of 340B Center of Excellence at 340Brebatemodel@abbvie.com for resolution.

From Effective Date, AbbVie/Pharmacyclics will pay rebates on CE orders of IMBRUVICA made through their 340B wholesale account. AbbVie/Pharmacyclics will update its wholesaler pricing files to reflect WAC in 340B wholesale accounts to enable paying the ceiling price via rebate. The 340B rebate amount is calculated as the difference between WAC and the 340B ceiling price on the date of dispense. AbbVie reserves the right to offer rebates based upon purchase data (including Invoice Number) and purchase date, to the extent provided by a CE, in the Pilot.

AbbVie encourages CEs to prioritize the processing of 340B-eligible accumulations or dispenses of IMBRUVICA prior to Effective Date. Through January 31, 2026, CEs may submit to Beacon rebate requests for up to one package of IMBRUVICA for dispenses that occurred as early as 14 calendar days prior to Effective Date. AbbVie will also consider additional requests for dispenses that occurred prior to Effective Date on a case-by-case basis in accordance with AbbVie's standard business practices.

Beacon has implemented a robust data security framework. In addition, Beacon provides resources on beaconchannelmanagement.com under Trust Center[2] and Support Center[3]. Appendix II contains additional platform information. If HRSA has additional questions, AbbVie/Pharmacyclics will provide more information.

**2. Reporting Requirements:**

CEs can submit data up to 45 calendar days from date of dispense to Beacon either directly or through participating TPAs. Allowances for extenuating circumstances and other exceptions detailed in the Notice will be considered on a case-by-case basis in accordance with AbbVie's /Pharmacyclics' standard business practices. AbbVie/Pharmacyclics reserves the right to exempt a CE from any of the requirements of this plan in the event AbbVie/Pharmacyclics determines, in its discretion, that a hardship exception is warranted.

---

[1] 340B Program Notice: Application Process for the 340B Rebate Model Pilot Program; Correction, 90 Fed. Reg. 38165 (Aug. 7, 2025)
[2] https://beaconchannelmanagement.com/pages/trust-center
[3] https://beaconchannelmanagement.com/pages/support-center

**NOT SUBJECT TO RELEASE OR DISCLOSURE UNDER FOIA OR OTHERWISE**    2

**Exhibit 1 0073**



**Confidential**

In Beacon, CEs will have access to real-time rebate status for submitted claims. CEs must reverse any 340B claims submitted in error immediately. Reversal credits will be used to offset future 340B rebate payments. This process will be transparent to CEs in Beacon, and BCST will be available to resolve any inquiries.

Beacon will only collect data for IMBRUVICA ~~purchases~~ dispenses and collection will be proactively limited to HRSA-approved data fields. Regardless of data submission method, the same filtering, security, and privacy protocols apply as detailed in Appendix II. For online data submissions, client-side JavaScript functions exclude any non-IMBRUVICA records, ensuring data is filtered before its submission, while server-side validations ensure Beacon never possesses ineligible data. The TPA filtering process will use similar client-side technology provided by SSS, with filtering occurring before submission.

AbbVie~~/Pharmacyclics~~ will provide OPA periodic reporting on rebate purchase data, claim denials, and delays to demonstrate Pilot effectiveness.

3. **Rebates:**

Beacon will analyze each data submission for completeness. If the submission is incomplete, CE will be notified of the reason. An entry is deemed complete and accepted after it is reviewed through the validation process attached in Appendix III.

Then to ensure eligibility, the following criteria will be evaluated and validated to ensure:
   a) The 340B claim is for IMBRUVICA;
   b) The date of dispense occurs after Effective Date;
   c) The dispensing pharmacy is registered as an eligible CE location on OPAIS database and is eligible for shipment under AbbVie commercial policies, including its 340B Integrity Initiative; and
   d) The 340B claim unit amount does not exceed the number of WAC units purchased during the Pilot and shipped to the CE or its eligible CP since Effective Date, unless otherwise provided for as an exception in this policy.

Once a claim is deemed eligible, Beacon will conduct the deduplication validation. When duplication with MFP is identified, adjustments will be made to the availability of the MFP, the amount of any MFP rebate through the MTF, or the amount of the 340B rebate. A rebate will not be denied for diversion or Medicaid discount duplication, but will be for claims previously submitted by another CE. Good faith questions/concerns will be addressed through BCST and may be escalated to AbbVie's~~/Pharmacyclics'~~ POC for resolution.

AbbVie~~/Pharmacyclics~~ will pay unit-based rebates for IMBRUVICA dispenses on validated claims to CE via ACH transfer through Beacon within 10 calendar days of receipt of complete and accepted data submission, excluding federal holidays. Denials will be processed in Beacon within 10 calendar days of receipt and will include supporting documentation.

4. **Data Fields:**

AbbVie~~/Pharmacyclics~~ will collect required pharmacy claims or medical claims, as applicable, to effectuate 340B pricing. Please see the complete list of fields in Appendix IV.

**NOT SUBJECT TO RELEASE OR DISCLOSURE UNDER FOIA OR OTHERWISE**                    3

**Exhibit 1 0074**

abbvie

**Confidential**

In addition to the required fields, AbbVie ~~Pharmacyclics~~ will collect ~~two~~ one optional data field~~s~~: Group ID Number ~~and Invoice Date~~. AbbVie will encourage CEs to complete these fields as it will help to more efficiently process rebate payments.

**Exhibit 1 0075**

abbvie

**Confidential**

**Appendix I – Abbreviations & Defined Terms**

**AbbVie**: AbbVie Inc.

**ACH**: Automated Clearinghouse

**Beacon**: The technology platform operated by Second Sight Solutions that AbbVie ~~/Pharmacyclics~~ (and other manufacturers) will utilize to collect all relevant data, apply rebate eligibility ~~criteria~~criteria, and facilitate rebate payments to 340B CEs. Appendix II contains detailed information related to Beacon's functionality.

**BCST:** Beacon Customer Support Team

**CE**: A covered entity, as defined in Section 340B(a)(4) of the Public Health Service Act.

**CMS:** Centers for Medicare and Medicaid Services

**CP**: Contract Pharmacy

**Effective Date:** The date AbbVie ~~/Pharmacyclics~~ will implement its approved rebate plan. The Effective Date will be January 1, 2026, unless AbbVie ~~/Pharmacyclics~~ provides notice of a later implementation date.

**HCPCS**: Healthcare Common Procedure Coding System

**HHS**: United States Department of Health and Human Services

**HRSA**: Health Resources and Services Administration

**IRA:** The Inflation Reduction Act of 2022

**MDPNP**: IRA Medicare Drug Price Negotiation Program

**MFP**: Maximum Fair Price

**MTF:** Medicare Transaction Facilitator

**NCPDP**: National Council for Prescription Drug Programs

**NDC-11:** 11-digit National Drug Code which is a unique identifier of the drug dispensed to the patient and sold.

**NPI**: National Provider Identifier

**Notice**: 340B Program Notice: Application Process for the 340B Rebate Model Pilot Program published in the Federal Register Publication No. 2025-14998 (90 FR 38165) on August 7, 2025.

**OPA**: Office of Pharmacy Affairs

**OPAIS database:** 340B Office of Pharmacy Affairs Information System

**Exhibit 1 0076**

abbvie

**Confidential**

**Pilot:** 340B Rebate Model Pilot Program

**Pharmacyclics**: Pharmacyclics LLC is a wholly owned subsidiary of AbbVie Inc.

**PII**: Patient Identifying Information

**POC**: point of contact

**SSS**: Second Sight Solutions (or Second Sight) is the company that operates Beacon.

**TPA**: Third-party administrator

**WAC**: Wholesaler Acquisition Cost

**Exhibit 1 0077**

                                                      **Confidential**

**Appendix II – Beacon Functionality Overview**

**Beacon Overview**

Beacon is a web-based technology platform that supports the effectuation of a 340B rebate model.  Beacon is used to collect 340B claims and WAC purchase data from 340B covered entities, validate eligibility of submitted data, facilitate payment of 340B rebates to 340B covered entities, and provide real-time access to 340B rebate status to 340B covered entities and pharmaceutical manufacturers.  Beacon is also utilized to provide reporting to HRSA.  The information provided in this document is applicable to any pharmaceutical manufacturer that selects Beacon for its 340B rebate model effectuation.

**Registration**

340B covered entities that elect to submit 340B claims and WAC purchase data must first register with Beacon by navigating to www.beaconchannelmanagement.com and completing the registration process.  Registration with and use of Beacon by 340B covered entities is free of charge.  Use of Beacon is governed by the Terms of Use and Privacy Policy which are available at www.beaconchannelmanagement.com.  To comply with federal law and financial institution requirements, Second Sight requires that new users complete a Know Your Business (KYB) verification process which includes the submission of certain legal documents such as Articles of Incorporation and IRS letter CP 575.  Once a new account has been verified, additional users may be given access to the Beacon account by the initial registrant.

Users must also submit bank account information for ACH payments which is verified according to financial institution requirements.  Verification includes the submission of a bank letter and performance of a standard penny test.

**Data Submission**

340B covered entities can submit data online through Beacon or via a direct data submission process with participating third-party administrators (TPAs).  Data submissions are proactively limited to only those data elements that have been approved by HRSA and 340B covered entities cannot inadvertently submit additional data elements that fall outside the scope of the 340B rebate model pilot.  Regardless of whether data is submitted online or through a TPA, the same filtering, security and privacy protocols apply.

<u>Data Filtering</u>

Beacon collects data for only those NDCs for which a 340B rebate model pilot has been approved.  For online data submissions, client-side JavaScript functions exclude from data submissions any records that include an NDC that has not been approved for a 340B rebate model pilot by HRSA.

**Exhibit 1 0078**

 **Confidential**

Client-side JavaScript functions ensure that the data is filtered prior to submission to Beacon and server-side validations ensure that Beacon is never in possession of the ineligible data.  For direct data submissions by a TPA, the filtering process is executed by the TPA utilizing similar client-side technology provided by Second Sight, again ensuring that data filtering occurs prior to submission to Beacon.

Data Security

Beacon is hosted on Microsoft Azure, a premier cloud computing platform known for its reliability, scalability, and security. Beacon is distributed across multiple Azure Availability Zones, each a unique physical location comprising of one or more data centers within an Azure region. By distributing applications across multiple Availability Zones, Beacon can achieve high availability and fault tolerance for its service.

At the core of the Beacon platform is a strong commitment to data security. Second Sight builds and maintains the Beacon systems in alignment with industry-recognized frameworks such as the National Institute of Standards and Technology Cybersecurity Framework (NIST CSF) and Open Web Application Security Project (OWASP) best practices. Security is embedded throughout the software development lifecycle—from design and code reviews to deployment and monitoring. Second Sight follows secure coding standards and performs regular threat modeling, vulnerability scanning, and automated testing to ensure a robust security posture.

All data in Beacon is encrypted at rest and in transit using industry-standard protocols supporting the use of Transport Layer Security (TLS) 1.2+ or higher. Beacon services enforce mandatory Multi-Factor Authentication (MFA) to ensure a high level of security for end-users, providing email, SMS, and application-based authentication methods.

Second Sight engages established third-party risk and cybersecurity firms to perform annual internal, external, and web application penetration tests, along with comprehensive security assessments across all platforms and infrastructure.

In addition, Beacon has achieved SOC 1 and SOC 2 certification, demonstrating compliance with rigorous standards for security, availability and confidentiality.

Data Privacy

Beacon is designed to operate without the use of any protected health information (PHI) as defined by the Health Information Portability and Accountability Act (HIPAA).  Second Sight has received an expert determination from Dr. Brad Malin that the data collected through Beacon meets the definition of a De-Identified Dataset under HIPAA.  A copy of this expert determination is available upon request.  As described in Dr. Malin's expert determination, the de-identification process occurs prior to the submission of data to Beacon.  Furthermore, Second Sight does not

**Exhibit 1 0079**



Confidential

reidentify this data and personnel with access to identifiable data do not also have access to de-identified data.  De-identified datasets can be linked to other de-identified datasets but, as discussed in Dr. Malin's expert determination, this does not constitute a reidentification of data and no PHI is exposed through this linking process.  Second Sight has utilized this deidentification process with 340B claims data submitted through 340B ESP since 2020 and has successfully ensured that no HIPAA violations have occurred.

Beacon also collects personally identifiable information (PII) including user's names and email addresses.  This information is stored securely, and Second Sight complies with all applicable privacy laws.  Additional information on how we collect, maintain and use PII is available in our Privacy Policy.

**Rebate Payments and Reconciliation Data**

Following the successful validation of 340B claim submissions according to the eligibility criteria approved by HRSA, Beacon initiates the rebate payment process.  Rebates are priced based on the dispense date of the associated WAC purchase.  ~~AbbVie reserves the right to offer rebates based upon purchase data (including Invoice Number) and purchase date, to the extent provided by a CE, in the Pilot at a future date.~~  Rebate payments are transmitted to the 340B covered entity via an ACH payment within the time period approved by HRSA.  The transaction ID of the rebate payment is appended to the 340B rebate record maintained in Beacon giving the 340B covered entity real-time access to reconciliation data in Beacon.  Rebates that are determined to be ineligible are accessible in Beacon by the 340B covered entity and include detail on the eligibility determination.

In addition to accessing information online in Beacon, 340B covered entities can also download 340B rebate data for inclusion in their proprietary systems.  Because 340B claims are de-identified prior to submission to the Beacon platform, a unique ID is appended to the data submission and made available to 340B covered entities immediately following the initial 340B claims submission.  This unique ID allows 340B covered entities to link de-identified data maintained in Beacon with the identifiable data maintained in 340B covered entities' proprietary systems for reconciliation purposes.

Finally, Second Sight has communicated its willingness and has already begun to integrate directly with TPAs to simplify the reconciliation process.  Second Sight will not charge TPAs for this integration service though 340B covered entities will have to approve any integrations with TPAs for their specific data.

**Beacon Customer Support**

Beacon's customer support team is trained to engage with 340B covered entities and address questions or concerns arising from their use of Beacon for 340B rebate payments.  Support topics

**Exhibit 1 0080**

abbvie                                                                          **Confidential**

may range from technical (How do I use Beacon?) to policy (Why was my 340B rebate determined to be ineligible?) to financial (Was my 340B rebate payment made?) in nature.  Customer support is provided proactively through online resources, pre-recorded training webinars and live training sessions as well as reactively through responses to inbound calls, emails or chats.  Certain questions may be escalated to a pharmaceutical manufacturer depending on the applicable policy.

Second Sight is committed to responding to 340B covered entity inquiries within 24 hours of receipt and the Beacon customer support team will work to resolve inquiries as quickly as possible.  Data on 340B covered entity inquiries is analyzed to identify themes and trends and may result in process or technology updates intended to address common questions raised by 340B covered entities.

**Exhibit 1 0081**



**Confidential**

## Appendix III: Validation

(Disclaimer: Appendix III provided by Second Sight Solutions. AbbVie/~~Pharmacyclics~~ has made no revisions to its contents.)

**Medical Claim Validations**

| Validation | Description |
|---|---|
| *Front End Validations* | |
| Invalid [Field] | Entry must meet field requirements, e.g., NPI must be 10 digits. |
| Registered User | Submission must be for 340B ID registered to User |
| *Back End Validations* | |
| Claim Expired | Claim submission date must be within 45 days after the Date of Service. |
| Service Provider ID | Service provide ID must be active in the NPI registry at date of service. |
| Service Provider ID | Service provider ID must be in the NPI registry as a facility. |
| CE Eligibility - Orphan Drug | If an NDC is identified as an orphan drug, and the manufacturer does not voluntarly offer 340B pricing for certain hospital types (e.g., SCH, CAN, CAH, RRC), claims from these hospital types will not be accepted. |
| Aberrant Quantity | Aberrant Ceiling: Claim quantity cannot be equal to or greater than the maximum aberrant quantity for the NDC. Aberrant Partial: Claim quantity cannot be a partial number listed for the NDC, e.g. Per NDC, the submitted quantities must be multiples of expected quantities. |
| Pre-Policy Claim | Claim must have Date of Service on or after policy start. |
| Duplicate - Mismatch | Duplicate check is performed on distinct claim fields against past conforming claims submitted to the platform by that covered entity. Distinct claim: Date of Service, Service Provider ID, NDC, Claim Number |
| Duplicate - Entity | When the same claim is submitted by multiple covered entitites, the first conforming claim submitted in Beacon will be used for credit accumulation |

**Purchase Validations**

| Validation | Description |
|---|---|
| *Front End Validations* | |
| Invalid [Field] | Entry must meet field requirements, e.g., NPI must be 10 digits. |
| Registered User | Submission must be for 340B ID registered to User |
| *Back End Validations* | |
| Pre-Policy | If NDC is subject to policy, tests if invoice date occurs on or after the NDC policy start date. |
| CE Eligibility - Date | Only invoices purchased (invoice date) during an active period on HRSA are eligible for a 340B credit. |
| CE Eligibility - Orphan Drug | If an NDC is identified as an orphan drug, and the manufacturer does not voluntarily offer 340B pricing for certain hospital types (e.g., SCH, CAN, CAH, RRC), invoices from these hospital types will not be accepted. |
| Ship-To Pharmacy (NPI) | Only NPIs with an association to the covered entity can be submitted for the entity. E.g., CP, shipping location / child site / in-house pharmacy. |
| Ship-To Pharmacy (NPI) | If not an in-house pharmacy, Ship-To Pharmacy (NPI) must be an NPI for a contract pharmacy with an active contract with the CE in HRSA OPAIS at Date of Service. |
| Ship-To Pharmacy (NPI) | If not an in-house pharmacy, Ship-To Pharmacy (NPI) must be an NPI for a contract pharmacy eligible under manufacturer policy at Date of Service |
| Duplicate - Mismatch | Invoice does not match or partially matches manufacturer sales data. |
| Duplicate - Entity | Invoice already exists in validated invoice data for a different 340B ID. |

**Purchase to Claim Allocation**

| Validation | Description |
|---|---|
| *Back End Validations* | |
| Date of Service / Purchase Date | Date of Service on claim must come after the purchase date of allocated purchase. |
| Purchase Date Expiration | Purchases shipped to the covered entity or its eligible contract pharmacy are available to allocate to a claim within 365 days of their purchase date |

**NOT SUBJECT TO RELEASE OR DISCLOSURE UNDER FOIA OR OTHERWISE**

**Exhibit 1 0082**

abbvie                                                                                    **Confidential**

**Appendix IV: Data Fields**

**Pharmacy Claims**
- Date of Service
- Date Prescribed
- Rx Number
- Fill Number
- 11-Digit National Drug Code (NDC-11)
- Quantity Dispensed
- Prescriber ID
- Service Provider ID
- 340B ID
- Rx Bank Identification Number (BIN)
- Rx Processor Control Number (PCN)
- Group Number ID (optional)
- ~~Invoice Number (optional)~~

**Medical Claims Fields:**
- Health Plan ID
- Health Plan Name
- Service Provider ID
- NDC-11
- Quantity
- Date of Service
- Rendering Physician ID
- Claim Number
- Claim Line Number
- Unit of Measure
- 340B ID
- Group Number ID (optional)
- ~~Invoice Number (optional)~~

**Exhibit 1 0083**

| | |
|---|---|
| **From:** | Van Etten, Elizabeth |
| **To:** | HRSA HSB 340B Pricing |
| **Cc:** | Pedley, Krista (HRSA); Hubbard, Whitney N |
| **Subject:** | [EXTERNAL] RE: AbbVie/Pharmacyclics 340B Rebate Model Pilot Program Plan Revision Request |
| **Date:** | Wednesday, October 29, 2025 12:50:24 PM |

Good afternoon,

AbbVie will not deny payment of a rebate on claims data submitted because of the lack of complete WAC purchase data provided by the wholesaler supporting the submitted claims. AbbVie will work with the wholesalers and covered entities to obtain data on WAC purchases necessary to support rebate payments. AbbVie will monitor the number of 340B claims relative to the number of WAC purchases and will communicate instances of misalignment to covered entities as well as HRSA. AbbVie will work in good faith with covered entities to resolve any misalignment and reconcile appropriate amounts.

We look forward to an expeditious approval from HRSA on our submitted plan.

Thank you,

**ELIZABETH VAN ETTEN**
Associate General Counsel
Global Legal Strategy



100 Park Avenue
Florham Park, NJ 07932

▮▮▮▮▮▮▮▮▮▮

abbvie.com

---

**From:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Sent:** Wednesday, October 29, 2025 11:12 AM
**To:** Van Etten, Elizabeth ▮▮▮▮▮▮▮▮▮▮ HRSA HSB 340B Pricing
<340BPricing@hrsa.gov>
**Cc:** Pedley, Krista (HRSA) <KPedley@hrsa.gov>; Hubbard, Whitney N
▮▮▮▮▮▮▮▮
**Subject:** [EXTERNAL] RE: AbbVie/Pharmacyclics 340B Rebate Model Pilot Program Plan Revision Request

OPA is confirming receipt of your latest revision.  OPA has one question regarding a point in your plan (page 3 3.Rebates (d)).  As AbbVie has expressed, without purchase data provided by the entity, the information received through wholesaler data may be incomplete.  Please confirm that AbbVie does not intend to deny rebates if validation of

**Exhibit 1 0084**

WAC units purchased cannot be established, but rather AbbVie intends to monitor and address concerns outside of the payment of rebates.
Please provided confirmation as soon as possible, so that OPA can expeditiously provide approval.

Sincerely,

RDML Krista M. Pedley
U.S Department of Health and Human Services
Health Resources and Services Administration

---

**From:** Van Etten, Elizabeth ███████████████
**Sent:** Tuesday, October 28, 2025 7:04 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Pedley, Krista (HRSA) <KPedley@hrsa.gov>; Hubbard, Whitney N ███████████████
**Subject:** [EXTERNAL] RE: AbbVie/Pharmacyclics 340B Rebate Model Pilot Program Plan Revision Request

Hello,

Thank you again for a productive call today.   Attached please find two versions of our revised plan (redlined and clean). We believe we have addressed all of HRSA's concerns and questions with our revised plan.  Accordingly, we respectfully request your approval by tomorrow, October 29th. As we have noted before, we will need reasonable lead time in order to conduct the logistics of notifying covered entities 60 days prior to January 1.  Please do not hesitate to contact us if you have any questions. Please do not hesitate to contact us if you have any questions.

Thank you!

**ELIZABETH VAN ETTEN**
Associate General Counsel
Global Legal Strategy



100 Park Avenue
Florham Park, NJ 07932
███████████████

abbvie.com

**Exhibit 1 0085**

**From:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Sent:** Monday, October 27, 2025 2:01 PM
**To:** Hubbard, Whitney N ███████████████████ HRSA HSB 340B Pricing
<340BPricing@hrsa.gov>; Van Etten, Elizabeth ████████████████████
**Cc:** Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Subject:** [EXTERNAL] RE: AbbVie/Pharmacyclics 340B Rebate Model Pilot Program Plan Revision
Request

Good afternoon, Whitney:

OPA is confirming receipt of AbbVie's revised 340B Rebate Model Pilot Program Plan.  We
continue to review the plan and there are a few points that will need further revision to be
considered for final approval.

1. OPA will not approve plans in the initial phase of the rebate model pilot program, that
   request purchase data to be submitted by covered entities, even as an optional field.
   OPA will instruct covered entities to purchase products subject to the rebate model in
   their current 340B wholesale account.  Covered entities will also be instructed by
   HRSA to ensure the rebates are only requested on eligible patients after a purchase
   is made. Manufacturers should work with their distribution partners to leverage data
   from wholesalers to monitor that the appropriate number of purchases made at WAC
   in those 340B accounts correspond to the number of rebates requested, whether
   through a chargeback feed or other report.  Please confirm AbbVie agrees.

2. OPA requests AbbVie describe how eligible unreplenished accumulated dispenses
   that occur prior to the January 1, 2026's implementation date will be offered at the
   340B ceiling price.  (e.g., rebates for a certain grace period or upfront ceiling price).

Please respond as soon as possible and no later than **close of business on October, 28,
2025**, if AbbVie would like to be considered for an October 31, 2025, approval to
340Bpricing@hrsa.gov with an updated plan.

Sincerely,


RDML Krista M. Pedley
U.S Department of Health and Human Services
Health Resources and Services Administration


---

**From:** Hubbard, Whitney N ██████████████████████
**Sent:** Friday, October 24, 2025 6:59 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>; Van Etten, Elizabeth
████████████████████████
**Cc:** Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Subject:** [EXTERNAL] RE: AbbVie/Pharmacyclics 340B Rebate Model Pilot Program Plan Revision
Request

**Exhibit 1 0086**

Good evening – thank you for a productive call yesterday. Please see attached.

Best,
Whitney

**From:** HRSA HSB 340B Pricing 340BPricing@hrsa.gov
**Sent:** Tuesday, October 21, 2025 3:55 PM
**To:** Van Etten, Elizabeth ██████████████████████ HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Hubbard, Whitney N ███████████████████ Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Subject:** [EXTERNAL] AbbVie/Pharmacyclics 340B Rebate Model Pilot Program Plan Revision Request

Please review the attached letter.

Sincerely,

RDML Krista M. Pedley
U.S Department of Health and Human Services
Health Resources and Services Administration

**From:** Van Etten, Elizabeth ███████████████████████
**Sent:** Monday, September 15, 2025 6:18 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Hubbard, Whitney N ████████████████████
**Subject:** [EXTERNAL] AbbVie/Pharmacyclics 340B Rebate Model submission plan

Please see the attached 340B Rebate Model submission plan from AbbVie/Pharmacyclics.

Best regards,

**ELIZABETH VAN ETTEN**
Associate General Counsel
Global Legal Strategy



100 Park Avenue
Florham Park, NJ 07932

abbvie.com

**Exhibit 1 0087**

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

Exhibit 1 0088

| | |
|---|---|
| **From:** | HRSA HSB 340B Pricing |
| **To:** | ⬛⬛⬛⬛ Hubbard, Whitney N; ⬛⬛⬛⬛⬛ |
| **Cc:** | Pedley, Krista (HRSA); Britton, Chantelle (HRSA) |
| **Subject:** | AbbVie 340B Rebate Model Pilot Approval |
| **Date:** | Thursday, October 30, 2025 10:29:00 AM |
| **Attachments:** | 340B Rebate Model Pilot data collection fields.xlsx |
| | AbbVie Rebate model approval letter 10.30.25.pdf |

Please find the attached letter.

Thank you.

RDML Krista M. Pedley
U.S Department of Health and Human Services
Health Resources and Services Administration

Exhibit 1 0089

**HRSA**
Health Resources & Services Administration

**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857

October 30, 2025

**BY EMAIL**
Helmuth Fendel
Vice President, Market Access Account Management & Trade
AbbVie, Inc.
███████████████████

Dear Helmuth Fendel:

The Office of Pharmacy Affairs (OPA) has received and reviewed AbbVie Inc./Pharmacyclics' (AbbVie) plan for participation in the 340B Rebate Model Pilot Program. The revised plan submitted on October 29, 2025, is approved for an implementation date of January 1, 2026.[1]

OPA has approved the data fields below for participating manufacturers to request from covered entities as part of the 340B Rebate Model Pilot Program. It should be noted that data requests are limited to these approved fields, and that no rebate claims may be denied for the absence of the optional fields outlined below.

| Pharmacy Claims Data Fields | Medical Claims Data Fields |
|---|---|
| Date of Service | Date of Service |
| Date Prescribed | Claim Line Number |
| Rx number | Claim Number |
| Fill number | Unit of Measure |
| NDC-11 | NDC-11 |
| Quantity Dispensed | Quantity |
| Prescriber ID | Rendering Physician ID |
| Service Provider ID | Service Provider ID |
| 340B ID | 340B ID |
| RX BIN | Health Plan Name |
| RX PCN | Health Plan ID |
| Group Number ID (optional) | Health Plan ID Qualifier (optional) |
| | HCPCS Code (optional) |
| | HCPCS Modifiers (Up to 4) (optional) |

During this initial phase of the Rebate Model Pilot Program, OPA is not allowing participating manufacturers to collect purchase data from covered entities, even as an optional field. However, OPA will instruct covered entities to purchase products subject to the pilot in their current 340B wholesale accounts

---

[1] As outlined in the *Federal Register Notice*, the scope of the 340B Rebate Model Pilot Program is limited to the NDC–11s included on the CMS Medicare Drug Price Negotiation Selected Drug List ("List") for 2026. The NDCs submitted in the revised plan are approved only to the extent they are published on the List. Please work to ensure that all NDCs in the revised plan are included on the List as 340B-rebates may not be offered for any NDC that does not appear on the List.

Exhibit 1 0090

at the prices loaded by manufacturers (generally at WAC). OPA will also instruct covered entities to request rebates only after a purchase and to dispense 340B-rebate purchases solely to eligible 340B patients.  Manufacturers should continue to work with their distribution partners to leverage data from wholesalers to monitor that the number of purchases made at WAC in those 340B wholesale accounts correspond to the number of rebates requested, whether through a chargeback feed or other report. Only NDCs that appear on the CMS Medicare Drug Price Negotiation Selected Drug List and have an approved plan in place, should list a WAC price in a 340B wholesale account. All other covered outpatient drugs should list the 340B ceiling price in the 340B wholesale account. OPA will evaluate covered entity and manufacturer compliance with the rebate model pilot as part of its 340B compliance audits.

Consistent with the August 7, 2025, *Federal Register notice,* manufacturers must provide covered entities with 60 calendar days' notice before implementation of an approved rebate model, with instructions for registering for any IT platforms. Notice should also provide details of the rebate plan as described in the *Federal Register notice* and also include how covered entities should submit unreplenished accumulations that occur prior to the implementation date of the approved rebate model; technical assistance for setting up files for submission, including data definitions for each allowable data field; a description of how the rebate will be calculated and paid; and details for how to seek assistance from both the IT vendor and the manufacturer contact. OPA will post a summary of AbbVie's plan to the OPA website.

As noted in the August 7, 2025, *Federal Register notice*, manufacturers must agree to provide OPA with reports detailing 340B-rebate purchases, and information related to claim delays and denials.  In order to facilitate transfer of this data, OPA requests that AbbVie submit reports via Application Programming Interface (API) submissions to the 340B Prime Vendor, at least monthly. The attached file provides the requested fields. Please register at www.login.warehouse.apexus.com to create an account for reporting.

As a reminder, OPA reserves the right to revoke approval of AbbVie's participation in the 340B Rebate Model Pilot Program at any time if the manufacturer is not compliant with the plan as approved, including by denying rebates to covered entities for reasons not consistent with the August 7, 2025, *Federal Register notice* and not established in the approved plan.

HRSA plans to continue our collaboration with you in the coming months and as the pilot begins so that progress can be monitored and concerns addressed as they arise. Questions may be directed to 340BPricing@hrsa.gov.

Sincerely,

Krista M. Pedley, Pharm D, MS
RDML, USPHS Assistant Surgeon General
Director, Office of Special Health Initiatives

Attachment

| Claim submission date | 340B ID | NDC-11 Purchased | Quantity | Unit WAC price | Unit 340B ceiling price | Unit MFP | Rebate amount | Rebate Date Paid | Rejection Reason |
|---|---|---|---|---|---|---|---|---|---|

Exhibit 1 0092

| | |
|---|---|
| **From:** | Van Etten, Elizabeth |
| **To:** | HRSA HSB 340B Pricing; Hubbard, Whitney N; Fendel, Helmuth R |
| **Cc:** | Pedley, Krista (HRSA); Britton, Chantelle (HRSA) |
| **Subject:** | [EXTERNAL] RE: AbbVie 340B Rebate Model Pilot Approval |
| **Date:** | Thursday, October 30, 2025 5:16:24 PM |

Good afternoon RDML Pedley,

We would like to thank you, Director Britton, Julie Zadecky, and the rest of the team for your hard work and dedication to the implementation of the rebate model pilot. Your commitment and willingness to communicate, particularly during such a challenging time, is truly appreciated.

Thank you once again for your outstanding effort.

Best regards,

**ELIZABETH VAN ETTEN**
Associate General Counsel
Global Legal Strategy



100 Park Avenue
Florham Park, NJ 07932

abbvie.com

---

**From:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Sent:** Thursday, October 30, 2025 10:29 AM
**To:** Van Etten, Elizabeth ████████████            Hubbard, Whitney N
████████ Fendel, Helmuth R ████████
**Cc:** Pedley, Krista (HRSA) <KPedley@hrsa.gov>; Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Subject:** [EXTERNAL] AbbVie 340B Rebate Model Pilot Approval

Please find the attached letter.

Thank you.

RDML Krista M. Pedley
U.S Department of Health and Human Services
Health Resources and Services Administration

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you

**Exhibit 1 0093**

recognize the sender and are confident the content is safe.

Exhibit 1 0094

| | |
|---|---|
| **From:** | HRSA HSB 340B Pricing |
| **To:** | Van Etten, Elizabeth; Hubbard, Whitney N; |
| **Cc:** | Pedley, Krista (HRSA); Britton, Chantelle (HRSA) |
| **Subject:** | AbbVie Rebate Model Notice to Covered Entities Clarification |
| **Date:** | Friday, November 14, 2025 7:33:00 AM |

The Office of Pharmacy Affairs (OPA) has reviewed AbbVie's posted notice to covered entities regarding AbbVie's participation in the 340B Rebate Model Pilot Program.  OPA noticed in the list of Frequently Asked Questions, that AbbVie answered, "Rebates will be paid within 10 calendar days from receipt of the complete and **validated** data submission, excluding federal holidays."

OPA wishes to clarify, consistent with the Federal Register Notice and HRSA's approval of AbbVie's plan, rebates must be paid within 10 calendar days of claims **submission**.  The time required for claim validation is not included in the Federal Register Notice and it is OPA's expectation that rebates are paid to covered entities within 10 days of claim submission.

Thank you.

**The Office of Pharmacy Affairs**
Health Resources and Services Administration
Email: 340bPricing@hrsa.gov

**Exhibit 1 0095**

| | |
|---|---|
| **From:** | Van Etten, Elizabeth |
| **To:** | HRSA HSB 340B Pricing; Hubbard, Whitney N; Fendel, Helmuth R |
| **Cc:** | Pedley, Krista (HRSA); Britton, Chantelle (HRSA) |
| **Subject:** | [EXTERNAL] Re: AbbVie Rebate Model Notice to Covered Entities Clarification |
| **Date:** | Monday, November 17, 2025 7:59:19 AM |

Hello,

AbbVie confirms, consistent with its approved plan, "AbbVie will pay unit-based rebates for IMBRUVICA dispenses on validated claims to CE via ACH transfer through Beacon within 10 calendar days of receipt of complete and accepted data submission, excluding federal holidays." AbbVie confirms that the full validation takes place during these 10 days and does not cause additional delays.

AbbVie will update our notice accordingly.

Thank you,

Elizabeth Van Etten

███████████████████████

**From:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Sent:** Friday, November 14, 2025 7:33 AM
**To:** Van Etten, Elizabeth ████████████████ Hubbard, Whitney N
██████████████ Fendel, Helmuth R ██████████████
**Cc:** Pedley, Krista (HRSA) <KPedley@hrsa.gov>; Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Subject:** [EXTERNAL] AbbVie Rebate Model Notice to Covered Entities Clarification

The Office of Pharmacy Affairs (OPA) has reviewed AbbVie's posted notice to covered entities regarding AbbVie's participation in the 340B Rebate Model Pilot Program. OPA noticed in the list of Frequently Asked Questions, that AbbVie answered, "Rebates will be paid within 10 calendar days from receipt of the complete and **validated** data submission, excluding federal holidays."

OPA wishes to clarify, consistent with the Federal Register Notice and HRSA's approval of AbbVie's plan, rebates must be paid within 10 calendar days of claims **submission**. The time required for claim validation is not included in the Federal Register Notice and it is OPA's expectation that rebates are paid to covered entities within 10 days of claim submission.

Thank you.

**The Office of Pharmacy Affairs**
Health Resources and Services Administration
Email: 340bPricing@hrsa.gov

**Exhibit 1 0096**

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

Exhibit 1 0097

| | |
|---|---|
| **From:** | HRSA HSB 340B Pricing |
| **To:** | Van Etten, Elizabeth; HRSA HSB 340B Pricing; Hubbard, Whitney N; Fendel, Helmuth R |
| **Cc:** | Pedley, Krista (HRSA); Britton, Chantelle (HRSA) |
| **Subject:** | RE: AbbVie Rebate Model Notice to Covered Entities Clarification |
| **Date:** | Tuesday, November 18, 2025 11:17:44 AM |

Thank you for your confirmation.  Please forward a copy of your updated notice, once it is available.

Thank you.

**The Office of Pharmacy Affairs**
Health Resources and Services Administration
Email: 340bPricing@hrsa.gov

---

**From:** Van Etten, Elizabeth ███████████████████
**Sent:** Monday, November 17, 2025 7:59 AM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>; Hubbard, Whitney N ███████████████████ Fendel, Helmuth R ███████████████
**Cc:** Pedley, Krista (HRSA) <KPedley@hrsa.gov>; Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Subject:** [EXTERNAL] Re: AbbVie Rebate Model Notice to Covered Entities Clarification

Hello,

AbbVie confirms, consistent with its approved plan, "AbbVie will pay unit-based rebates for IMBRUVICA dispenses on validated claims to CE via ACH transfer through Beacon within 10 calendar days of receipt of complete and accepted data submission, excluding federal holidays."  AbbVie confirms that the full validation takes place during these 10 days and does not cause additional delays.

AbbVie will update our notice accordingly.

Thank you,

Elizabeth Van Etten

███████████████  ████████

---

**From:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Sent:** Friday, November 14, 2025 7:33 AM
**To:** Van Etten, Elizabeth ██████████████████ Hubbard, Whitney N ████████████████ Fendel, Helmuth R ████████████████
**Cc:** Pedley, Krista (HRSA) <KPedley@hrsa.gov>; Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Subject:** [EXTERNAL] AbbVie Rebate Model Notice to Covered Entities Clarification

**Exhibit 1 0098**

The Office of Pharmacy Affairs (OPA) has reviewed AbbVie's posted notice to covered entities regarding AbbVie's participation in the 340B Rebate Model Pilot Program.  OPA noticed in the list of Frequently Asked Questions, that AbbVie answered, "Rebates will be paid within 10 calendar days from receipt of the complete and **validated** data submission, excluding federal holidays."

OPA wishes to clarify, consistent with the Federal Register Notice and HRSA's approval of AbbVie's plan, rebates must be paid within 10 calendar days of claims **submission**.  The time required for claim validation is not included in the Federal Register Notice and it is OPA's expectation that rebates are paid to covered entities within 10 days of claim submission.

Thank you.

**The Office of Pharmacy Affairs**

Health Resources and Services Administration

Email: 340bPricing@hrsa.gov

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

**Exhibit 1 0099**

| From: | Van Etten, Elizabeth |
| To: | HRSA HSB 340B Pricing |
| Cc: | Pedley, Krista (HRSA); Britton, Chantelle (HRSA); Hubbard, Whitney N; Fendel, Helmuth R |
| Subject: | [EXTERNAL] RE: AbbVie Rebate Model Notice to Covered Entities Clarification |
| Date: | Wednesday, November 19, 2025 12:09:51 PM |
| Attachments: | vFinal_340B_Rebate_Covered_Entity_Letter_10.31.25v2.pdf |

Good afternoon,

Attached please find the update notice provided for publication to BRG yesterday. BRG has confirmed that it will be posted on November 20, 2025.

Thank you.

**ELIZABETH VAN ETTEN**
Associate General Counsel
Global Legal Strategy



100 Park Avenue
Florham Park, NJ 07932

abbvie.com

---

**From:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Sent:** Tuesday, November 18, 2025 11:18 AM
**To:** Van Etten, Elizabeth ███████████████████ HRSA HSB 340B Pricing <340BPricing@hrsa.gov>; Hubbard, Whitney N ███████████████████ Fendel, Helmuth R ███████████████
**Cc:** Pedley, Krista (HRSA) <KPedley@hrsa.gov>; Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Subject:** [EXTERNAL] RE: AbbVie Rebate Model Notice to Covered Entities Clarification

Thank you for your confirmation. Please forward a copy of your updated notice, once it is available.

Thank you.

**The Office of Pharmacy Affairs**
Health Resources and Services Administration
Email: 340bPricing@hrsa.gov

**Exhibit 1 0100**

**From:** Van Etten, Elizabeth ████████████████████████
**Sent:** Monday, November 17, 2025 7:59 AM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>; Hubbard, Whitney N
████████████████████ Fendel, Helmuth R ████████████████████
**Cc:** Pedley, Krista (HRSA) <KPedley@hrsa.gov>; Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Subject:** [EXTERNAL] Re: AbbVie Rebate Model Notice to Covered Entities Clarification

Hello,

AbbVie confirms, consistent with its approved plan, "AbbVie will pay unit-based rebates for IMBRUVICA dispenses on validated claims to CE via ACH transfer through Beacon within 10 calendar days of receipt of complete and accepted data submission, excluding federal holidays."  AbbVie confirms that the full validation takes place during these 10 days and does not cause additional delays.

AbbVie will update our notice accordingly.

Thank you,

Elizabeth Van Etten
██████████████████████

---

**From:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Sent:** Friday, November 14, 2025 7:33 AM
**To:** Van Etten, Elizabeth ██████████████████████ Hubbard, Whitney N
██████████████████ Fendel, Helmuth R ██████████████████████
**Cc:** Pedley, Krista (HRSA) <KPedley@hrsa.gov>; Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Subject:** [EXTERNAL] AbbVie Rebate Model Notice to Covered Entities Clarification

The Office of Pharmacy Affairs (OPA) has reviewed AbbVie's posted notice to covered entities regarding AbbVie's participation in the 340B Rebate Model Pilot Program.  OPA noticed in the list of Frequently Asked Questions, that AbbVie answered, "Rebates will be paid within 10 calendar days from receipt of the complete and **validated** data submission, excluding federal holidays."

OPA wishes to clarify, consistent with the Federal Register Notice and HRSA's approval of AbbVie's plan, rebates must be paid within 10 calendar days of claims **submission**.  The time required for claim validation is not included in the Federal Register Notice and it is OPA's expectation that rebates are paid to covered entities within 10 days of claim submission.
Thank you.

**The Office of Pharmacy Affairs**
Health Resources and Services Administration
Email: 340bPricing@hrsa.gov

Exhibit 1 0101

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

**Exhibit 1 0102**



October 31, 2025

Dear Covered Entity,

AbbVie has been approved by the Office of Pharmacy Affairs (OPA) to participate in its 340B Rebate Model Pilot Program (the "Pilot"). This letter provides important details on AbbVie's Rebate Model Plan and instructions for registering with the IT platform ("Beacon") AbbVie is using. Covered Entities can register with Beacon today. AbbVie is ready to partner with OPA and Covered Entities[1] to implement a robust and transparent Pilot in accordance with our OPA-approved plan.

### AbbVie 340B Rebate Model Plan

As of January 1, 2026 ("Effective Date"), AbbVie will make the 340B price for NDC-11s associated with IMBRUVICA® listed below available to all Covered Entities exclusively through a rebate.

| IPAY | Selected Drug | NDC-11's |
|------|---------------|----------------|
| 2026 | IMBRUVICA | 57962-0007-12 |
| 2026 | IMBRUVICA | 57962-0014-28 |
| 2026 | IMBRUVICA | 57962-0070-28 |
| 2026 | IMBRUVICA | 57962-0140-09 |
| 2026 | IMBRUVICA | 57962-0140-12 |
| 2026 | IMBRUVICA | 57962-0280-28 |
| 2026 | IMBRUVICA | 57962-0420-28 |

To operationalize this rebate model plan, AbbVie will be utilizing Beacon, a technology platform operated by Second Sight Solutions, to collect all relevant data, apply rebate eligibility criteria, provide transparent reporting, and facilitate rebate payments to Covered Entities. AbbVie will provide Covered Entities access to Beacon at no cost. Each Covered Entity will need to register for an account with Beacon (registration details are included on page 3). AbbVie will provide ongoing technical assistance, customer service, and educational resources to Covered Entities at no cost through Beacon, including detailed technical assistance on the Beacon website that addresses file set up for data element submissions and data templates. A summary of OPA-approved plans, including AbbVie's, can be found at https://www.hrsa.gov/opa/340b-model-pilot-program.

### Rebate Model Plan Overview

As of the Effective Date, Covered Entities will place orders for all applicable NDCs using their 340B wholesale accounts. To obtain a 340B rebate, Covered Entities purchase IMBRUVICA using their 340B

---

[1] Entities qualifying for 340B under 42 USC § 256b(a)(4) (A)-(O)

Rev. 2025-11-17

**Exhibit 1 0103**

# abbvie

wholesale account, which will be loaded with the WAC price, and submit required data to Beacon up to 45 calendar days from the date of dispense. Complete submissions will then be validated for rebate eligibility.

AbbVie will pay unit-based rebates for IMBRUVICA dispenses on validated claims to Covered Entities via ACH transfer through Beacon within 10 calendar days of receipt of complete and accepted data submission, excluding federal holidays. Denials will be processed in Beacon within 10 calendar days of receipt and will include supporting documentation. The rebate payment will be equal to the difference between (i) WAC and (ii) the 340B ceiling price, thus allowing the Covered Entity to realize the 340B price. Rebates will be honored only on sales of designated pharmacies in accordance with AbbVie's 340B program integrity initiative.

We look forward to working collaboratively with you to ensure the success of the 340B rebate model. Please refer to the Frequently Asked Questions beginning on page 3. If you have additional questions about our Pilot plan, please contact Head of 340B Center of Excellence 340BRebateModel@abbvie.com. For assistance with using Beacon, please contact support@beaconchannelmanagement.com.


Best regards,

Edward Scheidler
Head of 340B Center of Excellence

**Exhibit 1 0104**



## NEXT STEPS FOR COVERED ENTITIES

To enroll on the Beacon Platform, follow these four simple steps:

1. Go to beaconchannelmanagement.com, click **Enroll**, and enter your contact information.

2. Search and select the 340B ID(s) you are authorized to register.

3. Confirm authorization, accept the Terms of Use, and click **Enroll**.

4. Check your email for a one-time code from Beacon, then use it to validate your email and proceed with your registration.

For additional information regarding registration documentation, post documentation review, and bank account setup, visit https://support.beaconchannelmanagement.com/en/articles/9552630-how-to-register-with-beacon .

In addition to the Frequently Asked Questions below, please visit https://cm.beaconchannelmanagement.com/ to learn more about the Beacon platform.

For further help with the registration, account setup, and data submission process, please contact the Beacon Customer Support Team via email at support@beaconchannelmanagement.com or by calling 1.878.788.8907.

3

**Exhibit 1 0105**



### FREQUENTLY ASKED QUESTIONS

**Q: Which AbbVie drugs are included in the Pilot?**

The AbbVie' Rebate Model applies to its initial price applicability year (IPAY) 2026 selected drug, IMBRUVICA. The NDC-11s are listed below. At this time, no other AbbVie covered outpatient drugs are included in the Pilot.

| IPAY | Selected Drug | NDC-11s |
|------|---------------|---------|
| 2026 | IMBRUVICA | 57962-0007-12 |
| 2026 | IMBRUVICA | 57962-0014-28 |
| 2026 | IMBRUVICA | 57962-0070-28 |
| 2026 | IMBRUVICA | 57962-0140-09 |
| 2026 | IMBRUVICA | 57962-0140-12 |
| 2026 | IMBRUVICA | 57962-0280-28 |
| 2026 | IMBRUVICA | 57962-0420-28 |

**Q: What Covered Entity types should register with Beacon and submit the required data in Beacon to receive their 340B price as a rebate during the Pilot?**

All Covered Entity types qualifying for the 340B program under 42 USC § 256b(a)(4) (A)-(O) will need to submit the required data to receive their rebate to effectuate the 340B price.

**Q: Does my Covered Entity need to register for an account with Beacon if it already has an account with 340B ESP?**

Yes. Beacon is a separate platform from 340B ESP. Covered entities will need to register a new account on Beacon, regardless of their existing account status with 340B ESP.

**Q: My Covered Entity only dispenses IMBRUVICA through in-house outpatient pharmacies. Since we do not use a contract pharmacy, do we need to submit the required data to Beacon?**

Yes. To receive a 340B rebate, your Covered Entity should submit the required data fields on all its Pilot eligible dispenses by an in-house outpatient pharmacy and/or a designated contract pharmacy in compliance with the requirements of this policy.

**Q: Is the AbbVie Pilot plan limited to drugs dispensed in a retail setting?**

4

Exhibit 1 0106



No. The Pilot plan applies to Pilot drugs dispensed by a Covered Entity or its designated contract pharmacy in any setting, including physician- or clinic-administered drugs, provided it is a covered outpatient drug.

**Q: Will my Covered Entity continue to have access to the 340B price on IMBRUVICA as an upfront discount through my wholesaler?**

No. As of the Effective Date, the 340B price on IMBRUVICA will no longer be available through an upfront discount and will only be paid via rebate through Beacon.

**Q: How does my Covered Entity place orders for IMBRUVICA at the 340B price?**

As of the Effective Date, your Covered Entity should order IMBRUVICA through your 340B wholesale account. AbbVie has updated its wholesaler 340B account pricing files to reflect the list price (WAC). To obtain the 340B price, you should submit the required data to Beacon up to 45 calendar days from the date of dispense. Beacon will review and validate the data for rebate eligibility and facilitate rebate payment.

**Q: How much is the 340B rebate payment?**

The 340B rebate amount is WAC of the covered outpatient drug less the statutory 340B ceiling price on the date of dispense.

**Q: How long will it take for my Covered Entity to receive my 340B rebate?**

Rebates will be paid within 10 calendar days from receipt of the complete and accepted data submission, excluding federal holidays.

**Q: What are the required data fields my Covered Entity should include in each data submission?**

Beacon will only collect data for IMBRUVICA and collection will be proactively limited to OPA-approved data fields. AbbVie will collect required pharmacy claims or medical claims, as applicable, to effectuate 340B pricing. Please see a complete list of required data fields in Appendix A.

**Q: What if my Covered Entity has unreplenished partial package accumulations at the start of the Pilot?**

AbbVie encourages Covered Entities to prioritize the processing of 340B-eligible accumulations or dispenses of IMBRUVICA prior to Effective Date. Through January 31, 2026, Covered Entities may submit to Beacon rebate requests for up to one package of IMBRUVICA for dispenses that

**Exhibit 1 0107**



occurred as early as 14 calendar days prior to Effective Date. AbbVie will also consider additional requests for dispenses that occurred prior to Effective Date on a case-by-case basis in accordance with AbbVie's standard business practices.

**Q: How will AbbVie use the data my Covered Entity submits to Beacon?**

The data your Covered Entity submits to Beacon will be used to validate your rebate claim submission. First, it will be evaluated for Pilot eligibility by confirming:

1) The 340B claim is for IMBRUVICA;
2) The date of dispense occurs after Effective Date; and
3) The dispensing pharmacy is registered as an eligible Covered Entity location on OPAIS database and is eligible for shipment under AbbVie commercial policies, including its 340B Integrity Initiative

Once a rebate claim is deemed eligible, Beacon will conduct the deduplication validation. When duplication with MFP is identified, adjustments will be made to the availability of the MFP, the amount of any MFP rebate through CMS's Medicare Transaction Facilitator.

A rebate will not be denied for diversion or Medicaid discount duplication but will be denied for claims previously submitted by another Covered Entity.

A Covered Entity's 340B claim unit amount may not exceed the number of WAC units purchased during the Pilot and shipped to the Covered Entity or its eligible contract pharmacy since Effective Date, unless otherwise provided for as an exception in this policy. AbbVie will monitor the number of 340B claims relative to the number of WAC purchases and will communicate instances of misalignment to Covered Entities. AbbVie will work in good faith with Covered Entities to reconcile any discrepancies.

The data will also be used to provide OPA with periodic reporting to demonstrate Pilot effectiveness, such as rebate purchase data, claim denials, and delays.

**Q: How often should my Covered Entity upload required data to Beacon?**

Your Covered Entity can submit required data to Beacon up to 45 calendar days from date of dispense. There is no limit to the number of times your Covered Entity can upload data to Beacon during the 45-day period. AbbVie encourages you to submit information early and often, provided the fully adjudicated claims have been qualified as 340B eligible. Please submit required data within the specified time period to ensure timely payment of your rebate.

**Exhibit 1 0108**



**Q: What happens if my Covered Entity is unable to provide the required data in conformance with AbbVie's approved plan?**

Failure to provide the required data in conformance with the requirements of this policy may result in nonpayment of your rebate. If you encounter challenges in submitting conforming data, please contact Beacon Customer Support Team with technical questions.

Allowances for extenuating circumstances and other exceptions detailed in the Notice will be considered on a case-by-case basis in accordance with AbbVie's standard business practices. AbbVie reserves the right to exempt a Covered Entity from any of the requirements of this Plan in the event AbbVie determines, in its discretion, that a hardship exception is warranted. For questions about these exceptions, please contact the Head of 340B Center of Excellence 340BRebateModel@abbvie.com.

**Q: How does my Covered Entity correct any data submitted in error?**

Your Covered Entity should reverse any 340B rebate claims mistakenly submitted immediately. If a previously submitted claim needs to be reversed, you should resubmit the same claim details, but with a negative unit quantity. The negative unit amount will be used to reverse the positive unit amount of the earlier claim. To prevent erroneous data submission, it is recommended that rebate claims should not be submitted to Beacon until they are fully adjudicated and dispensed to the patient.

**Q: Is it possible for my Covered Entity to dispute a denied claim submission in Beacon?**

Yes. Your Covered Entity can dispute rebate decisions by contacting the Beacon Customer Support Team.

**Q: Is AbbVie going to train my Covered Entity to use Beacon? What if we have a technical issue?**

AbbVie has engaged Beacon to provide training and technical support to Covered Entities regarding Beacon and to address any questions or concerns regarding the platform. In addition to the variety of online resources, including pre-recorded and live training sessions, available on their website, the Beacon Customer Support Team will respond to your calls, emails or chats. The Beacon Customer Support Team may escalate your matter directly to AbbVie for resolution, as needed.

**Exhibit 1 0109**



Beacon Resources:

- Beacon Rebate Model home page: https://cm.beaconchannelmanagement.com/
- Register with Beacon: https://cm.beaconchannelmanagement.com/enrollments/registrations
- Beacon Support Center: https://cm.beaconchannelmanagement.com/pages/support-center
- Beacon Resources: https://cm.beaconchannelmanagement.com/pages/resources

**Q: Where can I get additional information and ask further questions about AbbVie's rebate model plan or the Beacon platform?**

For questions about AbbVie's rebate model plan, please e-mail 340BRebateModel@abbvie.com. For assistance with training and technical matters related to the rebate model, reach out to the Beacon Customer Support Team via email at support@beaconchannelmanagement.com  or call 1.878.788.8907. For more resources, please reference https://cm.beaconchannelmanagement.com.

8

**Exhibit 1 0110**



**Appendix A**

<u>Pharmacy Claim Fields</u>

| Field Name | Description |
|---|---|
| Date of Service | Date on which the patient filled their prescription. |
| Date Prescribed | Date the prescriber wrote the prescription. |
| Rx Number | The native (unmodified) prescription number for the prescription as generated by the pharmacy. |
| Fill Number | Indicates the number of times a prescription has been filled. |
| NDC-11 | The 11-digit National Drug Code which indicates the manufacturer, product, and the commercial package size. |
| Quantity Dispensed | The number of units in the prescription. |
| Prescriber ID | National provider identifier (NPI) of the physician that wrote the prescription. |
| Service Provider ID | NPI of the pharmacy that filled the prescription. |
| 340B ID | The HRSA assigned parent 340B ID of the covered entity where the prescription originated. |
| Rx Bank Identification Number (BIN) | Prescription Drug Bank Identification Number. Enables pharmacies to electronically transmit data to the appropriate PBM for processing and reimbursement. |
| Rx Processor Control Number (PCN) | Processor Control Number. Identifier used to determine which processor will handle a prescription drug claim. |
| Group Number ID (optional)[2] | A unique identifier assigned by the insurance provider to a specific group health insurance plan to distinguish from other employers or organizations. |

---

[2] Beacon will make Group Number ID available for upload in Q2 2026

**Exhibit 1 0111**



Medical Claim Fields

| Field Name | Description |
|---|---|
| Date of Service | Date on which the medication was administered to the patient. |
| Claim Line Number | The line number of the claim. |
| Claim Number | The claim number as assigned by the healthcare provider. |
| Unit of Measure | Either HCPCS code or UOM is required. If HCPCS code is not included, UOM is required and it should be consistent with NCPDP units. |
| NDC-11 | The NDC-11 of the medication administered to the patient. |
| Quantity | The quantity - as measured in billable units - of medication administered to the patient. |
| Rendering Physician ID | The NPI of the physician that administered the medication to the patient. |
| Service Provider ID | The NPI of the healthcare entity where the patient received the medication administration. For example, this could be the NPI of a hospital outpatient surgery center or the NPI of an outpatient infusion center. |
| 340B ID | The HRSA assigned parent 340B ID of the entity that purchased the administered medication. |
| Health Plan Name | Name of the patient's primary health insurance plan. Examples include Medicare Part B, MediCal, Aetna POS, etc. |
| Health Plan ID | The identifier code of the patient's primary health insurance plan as assigned by the health insurer. |
| HCPCS Code (optional) | The five digit HCPCS code for separately payable medications. This value may not exist for medications that are reimbursed as part of procedure (e.g. a blood thinner used as part of an outpatient procedure). |
| HCPCS Modifiers – Up to 4 (optional) | Modifier code associated with a separately payable medication with its own 5-digit HCPCS code. |

**Exhibit 1 0112**