| | |
|---|---|
| **From:** | ████████ |
| **To:** | HRSA HSB 340B Pricing |
| **Cc:** | Britton, Chantelle (HRSA); ████████████████ |
| **Subject:** | [EXTERNAL] Johnson & Johnson 340B Rebate Model Plan Submission (Pursuant to 90 FR 38165) |
| **Date:** | Monday, September 15, 2025 5:10:23 PM |
| **Attachments:** | image001.png |
| | JJ HRSA 340B Rebate Model Plan Submission 09.15.2025.pdf |
| | Appendix 1 - Beacon Functionality Overview Revised 8.26.25.pdf |
| | Appendix 2 - JJ - HRSA Rebate Model Pilot Guidance Comments 09.08.2025.pdf |
| **Importance:** | High |

To Whom it May Concern:

Janssen Pharmaceuticals, Inc. and Janssen Biotech, Inc. (collectively "J&J") are the Primary Manufacturers of all NDCs associated with XARELTO (Janssen Pharmaceuticals, Inc.) and STELARA and USTEKINUMAB (Unbranded STELARA) (Janssen Biotech, Inc.) included in the "Medicare Drug Price Negotiation Program" for Initial Price Applicability Year 2026. J&J hereby submits its plan to participate in the 340B Rebate Model Pilot Program with respect to these selected drugs pursuant to HRSA's August 7, 2025, Federal Register Notice (90 FR 38165).

J&J appreciates the opportunity to partner with the agency and 340B covered entities to implement a transparent and efficient rebate model. We are grateful for HRSA's engagement on rebate models to date, and we look forward to further engagement.

We understand that HRSA is continuing to evaluate certain aspects of 340B rebate models, including manufacturers' need for certain limited medical claims data and purchase data. We included our proposed data requirements in our attached plan, which we previously discussed with HRSA and explained in our public comments in response to the Notice. Our comments are re-attached as Appendix 2 for ease of reference.

We respectfully request the opportunity to meet with HRSA prior to the agency issuing an approval decision to discuss any aspect(s) of our plan about which HRSA might have concerns or questions. Our team is available for calls or technical walkthroughs, or to answer follow-up questions, as needed.

If you have any questions regarding this plan submission, please contact me directly.

*Attachments:*

- *J&J Rebate Model Pilot Plan Submission*
- *Appendix 1 – Beacon Functionality Overview*
- *Appendix 2 – J&J HRSA Rebate Model Pilot Guidance Comments 09.08.2025*

**Exhibit 2 0001**

Regards,



CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

Exhibit 2 0002

**Johnson&Johnson**

Johnson & Johnson Health Care Systems Inc.
1000 US Highway 202 South
Raritan NJ 08869 United States

## I.    Overview

This proposal includes the provision of the 340B price as a unit-based rebate for all of J&J's 340B-eligible covered outpatient drugs included in the "Medicare Drug Price Negotiation Program" (MDPNP) for initial price applicability year 2026 - specifically, XARELTO, STELARA, and USTEKINUMAB (unbranded STELARA) dispensed or administered by all 340B covered entity (CE) types and their eligible pharmacies, regardless of payer, with the rebate effectuated by Beacon.

## II.    General Requirements

J&J's proposal aligns with the criteria in HRSA's 340B Rebate Model Pilot Program Notice (90 FR 38165) (Notice) as described below.

1.  J&J will provide CEs no-cost access to Beacon, a CE user platform operated by Second Sight Solutions (SSS) through which CEs will submit rebate claim information and access rebate claim detail and reconciliation reporting. CEs will also receive related training, technical assistance, customer service, and educational resources at no cost. Consistent with historical and current practice, CEs and manufacturers will otherwise continue to bear their own costs of participating in the 340B Program

2.  J&J's proposed implementation date is January 1, 2026. Upon HRSA's approval of this plan, J&J will provide at least 60 days' public notice to CEs and other stakeholders before implementation. Such notice will include instructions for CE registration in Beacon.

3.  CEs will continue to order selected drugs under their existing wholesaler 340B account at wholesale acquisition cost (WAC). J&J will work with wholesalers to ensure that, as of January 1, 2026, CEs can purchase these drugs at WAC using these accounts.

4.  Entities may engage in good faith regarding questions about rebate submissions through Beacon's customer support team. CEs will also be provided a J&J point of contact for escalations or general policy inquiries, as needed. This process and points of contact will be provided to CEs within J&J's public notice.

5.  J&J will utilize Beacon to collect only the data elements HRSA has authorized, confirm rebate eligibility, and make rebate payments to CEs. Information regarding Beacon's data security protocols is included in Appendix I.

6.  Information regarding Beacon's compliance with applicable privacy and data security laws, including HIPAA and technical specifications explaining how data submissions are filtered and de-identified, is included in Appendix I.

## III.    Reporting Requirements

7.  CEs may submit data for 340B rebates up to 45 calendar days from date of dispense or administration. CEs should make diligent efforts to submit 340B rebate claims within this timeframe, however J&J will work in good faith with CEs and will consider allowances for bona fide extenuating circumstances.

PROPRIETARY & CONFIDENTIAL – EXEMPT FROM DISCLOSURE UNDER FOIA EXEMPTION 4
SUMMARY OF APPROVED PLAN TO BE PUBLICLY AVAILABLE

**Exhibit 2 0003**

**Johnson&Johnson**

Johnson & Johnson Health Care Systems Inc.
1000 US Highway 202 South
Raritan NJ 08869 United States

8. Beacon will only receive and process the data required to effectuate 340B rebates on J&J's selected drugs. Data that is outside the scope of J&J's rebate model will not be accepted by Beacon.

9. Beacon will provide real-time reconciliation reports for CEs to be informed of the rebate status of submitted claims.

10. J&J agrees to provide HRSA with periodic reports consistent with the information outlined in the Notice, in a format and manner specified by HRSA. We propose regularly scheduled meetings with HRSA to discuss progress and learnings from the Pilot.

## IV.    Rebates

11. Rebate payments will be made at the unit level.

12. Rebates on validated 340B rebate claims will be paid to the CE (or denied with supporting documentation) within 10 calendar days of complete data submission. Payment details (and documentation supporting a denial) will be available to CEs within Beacon to allow CEs to verify and reconcile rebate payments.

13. 340B rebate claims will not be denied based on compliance concerns with diversion or Medicaid duplicate discounts, and J&J will provide rationale and specific documentation for claims that are denied (e.g., ineligible pharmacy, 340B rebate already provided to the same or another covered entity on the same claim, data not provided in support of claim).

14. 340B rebates will be paid only on sales of J&J's drugs selected under the MDPNP, regardless of payer, in accordance with this plan and J&J's policy.

## V.    Data

15. J&J will utilize Beacon to collect the data required for this pilot including pharmacy claims, medical benefit claims, and purchase data, as outlined below. J&J explained the need for medical claims data and limited purchase data and the rationale for each requested field in its September 8, 2025 comments to HRSA (Comments). See Appendix 2.

   a) **Pharmacy Claims Data**: For J&J's selected drugs dispensed through a pharmacy and generating pharmacy claims data, CEs will be required to submit the pharmacy claim fields specified in the Notice.

   b) **Medical Claims Data**: For J&J's selected drugs administered in an outpatient setting by a health care provider, J&J proposes that CEs will be required to submit the below medical claims fields, consistent with the pharmacy claims data fields in the Notice.
      1. Date of Service
      2. Claim Number
      3. Claim Line Number
      4. 11-Digit National Drug Code (NDC)
      5. Quantity
      6. Unit of Measure

PROPRIETARY & CONFIDENTIAL – EXEMPT FROM DISCLOSURE UNDER FOIA EXEMPTION 4
SUMMARY OF APPROVED PLAN TO BE PUBLICLY AVAILABLE

**Exhibit 2 0004**

**Johnson&Johnson**

Johnson & Johnson Health Care Systems Inc.
1000 US Highway 202 South
Raritan NJ 08869 United States

7. Rendering Physician NPI
8. Service Provider NPI -Billing Provider NPI would also be accepted if the Service Provider NPI field is blank
9. 340B ID
10. Health Plan ID
11. Health Plan Name
12. Health Plan ID Qualifier (optional)
13. HCPCS Code (optional)
14. HCPCS Modifiers (Up to 4) (optional)

c) **Purchase Data**: J&J proposes to require CEs to submit limited purchase data set forth below for purposes of confirming that the CE made a physical purchase of a selected drug at WAC during the Pilot period. As set forth in J&J's Comments, the date of the purchase informs the amount of the 340B rebate and must be documented to ensure J&J meets its obligation to offer the 340B price.

1. Invoice Number
2. Invoice Date
3. NDC-11
4. Package Units
5. 340B ID
6. Ship-To Pharmacy (NPI)
7. Wholesaler Name
8. Purchase Account Number (optional)

We respectfully request the opportunity to meet with HRSA prior to the agency issuing an approval decision to discuss any aspect(s) of this plan about which HRSA might have concerns or questions.

PROPRIETARY & CONFIDENTIAL – EXEMPT FROM DISCLOSURE UNDER FOIA EXEMPTION 4
SUMMARY OF APPROVED PLAN TO BE PUBLICLY AVAILABLE

**Exhibit 2 0005**

**Appendix 1 - Beacon Functionality**

**Beacon Overview**

Beacon is a web-based technology platform that supports the effectuation of a 340B rebate model.  Beacon is used to collect 340B claims and purchase data from 340B covered entities, validate eligibility of submitted data, facilitate payment of 340B rebates to 340B covered entities, and provide real-time access to 340B rebate status to 340B covered entities and pharmaceutical manufacturers.  Beacon is also utilized to provide reporting to HRSA.  The information provided in this document is applicable to any pharmaceutical manufacturer that selects Beacon for its 340B rebate model effectuation.

**Registration**

340B covered entities that elect to submit 340B claims and WAC purchase data must first register with Beacon by navigating to [www.beaconchannelmanagement.com](www.beaconchannelmanagement.com) and completing the registration process.  Registration with and use of Beacon by 340B covered entities is free of charge.  Use of Beacon is governed by the Terms of Use and Privacy Policy which are available at [www.beaconchannelmanagement.com](www.beaconchannelmanagement.com).  To comply with federal law and financial institution requirements, Second Sight requires that new users complete a Know Your Business (KYB) verification process which includes the submission of certain legal documents such as Articles of Incorporation and IRS letter CP 575.  Once a new account has been verified, additional users may be given access to the Beacon account by the initial registrant.

Users must also submit bank account information for ACH payments which is verified according to financial institution requirements.  Verification includes the submission of a bank letter and performance of a standard penny test.

**Data Submission**

340B covered entities can submit data online through Beacon or via a direct data submission process with participating third-party administrators (TPAs).  Data submissions are proactively limited to only those data elements that have been approved by HRSA and 340B covered entities cannot inadvertently submit additional data elements that fall outside the scope of the 340B rebate model pilot.  Regardless of whether data is submitted online or through a TPA, the same filtering, security and privacy protocols apply.

**Exhibit 2 0006**

<u>Data Filtering</u>

Beacon collects data for only those NDCs for which a 340B rebate model pilot has been approved.  For online data submissions, client-side JavaScript functions exclude from data submissions any records that include an NDC that has not been approved for a 340B rebate model pilot by HRSA.  Client-side JavaScript functions ensure that the data is filtered <u>prior to submission to Beacon</u> and server-side validations ensure that Beacon is never in possession of the ineligible data.  For direct data submissions by a TPA, the filtering process is executed by the TPA utilizing similar client-side technology provided by Second Sight, again ensuring that data filtering occurs prior to submission to Beacon.

<u>Data Security</u>

Beacon is hosted on Microsoft Azure, a premier cloud computing platform known for its reliability, scalability, and security. Beacon is distributed across multiple Azure Availability Zones, each a unique physical location comprising of one or more data centers within an Azure region. By distributing applications across multiple Availability Zones, Beacon can achieve high availability and fault tolerance for its service.

At the core of the Beacon platform is a strong commitment to data security. Second Sight builds and maintains the Beacon systems in alignment with industry-recognized frameworks such as the National Institute of Standards and Technology Cybersecurity Framework (NIST CSF) and Open Web Application Security Project (OWASP) best practices. Security is embedded throughout the software development lifecycle—from design and code reviews to deployment and monitoring. Second Sight follows secure coding standards and perform regular threat modeling, vulnerability scanning, and automated testing to ensure a robust security posture.

All data in Beacon is encrypted at rest and in transit using industry-standard protocols supporting the use of Transport Layer Security (TLS) 1.2+ or higher. Beacon services enforce mandatory Multi-factor authentication (MFA) to ensure a high level of security for end-users, providing email, sms, and application-based authentication methods.

Second Sight engages established third-party risk and cybersecurity firms to perform annual internal, external, and web application penetration tests, along with comprehensive security assessments across all platforms and infrastructure.

In addition, Beacon has achieved SOC 1 and SOC 2 certification, demonstrating compliance with rigorous standards for security, availability and confidentiality.

**Exhibit 2 0007**

Data Privacy

Beacon is designed to operate without the use of any protected health information (PHI) as defined by the Health Information Portability and Accountability Act (HIPAA). Second Sight has received an expert determination from Dr. Brad Malin that the data collected through Beacon meets the definition of a De-Identified Dataset under HIPAA. A copy of this expert determination is available upon request. As described in Dr. Malin's expert determination, the de-identification process occurs prior to the submission of data to Beacon. Furthermore, Second Sight does not reidentify this data and personnel with access to identifiable data do not also have access to de-identified data. De-identified datasets can be linked to other de-identified datasets but, as discussed in Dr. Malin's expert determination, this does not constitute a reidentification of data and no PHI is exposed through this linking process. Second Sight has utilized this deidentification process with 340B claims data submitted through 340B ESP since 2020 and has successfully ensured that no HIPAA violations have occurred.

Beacon also collects personally identifiable information (PII) including user's names and email addresses. This information is stored securely, and Second Sight complies with all applicable privacy laws. Additional information on how we collect, maintain and use PII is available in our Privacy Policy.

**Rebate Payments and Reconciliation Data**

Following the successful validation of 340B claim submissions according to the eligibility criteria approved by HRSA, Beacon initiates the rebate payment process. Rebates are priced based on the purchase date of the associated WAC purchase. Rebate payments are transmitted to the 340B covered entity via an ACH payment within the time period approved by HRSA. The transaction ID of the rebate payment is appended to the 340B rebate record maintained in Beacon giving the 340B covered entity real-time access to reconciliation data in Beacon. Rebates that are determined to be ineligible are accessible in Beacon by the 340B covered entity and include detail on the eligibility determination.

In addition to accessing information online in Beacon, 340B covered entities can also download 340B rebate data for inclusion in their proprietary systems. Because 340B claims are de-identified prior to submission to the Beacon platform, a unique ID is appended to the data submission and made available to 340B covered entities immediately following the initial 340B claims submission. This unique ID allows 340B covered entities to link de-identified data maintained in Beacon with the identifiable data maintained in 340B covered entities' proprietary systems for reconciliation purposes.

Exhibit 2 0008

Finally, Second Sight has communicated its willingness and has already begun to integrate directly with TPAs to simplify the reconciliation process. Second Sight will not charge TPAs for this integration service though 340B covered entities will have to approve any integrations with TPAs for their specific data.

**Beacon Customer Support**

Beacon's customer support team is trained to engage with 340B covered entities and address questions or concerns arising from their use of Beacon for 340B rebate payments. Support topics may range from technical (How do I use Beacon?) to policy (Why was my 340B rebate determined to be ineligible?) to financial (Was my 340B rebate payment made?) in nature. Customer support is provided proactively through online resources, pre-recorded training webinars and live training sessions as well as reactively through responses to inbound calls, emails or chats. Certain questions may be escalated to a pharmaceutical manufacturer depending on the applicable policy.

Second Sight is committed to responding to 340B covered entity inquiries within 24 hours of receipt and the Beacon customer support team will work to resolve inquiries as quickly as possible. Data on 340B covered entity inquiries is analyzed to identify themes and trends and may result in process or technology updates intended to address common questions raised by 340B covered entities.

**Acronyms**

1. ACH - Automated Clearinghouse
2. GPO – Group Purchasing Organization
3. HCPCS – Healthcare Common Procedure Coding System
4. HRSA – Health Resources and Services Administration
5. MDPNP – Medicare Drug Pricing Negotiation Program
6. MFP- Maximum Fair Price
7. NCPDP – National Council of Prescription Drug Programs
8. NDC – National Drug Code
9. NPI – National Provider Identifier
10. WAC – Wholesaler Acquisition Cost

**Exhibit 2 0009**

**Johnson&Johnson**

Johnson & Johnson Health Care Systems Inc.
1000 US Highway 202 South
Raritan NJ 08869 United States

*SUBMITTED ELECTRONICALLY VIA REGULATIONS.GOV*

September 8, 2025

The Honorable Thomas J. Engels
Administrator
Health Resources & Services Administration
Department of Health & Human Services
5600 Fishers Lane
Mail Stop 14W52
Rockville, MA 20857

Re:     Johnson & Johnson Health Care Systems Inc. Comments on 340B Program Notice:
        Application Process for the 340B Rebate Model Pilot Program (HRSA–2025–14619)

Dear Administrator Engels:

I write on behalf of Johnson & Johnson Health Care Systems Inc. ("J&J") in response to the Health Resources & Services Administration ("HRSA") announcement of an application process for the 340B Rebate Model Pilot Program and request for public comment (the "Guidance").[1] The scope of the Rebate Model Pilot Program ("Pilot") is limited to medications that are "selected drugs" under the Inflation Reduction Act's "Medicare Drug Price Negotiation Program" for initial price applicability year ("IPAY") 2026, such as J&J's drugs, STELARA[2] and XARELTO. J&J appreciates the opportunity to provide feedback on the structure of the Pilot.

Although J&J maintains that the 340B statute authorizes manufacturers to proceed with rebate models without HRSA pre-approval, J&J applauds HRSA for taking an important first step in launching the Pilot. By piloting structured and transparent rebate models, HRSA is offering a practical solution that enables manufacturers to more effectively deduplicate discounts after 340B pricing has been applied. We look forward to contributing to the success of the Pilot and to supporting its expansion to all covered outpatient drugs and broader use for 340B Program compliance purposes.

As HRSA is aware, over the past year, J&J has sought to conduct statutorily authorized audits of various covered entities based on documented concerns regarding potential diversion and duplicate discounts. HRSA reviewed and approved these audit requests, along with their associated work plans, based on J&J's reasonable cause to investigate potential compliance violations. Nevertheless, our efforts to initiate audits and receive basic compliance-related information have encountered substantial resistance from covered entities—including legal challenges and other obstructive actions—that have impeded our ability to evaluate potential instances of duplicate discounts and diversion. This resistance persists even though participation in HRSA-approved manufacturer audits is a condition of covered entity eligibility under the 340B Program.[3] Our experience over the past year demonstrates that audits by themselves are not a reliable or effective mechanism for enforcing covered entity compliance with statutory prohibitions on diversion and duplicate discounts. J&J remains deeply concerned about ongoing compliance challenges and views

---

[1] 90 Fed. Reg. 38,165 (Aug. 7, 2025).
[2] We note that J&J's drug USKETINUMAB (unbranded STELARA) is a selected drug for IPAY 2026 and would also be included in the Pilot if J&J's rebate model plan is approved.
[3] 42 U.S.C. § 256b(a)(5)(C).

**Exhibit 2 0010**

**Johnson&Johnson**

Johnson & Johnson Health Care Systems Inc.
1000 US Highway 202 South
Raritan NJ 08869 United States

the Pilot as an important first step that could in the future help mitigate non-compliance and strengthen program integrity more broadly.

## Data Elements to Improve Implementation and Evaluation of the Pilot

Among other areas, HRSA requested stakeholder feedback regarding whether there are "any additional data or reporting elements that should be required to improve implementation and evaluation of the pilot."[4] Currently, the Guidance limits manufacturer data requests to a defined set of pharmacy claims data elements;[5] however, HRSA has clarified that a manufacturer may request to collect additional data as long as the manufacturer "provide[s] compelling supporting information on why the additional data elements are needed to implement the rebate model."[6] J&J believes that two additional data types are essential to verify rebate claims and significantly enhance the operational efficiency and overall effectiveness of the Pilot: (1) certain medical claims data, and (2) certain purchase data. We address each in turn below.

### *Medical Claims Data*

Although the IPAY 2026 selected drugs are dispensed in retail or outpatient pharmacy settings and reimbursed under the pharmacy benefit portion of a patient's insurance, thereby generating *pharmacy* claims data, certain selected drugs may also be administered by a provider in an outpatient setting and reimbursed under the medical benefit portion of a patient's insurance, and therefore produce *medical* claims data instead.[7] For example, approximately 15% of STELARA dispenses are provider-administered and reimbursed under the medical benefit, and XARELTO may be administered in an outpatient setting, such as in the emergency department or in connection with outpatient surgery. In these cases, covered entities seeking 340B rebates would have *medical* claims data on the drug rather than pharmacy claims data. Medical claims data is therefore necessary for J&J to process 340B rebates for its selected drugs reimbursed under the medical benefit. Without this information, covered entities would have no mechanism to submit claims for 340B rebates for such medications.

J&J therefore urges HRSA to expand the scope of data collection under the Pilot to include the medical claims data elements listed below for selected drugs that are also subject to reimbursement under the medical benefit. As with the pharmacy claims data elements, each recommended medical claims data element listed below reflects commercially standard information about the drug administration that is routinely collected and reported by covered entities, including to payors for reimbursement purposes. As noted below, most of these elements have direct corollaries to the pharmacy claims data elements that HRSA already has included in the Guidance. J&J requests other data elements—such as Claim Line Number and Unit of Measure—due to fundamental differences in how pharmacy and medical claims are structured and billed to insurers. For similar reasons, J&J's platform would not collect certain pharmacy claims elements for units billed under the medical benefit, such as Date Prescribed and Fill Number.

Additionally, to further reduce the administrative burden on covered entities, J&J's platform would allow covered entities flexibility to submit drug quantity based either on 11-digit National Drug Code ("NDC-11") or Healthcare Common Procedure Coding System ("HCPCS") Code units. This flexibility eliminates the need for covered entities to convert units billed using the HCPCS format to the corresponding

---

[4] 90 Fed. Reg. at 38,166.
[5] 90 Fed. Reg. at 38,167.
[6] HRSA, *340B Rebate Model Pilot Program: FAQs* (Aug. 2025), https://www.hrsa.gov/opa/340b-model-pilot-program.
[7] In its FAQs guidance, HRSA confirmed that "[t]he 340B rebate model pilot is applicable to all selected drugs under IPAY 2026 to the extent they are covered outpatient drugs, including physician- or clinic-administered drugs." *Id.*

**Exhibit 2 0011**

**Johnson&Johnson**

Johnson & Johnson Health Care Systems Inc.
1000 US Highway 202 South
Raritan NJ 08869 United States

NDC-11 quantity, streamlining the submission process and improving data accuracy. If covered entities wish to pursue this flexibility by submitting drug quantity based on HCPCS units, additional fields necessary to support a proper conversion are required, such as the HCPCS Code and Unit of Measure.

Finally, the platform would also collect as optional two additional data elements: Health Plan ID Qualifier and up to four HCPCS Modifier Codes. While not required for the Pilot, these data elements can help overcome inconsistencies and discrepancies in the submitted data by providing additional fields that can be matched to claims billed to various payers to identify potential duplicate discounts. In cases where discrepancies arise, having this information readily available can reduce delays and avoid the need for follow-up inquiries. As such, collecting these fields is strongly recommended to streamline rebate validation and enhance overall operational efficiency.

| Medical Claims Data Element | Required? | Corresponding Pharmacy Claims Data Element | Description |
|---|---|---|---|
| Date of Service | Y | Date of Service | Date the drug was administered to the patient. |
| Claim Number | Y | Rx Number | Unique identifier for a medical claim as assigned by the billing provider. |
| Claim Line Number | Y | | Unique identifier for an individual item billed on a medical claim. In the event that a claim includes multiple lines of drug transactions, providing Claim Line Number allows the platform to recognize distinct drug transactions. |
| NDC-11 | Y | NDC-11 | Identifier assigned to the drug administered on the medical claim. |
| Quantity | Y | Quantity Dispensed | Total quantity of drug billed on the medical claim. If an HCPCS Code is provided, the platform will interpret the Quantity field as the HCPCS Quantity and will require that a Unit of Measure be submitted to allow for an accurate conversion. This prevents the covered entity from being required to convert units billed using a HCPCS Quantity into the corresponding NDC-11 Quantity. |

**Exhibit 2 0012**

**Johnson&Johnson**

Johnson & Johnson Health Care Systems Inc.
1000 US Highway 202 South
Raritan NJ 08869 United States

| Medical Claims Data Element | Required? | Corresponding Pharmacy Claims Data Element | Description |
|---|---|---|---|
| Unit of Measure | Y | | The unit of measure of the Quantity submitted on the medical claim. If a HCPCS Code is provided, the platform will interpret the Quantity field as the HCPCS Quantity and will require that a Unit of Measure be submitted to allow for an accurate conversion. This prevents the covered entity from being required to convert units billed using a HCPCS Quantity into the corresponding NDC-11 Quantity. This element will also confirm the Quantity to be either HCPCS Quantity or NDC-11 Quantity in the event the covered entity enters HCPCS Quantity without entering the HCPCS Code. |
| Rendering Physician NPI | Y | Prescriber ID | The National Provider Identifier ("NPI") assigned to the provider who rendered the service on the claim. |
| Service Provider NPI | Y | Service Provider ID | NPI assigned to the pharmacy or facility that administered the drug. |
| 340B ID | Y | 340B ID | HRSA-assigned identifier of the 340B covered entity that purchased and billed for the drug. |
| Health Plan ID | Y | Rx BIN, Rx PCN | Unique identifier assigned to the health plan billed on the claim. |
| Health Plan Name | Y | Rx BIN, Rx PCN | Name of the health plan billed on the claim. |
| Health Plan ID Qualifier | Optional | Rx BIN, Rx PCN | Code that identifies the type of health plan billed on the claim. Although optional, this field helps resolve discrepancies by providing additional claim context, which may reduce delays and follow-up inquiries. It is therefore strongly recommended. |

**Exhibit 2 0013**

**Johnson&Johnson**

Johnson & Johnson Health Care Systems Inc.
1000 US Highway 202 South
Raritan NJ 08869 United States

| Medical Claims Data Element | Required? | Corresponding Pharmacy Claims Data Element | Description |
|---|---|---|---|
| HCPCS Code | Optional | | Identifier used for billing of the drug administered on the medical claim. To streamline data submission, the platform will provide covered entities the flexibility to enter either HCPCS or NDC-11 quantity in the Quantity field below. If a HCPCS Code is provided, the platform will interpret the Quantity field as a HCPCS Quantity and will require that a Unit of Measure be submitted to ensure an accurate conversion. This prevents the covered entity from being required to convert units billed using a HCPCS Quantity into the corresponding NDC-11 Quantity. |
| HCPCS Modifiers (up to 4) | Optional | | Codes that provide additional information about the claim often necessary for billing and reimbursement. Although optional, these fields help resolve discrepancies by providing additional claim context, which may reduce delays and follow-up inquiries. It is therefore strongly recommended. |

*Purchase Data*

Effective deduplication between the MFP and 340B price and accurate rebate processing also requires access to specific purchase data elements related to the covered entity's acquisition of selected drugs from wholesalers. J&J's platform would use these purchase data elements to verify that the covered entity is requesting a rebate for a unit the covered entity actually purchased at wholesale acquisition cost ("WAC").[8] These data elements also are essential for accurately calculating the rebate amount.

The platform would verify the submitted purchase data in part by linking the information to "867" product shipment transaction data exchanged between manufacturers and wholesalers. To minimize burden and protect covered entities' confidential information, J&J proposes to collect only the limited purchase data necessary to reliably identify the relevant wholesaler shipment transactions for each covered entity and accurately calculate rebates, as detailed below. This targeted matching approach eliminates the need for covered entities to disclose broader purchase details—such as actual acquisition costs—which may reflect confidential discounts negotiated with wholesalers. By focusing solely on purchase data required for

---

[8] *See* 90 Fed. Reg. at 38,165 ("A 'rebate' for purposes of this pilot program, means a reimbursement made from the manufacturer to the covered entity in the amount of the standard acquisition cost (i.e., wholesale acquisition cost) of a covered outpatient drug less the statutory 340B ceiling price as defined at section 340B(a)(1) of the Public Health Service Act (PHSA).").

Exhibit 2 0014

**Johnson&Johnson**

Johnson & Johnson Health Care Systems Inc.
1000 US Highway 202 South
Raritan NJ 08869 United States

manufacturer validation, the model preserves the integrity of rebate processing to ensure J&J satisfies its statutory obligation to offer the 340B ceiling price to the covered entity that dispensed or administered the medication, while reducing administrative complexity and safeguarding sensitive business information.

J&J typically receives 867 transaction data from its wholesaler partners, which describes product shipments from wholesalers to purchasers.[9] However, without additional information, this data set alone is often insufficient to allow J&J to determine how or if units purchased by a customer relate to medications eligible for rebates under the Pilot.[10] For example, 867 transaction data does not indicate whether a unit purchased at WAC is intended for use in the 340B program, nor do they consistently identify the customer to whom the product was shipped or billed. Moreover, while J&J contracts with wholesalers to receive certain 867 transaction data—such as name, identification number (i.e., DEA number, HIN, or 340B ID) and address—for both the ship-to and bill-to entities, major retail pharmacy chains that frequently serve as contract pharmacies often prohibit wholesalers from sharing these data elements or sharing 867 transaction data generally. Further, even when available, 867 transaction ship-to and bill-to information often does not obviously correlate to a specific covered entity and could, for example, describe a hospital system generally.[11] As a result, 867 data alone often prevents J&J from conclusively discerning which units are purchased on behalf of which covered entities for use in the 340B program. This gap in data makes it impossible to reliably associate medical or pharmacy claims data with 867 transaction data without additional data from covered entities confirming that the entity in fact purchased a given medication.

Access to purchase data serves several critical purposes. First, it allows verification that the covered entity itself purchased the units for which 340B rebates are claimed. This safeguard prevents scenarios in which a contract pharmacy or another entity purchases the drug, but the covered entity submits a rebate claim for those units. Such dispenses are not eligible for rebates under the Pilot—or the 340B Program more broadly.[12] By confirming the identity of the purchasing entity, the rebate platform can ensure that rebate claims are tied to legitimate acquisitions by the covered entity, thereby reinforcing the accuracy and integrity of the Pilot. This verification step is particularly important in complex organizational structures or arrangements where multiple entities may be involved in dispensing or billing, and where misalignment between purchase and claim data could result in improper rebate payments.

Second, access to purchase data allows manufacturers to confirm the price point at which a covered entity obtained a medication from J&J. This information is necessary to validate that the covered entity purchased the drug at WAC. To be clear, J&J is not requesting—nor could it access—any information on additional discounts that may have been independently available to the covered entity from the wholesaler on the transaction. This approach ensures rebate calculations are based on accurate pricing data, without intruding on confidential financial arrangements between covered entities and wholesalers or other entities.

Relatedly, purchase data is critical for confirming that rebate claims correspond to units acquired at a commercial price, rather than at the 340B price. Without visibility into this information, there is a risk that covered entities may submit rebate claims for units purchased at the 340B price prior to the Pilot's

---

[9] Because units eligible for the Pilot are available from J&J at WAC, wholesalers will not transmit chargeback data to J&J that identifies a 340B covered entity as the purchaser of a given medication.

[10] This information also is sometimes available to J&J only on a lagged basis, or as described in the discussion that follows, may be entirely blocked for certain transactions. In such cases, J&J would rely solely on purchase data submitted by a covered entity to process rebates within the required timeframe.

[11] For example, even if J&J can confirm that a unit was shipped to a specific contract pharmacy, the absence of reliable bill-to information prevents J&J from verifying whether the purchase was made on behalf of a covered entity—and if so, which one.

[12] *See* 42 U.S.C. § 256b(a)(1) (specifying that covered outpatient drugs under the 340B program must be "purchased by a covered entity").

**Exhibit 2 0015**

**Johnson&Johnson**

Johnson & Johnson Health Care Systems Inc.
1000 US Highway 202 South
Raritan NJ 08869 United States

January 1, 2026 effective date. This risk may be greater at the start of the Pilot. In such cases, the absence of purchase data could compromise the integrity of rebate submissions and undermine the Pilot's goal of evaluating the impact of a rebate model on the 340B program.

Each element described below reflects commercially reasonable, routine purchase information that is readily accessible to covered entities from wholesalers. In addition to standard accounts payable records and receipts associated with the purchase transaction, J&J understands many wholesalers offer online platforms that allow covered entities to download this data in bulk, which should make submission feasible without imposing undue administrative burden. Moreover, just as HRSA recognized that manufacturers may reasonably request claims data to validate 340B rebate eligibility under the Pilot, it is equally appropriate to request the minimal "standard information" necessary to confirm that rebates are tied to actual purchases made by covered entities at WAC.[13] The purchase data elements outlined below enable this validation while supporting the integrity and efficiency of the Pilot.

| Purchase Claims Data Element | Required? | Description |
|---|---|---|
| Invoice Number | Y | Wholesaler-assigned invoice number for the purchase order.<br><br>The platform uses Invoice Number to identify the relevant transaction to support verification that the purchase qualifies for a 340B rebate. Because invoice numbers are not necessarily unique across different wholesalers or transactions, the platform requires a combination of Invoice Number, Invoice Date, and NDC-11 to accurately match the covered entity's purchase data to J&J's corresponding 867 data describing the shipment transaction. This multi-field approach ensures reliable identification of WAC purchases while compensating for gaps in standard transaction data. |
| Invoice Date | Y | Date the drug purchase was invoiced to the covered entity.<br><br>The platform uses Invoice Date to identify the relevant transaction to support verification that the purchase qualifies for a 340B rebate. Because invoice numbers are not necessarily unique across different wholesalers or transactions, the platform requires a combination of Invoice Number, Invoice Date, and NDC-11 to accurately match the covered entity's purchase data to J&J's corresponding 867 data describing the shipment transaction. This multi-field approach ensures reliable identification of WAC purchases while compensating for gaps in standard transaction data.<br><br>In addition, the platform relies on the Invoice Date paired with the reported NDC-11 to determine the applicable WAC for the unit at the time of purchase, ensuring that the rebate amount is calculated based on the correct pricing in effect on the transaction date. |

---

[13] *See, e.g., Novartis Pharm. Corp. v. Johnson*, 102 F.4th 452, 463 (D.C. Cir. May 21, 2024); 59 Fed. Reg. 25,109, 25,112 (May 13, 1994).

**Exhibit 2 0016**

**Johnson&Johnson**

Johnson & Johnson Health Care Systems Inc.
1000 US Highway 202 South
Raritan NJ 08869 United States

| Purchase Claims Data Element | Required? | Description |
|---|---|---|
| NDC-11 | Y | Identifier of the drug purchased by the covered entity.<br><br>The platform uses NDC-11 to identify the relevant transaction to support verification that the purchase qualifies for a 340B rebate. Because invoice numbers are not necessarily unique across different wholesalers or transactions, the platform requires a combination of Invoice Number, Invoice Date, and NDC-11 to accurately match the covered entity's purchase data to J&J's corresponding 867 data describing the shipment transaction. This multi-field approach ensures reliable identification of WAC purchases while compensating for gaps in standard transaction data.<br><br>In addition, the platform relies on the NDC-11 paired with the reported Invoice Date to determine the applicable WAC for the unit at the time of purchase, ensuring that the rebate amount is calculated based on the correct pricing in effect on the transaction date. |
| Package Units | Y | Number of packages of the product ordered.<br><br>This data element is used to validate that the quantity of units for which 340B rebates are claimed matches (or does not exceed) the quantity of validated units purchased by the covered entity, thereby helping to ensure that 340B rebates are issued only for drugs purchased by the covered entity. Additionally, Package Units is used to calculate the total rebate amount owed, based on the number of validated units. |
| 340B ID | Y | HRSA-assigned identifier of the 340B covered entity that purchased the drug.<br><br>This data element is used to validate that the purchasing entity is a 340B covered entity registered as active in the HRSA Office of Pharmacy Affairs Information System ("OPAIS") database, ensuring that rebate claims are tied to eligible 340B covered entities. It also enables the platform to link purchase records with rebate claims submitted by the covered entity. This field does not exist in J&J's corresponding 867 data, making direct collection of the 340B ID essential for rebate processing. |
| Ship-To Pharmacy NPI | Y | The NPI of the pharmacy that received the physical shipment of the drug from the wholesaler.<br><br>This data element is used to validate that the pharmacy receiving the shipment is appropriately associated with the covered entity registered as active in OPAIS, ensuring that rebate claims are paid on 340B-eligible transactions. Because shipment data is frequently blocked in 867 transaction data or may not precisely match the relevant ship-to location, the data source cannot be reliably used on its own for |

**Exhibit 2 0017**

# Johnson&Johnson

Johnson & Johnson Health Care Systems Inc.
1000 US Highway 202 South
Raritan NJ 08869 United States

| Purchase Claims Data Element | Required? | Description |
|---|---|---|
| | | validation—making direct collection of the Ship-To Pharmacy NPI essential for rebate processing. |
| Wholesaler Name | Y | Name of the wholesaler that processed the invoice and shipped the purchased drug.<br><br>Where 867 transaction data is blocked entirely for a transaction, this data element allows J&J to identify the relevant wholesaler and work directly with that entity, when necessary, to identify the relevant transaction and validate the rebate claim, which may reduce follow-up inquiries with the covered entity. |
| Purchase Account Number | Optional | Wholesaler-assigned account number used to place the order.<br><br>This data element allows J&J effectively to resolve any discrepancies between information submitted by the covered entity and data received from the wholesaler. Purchase Account Number enables J&J to work directly with the wholesaler to identify the relevant transaction and validate the rebate claim. While not strictly required, this data point is strongly recommended to reduce the likelihood of follow-up inquiries and streamline the rebate validation process for covered entities. This data element is not provided in 867 transaction data. |

\*        \*        \*

  J&J appreciates HRSA's attention to the issues raised in this letter and welcomes further discussion to support successful implementation of the Pilot. Please do not hesitate to contact us with any questions or if additional information would be helpful.

Sincerely,



**Exhibit 2 0018**

| | |
|---|---|
| **From:** | HRSA HSB 340B Pricing |
| **To:** | HRSA HSB 340B Pricing |
| **Cc:** | Britton, Chantelle (HRSA); |
| **Subject:** | RE: Johnson & Johnson 340B Rebate Model Plan Submission (Pursuant to 90 FR 38165) |
| **Date:** | Wednesday, September 17, 2025 1:20:00 PM |
| **Attachments:** | image001.png |

OPA is confirming receipt and will be in touch soon.

Thank you.

**The Office of Pharmacy Affairs**
Health Resources and Services Administration
Email: 340bPricing@hrsa.gov

**From:**
**Sent:** Monday, September 15, 2025 5:10 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>;

**Subject:** [EXTERNAL] Johnson & Johnson 340B Rebate Model Plan Submission (Pursuant to 90 FR 38165)
**Importance:** High

To Whom it May Concern:

Janssen Pharmaceuticals, Inc. and Janssen Biotech, Inc. (collectively "J&J") are the Primary Manufacturers of all NDCs associated with XARELTO (Janssen Pharmaceuticals, Inc.) and STELARA and USTEKINUMAB (Unbranded STELARA) (Janssen Biotech, Inc.) included in the "Medicare Drug Price Negotiation Program" for Initial Price Applicability Year 2026. J&J hereby submits its plan to participate in the 340B Rebate Model Pilot Program with respect to these selected drugs pursuant to HRSA's August 7, 2025, Federal Register Notice (90 FR 38165).

J&J appreciates the opportunity to partner with the agency and 340B covered entities to implement a transparent and efficient rebate model. We are grateful for HRSA's engagement on rebate models to date, and we look forward to further engagement.

We understand that HRSA is continuing to evaluate certain aspects of 340B rebate models, including manufacturers' need for certain limited medical claims data and

**Exhibit 2 0019**

purchase data. We included our proposed data requirements in our attached plan, which we previously discussed with HRSA and explained in our public comments in response to the Notice. Our comments are re-attached as Appendix 2 for ease of reference.

We respectfully request the opportunity to meet with HRSA prior to the agency issuing an approval decision to discuss any aspect(s) of our plan about which HRSA might have concerns or questions. Our team is available for calls or technical walkthroughs, or to answer follow-up questions, as needed.

If you have any questions regarding this plan submission, please contact me directly.

*Attachments:*

- *J&J Rebate Model Pilot Plan Submission*
- *Appendix 1 – Beacon Functionality Overview*
- *Appendix 2 – J&J HRSA Rebate Model Pilot Guidance Comments 09.08.2025*

Regards,



CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

**Exhibit 2 0020**

| | |
|---|---|
| **From:** | ████████████ |
| **To:** | Pedley, Krista (HRSA) |
| **Cc:** | Zadecky, Julie (HRSA) |
| **Subject:** | [EXTERNAL] RE: Rebate Pilot |
| **Date:** | Friday, October 17, 2025 12:23:57 PM |

Thank you for this update. We greatly appreciate all that the HRSA staff is doing during this challenging time.

████

████████████████

████████████████████

**Johnson & Johnson**

████████████

Johnson & Johnson

████████████████████

███████████████████

████████████

█████████████

**From:** Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Sent:** Friday, October 17, 2025 12:12 PM
**To:** ████████████████████████████
**Cc:** Zadecky, Julie (HRSA) <JZadecky@hrsa.gov>
**Subject:** RE: Rebate Pilot

Hello,

HRSA is allowing a small number of staff to proceed with work to on the 340B Rebate Pilot Program, because it directly supports the protection of human life. We understand the October 15th deadline has since passed due to the shutdown, but we will now work expeditiously to respond to your rebate plan very soon. Thank you for your understanding and patience.

RDML Krista M. Pedley
U.S Department of Health and Human Servces
Health Resources and Services Administration

**From:** ████████████████████████████
**Sent:** Thursday, October 16, 2025 10:13 AM
**To:** Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Subject:** [EXTERNAL] Rebate Pilot

**Exhibit 2 0021**

Dear Rear Adm. Pedley – I am writing to follow-up on our application to the 340B Rebate Model Pilot Program.  The Program Notice indicated HRSA would notify manufacturers of approval by yesterday, October 15.  We have not received any notice of our application status.  We understand with the government shutdown, however, that OPA personnel and functions may be impacted.

Is there any update you can provide on potential timing for approvals?  We are sensitive to the 60-day time period required under the Notice to inform covered entities of instructions for registration with IT platforms as well as the 1/1/2026 effective date.  If approved for the Program, we would like to give covered entities as much notice and information as possible to ensure a smooth transition.

Thank you,

████



**Johnson & Johnson**

Johnson & Johnson

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

Exhibit 2 0022

| | |
|---|---|
| **From:** | HRSA HSB 340B Pricing |
| **To:** | HRSA HSB 340B Pricing |
| **Cc:** | Britton, Chantelle (HRSA);                                    Pedley, Krista (HRSA) |
| **Subject:** | Johnson & Johnson 340B Rebate Model Plan Revision Request |
| **Date:** | Tuesday, October 21, 2025 3:55:53 PM |
| **Attachments:** | image001.png |
| | J&J Rebate model pilot plan revision request 10.21.25.pdf |

Please review the attached letter.

Sincerely,

RDML Krista M. Pedley

U.S Department of Health and Human Services

Health Resources and Services Administration

---

**From:** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

**Sent:** Monday, September 15, 2025 5:10 PM

**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>

**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; ▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

**Subject:** [EXTERNAL] Johnson & Johnson 340B Rebate Model Plan Submission (Pursuant to 90 FR 38165)

**Importance:** High

To Whom it May Concern:

Janssen Pharmaceuticals, Inc. and Janssen Biotech, Inc. (collectively "J&J") are the Primary Manufacturers of all NDCs associated with XARELTO (Janssen Pharmaceuticals, Inc.) and STELARA and USTEKINUMAB (Unbranded STELARA) (Janssen Biotech, Inc.) included in the "Medicare Drug Price Negotiation Program" for Initial Price Applicability Year 2026. J&J hereby submits its plan to participate in the 340B Rebate Model Pilot Program with respect to these selected drugs pursuant to HRSA's August 7, 2025, Federal Register Notice (90 FR 38165).

J&J appreciates the opportunity to partner with the agency and 340B covered entities to implement a transparent and efficient rebate model. We are grateful for HRSA's engagement on rebate models to date, and we look forward to further engagement.

We understand that HRSA is continuing to evaluate certain aspects of 340B rebate models, including manufacturers' need for certain limited medical claims data and

**Exhibit 2 0023**

purchase data. We included our proposed data requirements in our attached plan, which we previously discussed with HRSA and explained in our public comments in response to the Notice. Our comments are re-attached as Appendix 2 for ease of reference.

We respectfully request the opportunity to meet with HRSA prior to the agency issuing an approval decision to discuss any aspect(s) of our plan about which HRSA might have concerns or questions. Our team is available for calls or technical walkthroughs, or to answer follow-up questions, as needed.

If you have any questions regarding this plan submission, please contact me directly.

*Attachments:*

- *J&J Rebate Model Pilot Plan Submission*
- *Appendix 1 – Beacon Functionality Overview*
- *Appendix 2 – J&J HRSA Rebate Model Pilot Guidance Comments 09.08.2025*

Regards,



CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

**Exhibit 2 0024**



**HRSA**
Health Resources & Services Administration

**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857



October 21, 2025

**BY EMAIL**

████████████████████

Johnson & Johnson Healthcare Systems Inc.

███████████████

Dear ███████████:

The Office of Pharmacy Affairs (OPA) has received and reviewed Janssen Pharmaceuticals, Inc. and Janssen Biotech, Inc.'s (J&J) plan for participation in the 340B Rebate Model Pilot Program and is requesting additional information. OPA recognizes that the stated October 15, 2025, date for approval of rebate plans has passed due to the lapse in Federal appropriations affecting certain agency operations, but OPA is now working expeditiously to review plans as soon as possible. In order to complete our evaluation of J&J's plan, OPA requests that J&J provide the following revisions and clarifications.

OPA has reviewed J&J's request to collect certain medical claims data that was in addition to the data fields identified in the August 7, 2025, *Federal Register Notice*. After review, OPA recognizes that some medical claims data is required to effectuate rebates for physician-administered drugs. Therefore, to the extent a claim qualifies as a pharmacy claim or medical claim, the updated table below reflects the allowable data fields J&J may collect on its IT platform from covered entities.

| Pharmacy Claims Data Fields | Medical Claims Data Fields |
| --- | --- |
| Date of Service | Date of Service |
| Date Prescribed | Claim Line Number |
| Rx number | Claim Number |
| Fill number | Unit of Measure |
| NDC-11 | NDC-11 |
| Quantity Dispensed | Quantity |
| Prescriber ID | Rendering Physician ID |
| Service Provider ID | Service Provider ID |
| 340B ID | 340B ID |
| RX BIN | Health Plan Name |
| RX PCN | Health Plan ID |

J&J has also requested the collection of purchase data. During the initial phase of the Rebate Pilot Program, OPA will not approve plans that require purchase data to be submitted with the claims data. It is OPA's understanding that manufacturers can use information provided by their wholesale partners to verify the appropriate number of WAC purchases in the 340B wholesale account for Rebate Pilot Program drugs, relative to the number of 340B rebates requested. OPA's expectation is that all Rebate

Pilot Program drugs will continue to be ordered through the 340B wholesale account to assist with manufacturers' visibility into 340B eligible purchases.

In addition, OPA requests the following revisions and clarifications of J&J's plan:

- Please provide a list of Xarelto and Stelara NDC that are included in the rebate model plan.
- Please provide a J&J point of contact and email address, for covered entities who have questions to be posted on the OPA website summary of J&J's plan, if approved.
- Please clarify if all purchases will occur at the same acquisition cost, such as WAC, or if covered entities' acquisition cost will vary by contract.
- Please clarify that the rebate will be calculated based on the WAC and 340B ceiling price as of the date of dispense.
- Please clarify if covered entities will be provided with an opportunity to resubmit data if denied for incomplete or missing data.
- Please clarify how wasted or undispensed units should be characterized during claims submission.
- Please clarify how rebate requests for cash or uninsured patients should be characterized during claims submission.
- Public comments submitted from the August 7, 2025, *Federal Register Notice*, identified the concern that the rebate model would cause difficulties with Medicaid billing at actual acquisition cost (AAC) and difficulties in providing sliding fees to uninsured patients. Currently, covered entities receive pricing files with 340B ceiling prices from wholesalers that feed the pharmacy billing systems, which allow covered entities to bill at AAC and allow for sliding fees that share savings with eligible patients. OPA requests that J&J work with its wholesale partners to provide a supplemental pricing file with the 340B ceiling prices for Xarelto and Stelara NDCs to assist covered entities with the Medicaid billing requirements and assist with providing patients with the shared savings.
- J&J's plan indicates that claims will be deemed eligible if the unit amount on the 340B claim does not exceed WAC purchases made during the 340B rebate pilot. It should be noted that covered entities operating under a virtual replenishment model are starting with a neutral inventory so they may not have WAC purchases made at the beginning of the pilot period for their initial purchase. J&J should consider this during the initial phase of the pilot period.

Please provide the requested information and confirm that J&J accepts the allowable data fields outlined in this letter and that J&J will ensure wholesalers provide a supplemental pricing file for covered entities' billing use, no later than **October 24, 2025**, to **340BPricing@hrsa.gov**. In recognition of the short response request, OPA can be available for a virtual meeting to discuss any questions you may have prior to the response deadline.

Sincerely,

*Krista M. Pedley*

Krista M. Pedley, Pharm D, MS
RDML, USPHS Assistant Surgeon General
Director, Office of Special Health Initiatives

| From: | ████████████ |
|---|---|
| To: | Pedley, Krista (HRSA); HRSA HSB 340B Pricing; Zadecky, Julie (HRSA); Britton, Chantelle (HRSA) |
| Cc: | ████████████████████ |
| Subject: | [EXTERNAL] RE: Johnson & Johnson 340B Rebate Model Plan Revision Request |
| Date: | Wednesday, October 22, 2025 5:27:26 PM |
| Attachments: | image001.png |

Dear Rear Adm. Pedley,

Thank you for taking the time tomorrow to meet with J&J, in advance of the meeting, here are a few questions/agenda items we have for discussion:

- **Data Elements**:
  - **J&J Questions**:
    - We acknowledge HRSA's position on the purchase data elements we included in our initial plan submission. Would HRSA be amenable to us requiring covered entities to submit just the WAC invoice number associated with each 340B-eligible dispense (perhaps with a grace period at the start of the Pilot Program to account for on-hand inventory)?
    - We acknowledge HRSA's position on permitted medical claims data elements. Would HRSA be amenable to us stating that covered entities may voluntarily submit the following additional medical claims data elements: health plan ID qualifier, HCPCS code, and up to 4 HCPCS modifiers?

- **HRSA Request #2**: Please provide a J&J point of contact and email address, for covered entities who have questions to be posted on the OPA website summary of J&J's plan, if approved.
  - **J&J Question**: Would HRSA allow us to use a shared email address (340B_JJHCS@its.jnj.com) monitored by J&J's 340B team as a point of contact for covered entities?

- **HRSA Request #8**: OPA requests that J&J work with its wholesale partners to provide a supplemental pricing file with the 340B ceiling prices for Xarelto and Stelara NDCs to assist covered entities with the Medicaid billing requirements and assist with providing patients with the shared savings.
  - **J&J Question**: Would HRSA be amenable to us committing in our plan to providing supplemental pricing files to covered entities as of the start of the Pilot Program while we continue to evaluate the most appropriate vendor(s) to efficiently provide this information?

**Exhibit 2 0027**

- We would also like to discuss our proposed approach for transitioning covered entity purchasing from up-front discounts/replenishment to post-acquisition rebates in December and January.

We look forward to the discussion tomorrow.

Regards,

███████████
███████████████████████
███████████████
[                    ]

---

**From:** Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Sent:** Wednesday, October 22, 2025 7:56 AM
**To:** ████████████████████████ HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; ████████████████████
████████████████████████████████ Zadecky, Julie (HRSA) <JZadecky@hrsa.gov>
**Subject:** RE: Johnson & Johnson 340B Rebate Model Plan Revision Request

Good morning

HRSA would be happy to meet; however it would either have to be this morning prior to 11 or tomorrow morning at 9 or between 10 – 12. Let us know your preference and we would welcome that you provide any questions in advance in order to adequately address your concerns as expeditiously as possible.

Thank you.

RDML Krista M. Pedley
U.S Department of Health and Human Servces
Health Resources and Services Administration

---

**From:** ████████████████████
**Sent:** Tuesday, October 21, 2025 6:04 PM
**To:** HRSA HSB 340B Pricing ; Pedley, Krista (HRSA)
**Cc:** Britton, Chantelle (HRSA) ; ████████████████████████████
████████████
**Subject:** [EXTERNAL] RE: Johnson & Johnson 340B Rebate Model Plan Revision Request

**Exhibit 2 0028**

Dear Rear Adm. Pedley,

Thank you so much for your response to our 340B Rebate Model Plan and continued partnership.

We would like to see if HRSA is open at any point to discuss some questions we have on Wednesday, 10/22 in the afternoon?

Please let us know your available times and we will send through an invite at earliest convenience.

Kind Regards,

██████████████

████████████████████████████████████████

█████████████████████

[   ]

---

**From:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Sent:** Tuesday, October 21, 2025 3:55 PM
**To:** ████████████████████████ HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; ████████████████ ████████████████████████████████████ ██████████████████ Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Subject:** Johnson & Johnson 340B Rebate Model Plan Revision Request

Please review the attached letter.

Sincerely,

RDML Krista M. Pedley
U.S Department of Health and Human Services
Health Resources and Services Administration

---

**From:** ████████████████████████████
**Sent:** Monday, September 15, 2025 5:10 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; ██████████████████

**Exhibit 2 0029**

██████████████████████████
████████████████

**Subject:** [EXTERNAL] Johnson & Johnson 340B Rebate Model Plan Submission (Pursuant to 90 FR 38165)
**Importance:** High

To Whom it May Concern:

Janssen Pharmaceuticals, Inc. and Janssen Biotech, Inc. (collectively "J&J") are the Primary Manufacturers of all NDCs associated with XARELTO (Janssen Pharmaceuticals, Inc.) and STELARA and USTEKINUMAB (Unbranded STELARA) (Janssen Biotech, Inc.) included in the "Medicare Drug Price Negotiation Program" for Initial Price Applicability Year 2026. J&J hereby submits its plan to participate in the 340B Rebate Model Pilot Program with respect to these selected drugs pursuant to HRSA's August 7, 2025, Federal Register Notice (90 FR 38165).

J&J appreciates the opportunity to partner with the agency and 340B covered entities to implement a transparent and efficient rebate model. We are grateful for HRSA's engagement on rebate models to date, and we look forward to further engagement.

We understand that HRSA is continuing to evaluate certain aspects of 340B rebate models, including manufacturers' need for certain limited medical claims data and purchase data. We included our proposed data requirements in our attached plan, which we previously discussed with HRSA and explained in our public comments in response to the Notice. Our comments are re-attached as Appendix 2 for ease of reference.

We respectfully request the opportunity to meet with HRSA prior to the agency issuing an approval decision to discuss any aspect(s) of our plan about which HRSA might have concerns or questions. Our team is available for calls or technical walkthroughs, or to answer follow-up questions, as needed.
If you have any questions regarding this plan submission, please contact me directly.

*Attachments:*
*- J&J Rebate Model Pilot Plan Submission*
*- Appendix 1 – Beacon Functionality Overview*
*- Appendix 2 – J&J HRSA Rebate Model Pilot Guidance Comments 09.08.2025*

Regards,

**Exhibit 2 0030**



CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

**Exhibit 2 0031**

| | |
|---|---|
| **From:** | ███████████ |
| **To:** | HRSA HSB 340B Pricing; Pedley, Krista (HRSA) |
| **Cc:** | Britton, Chantelle (HRSA); ██████████████████████ Zadecky, Julie (HRSA) |
| **Subject:** | [EXTERNAL] RE: Johnson & Johnson 340B Rebate Model Plan Revision Request |
| **Date:** | Thursday, October 23, 2025 7:38:55 PM |
| **Attachments:** | image001.png |
| | JJ REVISED HRSA 340B Rebate Model Plan Submission 10.23.2025.pdf |
| | Appendix 1 - Beacon Functionality Overview Revised 8.26.25.pdf |
| | Appendix 2 - J&J NDC-11 List.pdf |
| **Importance:** | High |

Dear Rear Admiral Pedley,

I write on behalf of Janssen Pharmaceuticals, Inc. and Janssen Biotech, Inc. (collectively "J&J") in response to HRSA's October 21, 2025, letter concerning J&J's 340B Rebate Model Pilot Program plan submission for Xarelto, Stelara, and Ustekinumab (unbranded Stelara).

J&J appreciates HRSA's review of our initial plan submission and for the opportunity to speak with you and the team on October 23. Attached is a revised plan submission incorporating the revisions described below.

J&J acknowledges and accepts the allowable pharmacy and medical benefit claim data fields specified in HRSA's October 21 letter. These fields have been incorporated into the revised plan. As discussed on October 23, we retained the three additional medical claims data fields (health plan ID qualifier, HCPCS code, and up to 4 HCPCS modifiers) as optional fields that covered entities may submit voluntarily, as this data may aid in validating rebate claims.

J&J acknowledges that HRSA is continuing to assess requiring covered entities to submit certain purchase data associated with rebate model claims. Recognizing that this is a pilot program, J&J proposes that it be permitted to encourage (but not require) covered entities to submit WAC purchase invoice numbers as optional fields, as described in the attached plan. We appreciate HRSA's openness to continued engagement on this issue as the pilot progresses.

Below, we identify where J&J addressed each of HRSA's requests in our revised plan submission.

- Please provide a list of Xarelto and Stelara NDC that are included in the rebate model plan.

  Added in Appendix 2.

- Please provide a J&J point of contact and email address, for covered entities who have questions to be posted on the OPA website summary of J&J's plan, if approved.

  Added in paragraph 18.

**Exhibit 2 0032**

- Please clarify if all purchases will occur at the same acquisition cost, such as WAC, or if covered entities' acquisition cost will vary by contract.

  Clarified in paragraph 3.

- Please clarify that the rebate will be calculated based on the WAC and 340B ceiling price as of the date of dispense.

  Clarified in paragraph 3.

- Please clarify if covered entities will be provided with an opportunity to resubmit data if denied for incomplete or missing data.

  Clarified in paragraph 13.

- Please clarify how wasted or undispensed units should be characterized during claims submission.

  Clarified in paragraph 15(b).

- Please clarify how rebate requests for cash or uninsured patients should be characterized during claims submission.

  Clarified in paragraph 15.

- Public comments submitted from the August 7, 2025, *Federal Register Notice*, identified the concern that the rebate model would cause difficulties with Medicaid billing at actual acquisition cost (AAC) and difficulties in providing sliding fees to uninsured patients. Currently, covered entities receive pricing files with 340B ceiling prices from wholesalers that feed the pharmacy billing systems, which allow covered entities to bill at AAC and allow for sliding fees that share savings with eligible patients. OPA requests that J&J work with its wholesale partners to provide a supplemental pricing file with the 340B ceiling prices for Xarelto and Stelara NDCs to assist covered entities with the Medicaid billing requirements and assist with providing patients with the shared savings.

  Added in paragraph 16.

- J&J's plan indicates that claims will be deemed eligible if the unit amount on the 340B claim does not exceed WAC purchases made during the 340B rebate pilot. It should be noted that covered entities operating under a virtual replenishment model are starting with a neutral inventory so they may not have WAC purchases made at the beginning of the pilot period for their initial purchase. J&J should consider this during the initial phase of the pilot period.

  Request to collect WAC purchase invoice numbers as an optional field included in paragraph 15(c).

**Exhibit 2 0033**

Thank you, again, for your efforts to implement this important pilot program. Please let us know if you have any questions or if you would like to discuss.

Kind regards,

█████████████████

**From:** HRSA HSB 340B Pricing 340BPricing@hrsa.gov
**Sent:** Tuesday, October 21, 2025 3:55 PM
**To:** ████████████████████ HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; ██████████████ █████████████████████████ Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Subject:** Johnson & Johnson 340B Rebate Model Plan Revision Request

Please review the attached letter.

Sincerely,

RDML Krista M. Pedley
U.S Department of Health and Human Services
Health Resources and Services Administration

**From:** █████████████████████
**Sent:** Monday, September 15, 2025 5:10 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; ███████████ ███████████████████████████
**Subject:** [EXTERNAL] Johnson & Johnson 340B Rebate Model Plan Submission (Pursuant to 90 FR 38165)
**Importance:** High

To Whom it May Concern:

Janssen Pharmaceuticals, Inc. and Janssen Biotech, Inc. (collectively "J&J") are the Primary Manufacturers of all NDCs associated with XARELTO (Janssen Pharmaceuticals, Inc.) and STELARA and USTEKINUMAB (Unbranded STELARA) (Janssen Biotech, Inc.) included in the "Medicare Drug Price Negotiation Program" for Initial Price Applicability

**Exhibit 2 0034**

Year 2026. J&J hereby submits its plan to participate in the 340B Rebate Model Pilot Program with respect to these selected drugs pursuant to HRSA's August 7, 2025, Federal Register Notice (90 FR 38165).

J&J appreciates the opportunity to partner with the agency and 340B covered entities to implement a transparent and efficient rebate model. We are grateful for HRSA's engagement on rebate models to date, and we look forward to further engagement.

We understand that HRSA is continuing to evaluate certain aspects of 340B rebate models, including manufacturers' need for certain limited medical claims data and purchase data. We included our proposed data requirements in our attached plan, which we previously discussed with HRSA and explained in our public comments in response to the Notice. Our comments are re-attached as Appendix 2 for ease of reference.

We respectfully request the opportunity to meet with HRSA prior to the agency issuing an approval decision to discuss any aspect(s) of our plan about which HRSA might have concerns or questions. Our team is available for calls or technical walkthroughs, or to answer follow-up questions, as needed.

If you have any questions regarding this plan submission, please contact me directly.

*Attachments:*
- *J&J Rebate Model Pilot Plan Submission*
- *Appendix 1 – Beacon Functionality Overview*
- *Appendix 2 – J&J HRSA Rebate Model Pilot Guidance Comments 09.08.2025*

Regards,

███████████████████

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

**Exhibit 2 0035**

**Johnson&Johnson**

Johnson & Johnson Health Care Systems Inc.
1000 US Highway 202 South
Raritan NJ 08869 United States

*Revised October 23, 2025*

### I.   Overview

This proposal includes the provision of the 340B price as a unit-based rebate for all of J&J's 340B-eligible covered outpatient drugs included in the "Medicare Drug Price Negotiation Program" (MDPNP) for initial price applicability year 2026 - specifically, XARELTO, STELARA, and USTEKINUMAB (unbranded STELARA) (collectively, J&J Selected Drugs) dispensed or administered by all 340B covered entity (CE) types and their eligible pharmacies, regardless of payer, with the rebate effectuated by Beacon.

### II.   General Requirements

J&J's proposal aligns with the criteria in HRSA's 340B Rebate Model Pilot Program Notice (90 FR 38165) (Notice) as described below.

1. J&J will provide CEs no-cost access to Beacon, a CE user platform operated by Second Sight Solutions (SSS) through which CEs will submit rebate claim information and access rebate claim detail and reconciliation reporting. CEs will also receive related training, technical assistance, customer service, and educational resources at no cost. Consistent with historical and current practice, CEs and manufacturers will otherwise continue to bear their own costs of participating in the 340B Program.
2. J&J's proposed implementation date is January 1, 2026. Upon HRSA's approval of this plan, J&J will provide at least 60 days' public notice to CEs and other stakeholders before implementation. Such notice will include instructions for CE registration in Beacon.
3. Effective January 1, 2026, CEs will be required to order all J&J Selected Drugs under their existing wholesaler 340B accounts at wholesale acquisition cost (WAC). J&J will work with wholesalers to ensure that, as of January 1, 2026, CEs can purchase these drugs at WAC using these accounts.
4. Entities may engage in good faith regarding questions about rebate submissions through Beacon's customer support team. CEs will also be provided a J&J point of contact for escalations or general policy inquiries, as needed. This process and points of contact will be provided to CEs within J&J's public notice.
5. J&J will utilize Beacon to collect only the data elements HRSA has authorized, confirm rebate eligibility, and make rebate payments to CEs. Information regarding Beacon's data security protocols is included in Appendix 1.
6. Information regarding Beacon's compliance with applicable privacy and data security laws, including HIPAA and technical specifications explaining how data submissions are filtered and de-identified, is included in Appendix 1.

### III.   Reporting Requirements

7. CEs may submit data for 340B rebates up to 45 calendar days from date of dispense or administration. CEs should make diligent efforts to submit 340B rebate claims within this timeframe,

PROPRIETARY & CONFIDENTIAL – EXEMPT FROM DISCLOSURE UNDER FOIA EXEMPTION 4
SUMMARY OF APPROVED PLAN TO BE PUBLICLY AVAILABLE

**Exhibit 2 0036**

**Johnson&Johnson**

Johnson & Johnson Health Care Systems Inc.
1000 US Highway 202 South
Raritan NJ 08869 United States

however J&J will work in good faith with CEs and will consider allowances for bona fide extenuating circumstances.

8. Beacon will only receive and process the data required to effectuate 340B rebates on J&J's Selected Drugs. Data that is outside the scope of J&J's rebate model will not be accepted by Beacon.

9. Beacon will provide real-time reconciliation reports for CEs to be informed of the rebate status of submitted claims.

10. J&J agrees to provide HRSA with periodic reports consistent with the information outlined in the Notice, in a format and manner specified by HRSA. We propose regularly scheduled meetings with HRSA to discuss progress and learnings from the Pilot.

## IV.    Rebates

11. Rebate payments will be made at the unit level. During the Pilot period, J&J will calculate the rebate based on the WAC and 340B ceiling price as of the date of dispense reflected on the 340B rebate claim.

12. Rebates on validated 340B rebate claims will be paid to the CE (or denied with supporting documentation) within 10 calendar days of complete data submission. Payment details (and documentation supporting a denial) will be available to CEs within Beacon to allow CEs to verify and reconcile rebate payments.

13. 340B rebate claims will not be denied based on compliance concerns with diversion or Medicaid duplicate discounts, and J&J will provide rationale and specific documentation for claims that are denied (e.g., ineligible pharmacy, 340B rebate already provided to the same or another CE on the same claim, data not provided in support of claim). If a 340B rebate claim is denied for incomplete or missing data, a CE may resubmit a complete and accurate claim submission for the 340B rebate.

14. 340B rebates will be paid only on sales of J&J's drugs selected under the MDPNP, regardless of payer, in accordance with this plan and J&J's policy.

## V.    Data

15. J&J will utilize Beacon to collect the data required for this Pilot including pharmacy claims, and medical benefit claims, as outlined below. For rebate claims for cash-pay or uninsured patients, CEs will be directed to enter "CASH" in the data fields that reference plan information (i.e., Rx BIN and Rx PCN for pharmacy claims; Health Plan ID and Health Plan Name for medical claims).

   a) **Pharmacy Claims Data**: For J&J's Selected Drugs dispensed through a pharmacy and generating pharmacy claims data, CEs will be required to submit the pharmacy claim fields specified in the Notice.

      1. Date of Service
      2. Date Prescribed
      3. Rx number
      4. Fill number
      5. 11-Digit National Drug Code (NDC)
      6. Quantity Dispensed

2 of 4

PROPRIETARY & CONFIDENTIAL – EXEMPT FROM DISCLOSURE UNDER FOIA EXEMPTION 4
SUMMARY OF APPROVED PLAN TO BE PUBLICLY AVAILABLE

**Exhibit 2 0037**

**Johnson&Johnson**

Johnson & Johnson Health Care Systems Inc.
1000 US Highway 202 South
Raritan NJ 08869 United States

    7. Prescriber ID
    8. Service Provider ID
    9. 340B ID
    10. Rx BIN
    11. Rx PCN

b) **Medical Claims Data**: For J&J's Selected Drugs administered in an outpatient setting by a health care provider, J&J will require CEs to submit the below medical claims fields, consistent with the pharmacy claims data fields in the Notice.  For wasted or undispensed units of a physician administered J&J Selected Drug (STELARA, USTEKINUMAB), CEs will be directed to submit a separate 340B rebate claim with medical benefit claim data (which includes the option to submit a modifier for discarded drug units).  These wasted or undispensed unit claims will be identified as unique in Beacon, and 340B rebates will be paid on these validated claims.

    1. Date of Service
    2. Claim Number
    3. Claim Line Number
    4. 11-Digit National Drug Code (NDC)
    5. Quantity
    6. Unit of Measure
    7. Rendering Physician NPI
    8. Service Provider NPI -Billing Provider NPI would also be accepted if the Service Provider NPI field is blank
    9. 340B ID
    10. Health Plan ID
    11. Health Plan Name
    12. Health Plan ID Qualifier (optional)
    13. HCPCS Code (optional)
    14. HCPCS Modifiers (Up to 4) (optional)

c) **Purchase Invoice Number (optional)**: J&J proposes that it be permitted to encourage (but not require) CEs to submit WAC purchase invoice numbers to Beacon to facilitate effective oversight of CE purchasing of J&J Selected Drugs under the Pilot. In the absence of required reporting of purchase information, J&J will work to assess purchase trends using available information and will update HRSA on our observations as the Pilot progresses.

16. J&J will work to ensure CEs receive supplemental pricing files with wholesale and 340B ceiling prices as of the start of the Pilot. We continue to evaluate the most appropriate vendor(s) to efficiently provide this information. J&J will be cognizant of CEs' existing processes for receiving these files as we evaluate options.

PROPRIETARY & CONFIDENTIAL – EXEMPT FROM DISCLOSURE UNDER FOIA EXEMPTION 4
SUMMARY OF APPROVED PLAN TO BE PUBLICLY AVAILABLE

**Exhibit 2 0038**

**Johnson&Johnson**

Johnson & Johnson Health Care Systems Inc.
1000 US Highway 202 South
Raritan NJ 08869 United States

## VI.    Additional Information

17. In its public rebate model notice to CEs and stakeholders, J&J will advise CEs to take appropriate steps to place replenishment orders in advance of January 1, 2026. J&J recognizes that CEs may not be able to fully replenish their 340B accumulations prior to this date. Accordingly, in our public notice, J&J will advise CEs of a temporary 45-day period to submit 340B rebates with dates of service occurring on or after November 14, 2025 (lookback period). CEs must submit any lookback period claims to Beacon in accordance with J&J's rebate model policy by February 15, 2026.

18. CEs may contact J&J by email at 340B_JJHCS@its.jnj.com.

19. The NDCs for J&J's Selected Drugs are listed in Appendix 2 – J&J Selected Drug NDCs to be included in the 340B Rebate Model Pilot Program.

*        *        *

We appreciate the opportunity that J&J had to meet with HRSA to discuss aspects of this plan.  We respectfully request to meet again with HRSA if there are any concerns or questions regarding the revisions to this plan submission.

PROPRIETARY & CONFIDENTIAL – EXEMPT FROM DISCLOSURE UNDER FOIA EXEMPTION 4
SUMMARY OF APPROVED PLAN TO BE PUBLICLY AVAILABLE

**Exhibit 2 0039**

**Appendix 1 - Beacon Functionality**

**Beacon Overview**

Beacon is a web-based technology platform that supports the effectuation of a 340B rebate model. Beacon is used to collect 340B claims and purchase data from 340B covered entities, validate eligibility of submitted data, facilitate payment of 340B rebates to 340B covered entities, and provide real-time access to 340B rebate status to 340B covered entities and pharmaceutical manufacturers. Beacon is also utilized to provide reporting to HRSA. The information provided in this document is applicable to any pharmaceutical manufacturer that selects Beacon for its 340B rebate model effectuation.

**Registration**

340B covered entities that elect to submit 340B claims and WAC purchase data must first register with Beacon by navigating to www.beaconchannelmanagement.com and completing the registration process. Registration with and use of Beacon by 340B covered entities is free of charge. Use of Beacon is governed by the Terms of Use and Privacy Policy which are available at www.beaconchannelmanagement.com. To comply with federal law and financial institution requirements, Second Sight requires that new users complete a Know Your Business (KYB) verification process which includes the submission of certain legal documents such as Articles of Incorporation and IRS letter CP 575. Once a new account has been verified, additional users may be given access to the Beacon account by the initial registrant.

Users must also submit bank account information for ACH payments which is verified according to financial institution requirements. Verification includes the submission of a bank letter and performance of a standard penny test.

**Data Submission**

340B covered entities can submit data online through Beacon or via a direct data submission process with participating third-party administrators (TPAs). Data submissions are proactively limited to only those data elements that have been approved by HRSA and 340B covered entities cannot inadvertently submit additional data elements that fall outside the scope of the 340B rebate model pilot. Regardless of whether data is submitted online or through a TPA, the same filtering, security and privacy protocols apply.

**Exhibit 2 0040**

## Data Filtering

Beacon collects data for only those NDCs for which a 340B rebate model pilot has been approved.  For online data submissions, client-side JavaScript functions exclude from data submissions any records that include an NDC that has not been approved for a 340B rebate model pilot by HRSA.  Client-side JavaScript functions ensure that the data is filtered prior to submission to Beacon and server-side validations ensure that Beacon is never in possession of the ineligible data.  For direct data submissions by a TPA, the filtering process is executed by the TPA utilizing similar client-side technology provided by Second Sight, again ensuring that data filtering occurs prior to submission to Beacon.

## Data Security

Beacon is hosted on Microsoft Azure, a premier cloud computing platform known for its reliability, scalability, and security. Beacon is distributed across multiple Azure Availability Zones, each a unique physical location comprising of one or more data centers within an Azure region. By distributing applications across multiple Availability Zones, Beacon can achieve high availability and fault tolerance for its service.

At the core of the Beacon platform is a strong commitment to data security. Second Sight builds and maintains the Beacon systems in alignment with industry-recognized frameworks such as the National Institute of Standards and Technology Cybersecurity Framework (NIST CSF) and Open Web Application Security Project (OWASP) best practices. Security is embedded throughout the software development lifecycle—from design and code reviews to deployment and monitoring. Second Sight follows secure coding standards and perform regular threat modeling, vulnerability scanning, and automated testing to ensure a robust security posture.

All data in Beacon is encrypted at rest and in transit using industry-standard protocols supporting the use of Transport Layer Security (TLS) 1.2+ or higher. Beacon services enforce mandatory Multi-factor authentication (MFA) to ensure a high level of security for end-users, providing email, sms, and application-based authentication methods.

Second Sight engages established third-party risk and cybersecurity firms to perform annual internal, external, and web application penetration tests, along with comprehensive security assessments across all platforms and infrastructure.

In addition, Beacon has achieved SOC 1 and SOC 2 certification, demonstrating compliance with rigorous standards for security, availability and confidentiality.

**Exhibit 2 0041**

<u>Data Privacy</u>

Beacon is designed to operate without the use of any protected health information (PHI) as defined by the Health Information Portability and Accountability Act (HIPAA). Second Sight has received an expert determination from Dr. Brad Malin that the data collected through Beacon meets the definition of a De-Identified Dataset under HIPAA. A copy of this expert determination is available upon request. As described in Dr. Malin's expert determination, the de-identification process occurs prior to the submission of data to Beacon. Furthermore, Second Sight does not reidentify this data and personnel with access to identifiable data do not also have access to de-identified data. De-identified datasets can be linked to other de-identified datasets but, as discussed in Dr. Malin's expert determination, this does not constitute a reidentification of data and no PHI is exposed through this linking process. Second Sight has utilized this deidentification process with 340B claims data submitted through 340B ESP since 2020 and has successfully ensured that no HIPAA violations have occurred.

Beacon also collects personally identifiable information (PII) including user's names and email addresses. This information is stored securely, and Second Sight complies with all applicable privacy laws. Additional information on how we collect, maintain and use PII is available in our Privacy Policy.

**Rebate Payments and Reconciliation Data**

Following the successful validation of 340B claim submissions according to the eligibility criteria approved by HRSA, Beacon initiates the rebate payment process. Rebates are priced based on the purchase date of the associated WAC purchase. Rebate payments are transmitted to the 340B covered entity via an ACH payment within the time period approved by HRSA. The transaction ID of the rebate payment is appended to the 340B rebate record maintained in Beacon giving the 340B covered entity real-time access to reconciliation data in Beacon. Rebates that are determined to be ineligible are accessible in Beacon by the 340B covered entity and include detail on the eligibility determination.

In addition to accessing information online in Beacon, 340B covered entities can also download 340B rebate data for inclusion in their proprietary systems. Because 340B claims are de-identified prior to submission to the Beacon platform, a unique ID is appended to the data submission and made available to 340B covered entities immediately following the initial 340B claims submission. This unique ID allows 340B covered entities to link de-identified data maintained in Beacon with the identifiable data maintained in 340B covered entities' proprietary systems for reconciliation purposes.

**Exhibit 2 0042**

Finally, Second Sight has communicated its willingness and has already begun to integrate directly with TPAs to simplify the reconciliation process. Second Sight will not charge TPAs for this integration service though 340B covered entities will have to approve any integrations with TPAs for their specific data.

**Beacon Customer Support**

Beacon's customer support team is trained to engage with 340B covered entities and address questions or concerns arising from their use of Beacon for 340B rebate payments. Support topics may range from technical (How do I use Beacon?) to policy (Why was my 340B rebate determined to be ineligible?) to financial (Was my 340B rebate payment made?) in nature. Customer support is provided proactively through online resources, pre-recorded training webinars and live training sessions as well as reactively through responses to inbound calls, emails or chats. Certain questions may be escalated to a pharmaceutical manufacturer depending on the applicable policy.

Second Sight is committed to responding to 340B covered entity inquiries within 24 hours of receipt and the Beacon customer support team will work to resolve inquiries as quickly as possible. Data on 340B covered entity inquiries is analyzed to identify themes and trends and may result in process or technology updates intended to address common questions raised by 340B covered entities.

**Acronyms**

1. ACH - Automated Clearinghouse
2. GPO – Group Purchasing Organization
3. HCPCS – Healthcare Common Procedure Coding System
4. HRSA – Health Resources and Services Administration
5. MDPNP – Medicare Drug Pricing Negotiation Program
6. MFP- Maximum Fair Price
7. NCPDP – National Council of Prescription Drug Programs
8. NDC – National Drug Code
9. NPI – National Provider Identifier
10. WAC – Wholesaler Acquisition Cost

**Exhibit 2 0043**

Appendix 2: J&J Selected Drug NDCs to be included in the 340B Rebate Model Pilot Program

| NDC-11 | Product Name | Product Description |
|---|---|---|
| 50458-0575-01 | XARELTO® | Xarelto oral suspension, 1 mg/mL |
| 50458-0577-10 | XARELTO® | Xarelto 2.5mg |
| 50458-0577-18 | XARELTO® | Xarelto 2.5mg |
| 50458-0577-60 | XARELTO® | Xarelto 2.5mg |
| 50458-0578-10 | XARELTO® | Xarelto 15mg |
| 50458-0578-30 | XARELTO® | Xarelto 15mg |
| 50458-0578-90 | XARELTO® | Xarelto 15mg |
| 50458-0579-10 | XARELTO® | Xarelto 20mg |
| 50458-0579-30 | XARELTO® | Xarelto 20mg |
| 50458-0579-89 | XARELTO® | Xarelto 20mg |
| 50458-0579-90 | XARELTO® | Xarelto 20mg |
| 50458-0580-10 | XARELTO® | Xarelto 10mg |
| 50458-0580-30 | XARELTO® | Xarelto 10mg |
| 50458-0580-90 | XARELTO® for Oral Suspension | Xarelto 10mg |
| 50458-0584-51 | XARELTO Starter Pack™ | Xarelto starter pack, 15mg/20mg |

| NDC-11 | Product Name | Product Description |
|---|---|---|
| 57894-0054-27 | STELARA® (ustekinumab) IV | Stelara 130mg, 1 single vial |
| 57894-0060-02 | STELARA® (ustekinumab) vial | Stelara 45mg, 1 single vial |
| 57894-0060-03 | STELARA® (ustekinumab) prefilled syringe | Stelara 45mg/0.5ml, 1 single syringe |
| 57894-0061-03 | STELARA® (ustekinumab) prefilled syringe | Stelara 90mg/1.0 ml, 1 single syringe |
| 57894-0440-01 | USTEKINUMAB | Ustekinumab 45mg/ml, 1 single syringe |
| 57894-0441-01 | USTEKINUMAB | Ustekinumab 90mg/ml, 1 single syringe |
| 57894-0440-03 | USTEKINUMAB | Ustekinumab 45mg/0.5ml, 1 single vial |
| 57894-0444-01 | USTEKINUMAB | Ustekinumab 130mg/26mL (5mg/mL), 1 single vial |

**Exhibit 2 0044**

| | |
|---|---|
| **From:** | HRSA HSB 340B Pricing |
| **To:** | HRSA HSB 340B Pricing; Pedley, Krista (HRSA) |
| **Cc:** | Britton, Chantelle (HRSA); ███████████████████ Zadecky, Julie (HRSA) |
| **Subject:** | RE: Johnson & Johnson 340B Rebate Model Plan Revision Request |
| **Date:** | Friday, October 24, 2025 9:43:11 AM |
| **Attachments:** | image001.png |

Good morning ███,

OPA is confirming receipt of the revised plan.  OPA continues to review the revision, but on first glance,  there are two quick points of clarification.

1. In paragraph 13, please describe what is meant as an ineligible pharmacy.
2. For Appendix 2, NDCs 57894-0440-01, 57894-0441-01, 57894-0440-03, and 57984-0444-01 (USTEKINUMAB) are not included on CMS's selected drug list for IPAY 2026. Can you provide documentation that these NDCs are included in IPAY 2026, consistent with the requirements in the August 7, 2025, *Federal Register Notice*.

Please provide responses to these two points so that OPA will continue its review of J&J's revised plan.

Thank you.

Julie Zadecky, Pharm D
Pharmacist, Office of Pharmacy Affairs (OPA)
Health Resources and Services Administration (HRSA)
Department of Health and Human Services (HHS)

---

**From:** ████████████████████████
**Sent:** Thursday, October 23, 2025 7:38 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>; Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; █████████████████████
████████████████████████████████████████
Zadecky, Julie (HRSA) <JZadecky@hrsa.gov>
**Subject:** [EXTERNAL] RE: Johnson & Johnson 340B Rebate Model Plan Revision Request
**Importance:** High

Dear Rear Admiral Pedley,

I write on behalf of Janssen Pharmaceuticals, Inc. and Janssen Biotech, Inc. (collectively "J&J") in response to HRSA's October 21, 2025, letter concerning J&J's 340B Rebate Model Pilot Program plan submission for Xarelto, Stelara, and Ustekinumab (unbranded Stelara).

J&J appreciates HRSA's review of our initial plan submission and for the opportunity to speak with you and the team on October 23. Attached is a revised plan submission incorporating the revisions described below.

**Exhibit 2 0045**

J&J acknowledges and accepts the allowable pharmacy and medical benefit claim data fields specified in HRSA's October 21 letter. These fields have been incorporated into the revised plan. As discussed on October 23, we retained the three additional medical claims data fields (health plan ID qualifier, HCPCS code, and up to 4 HCPCS modifiers) as optional fields that covered entities may submit voluntarily, as this data may aid in validating rebate claims.

J&J acknowledges that HRSA is continuing to assess requiring covered entities to submit certain purchase data associated with rebate model claims. Recognizing that this is a pilot program, J&J proposes that it be permitted to encourage (but not require) covered entities to submit WAC purchase invoice numbers as optional fields, as described in the attached plan. We appreciate HRSA's openness to continued engagement on this issue as the pilot progresses.

Below, we identify where J&J addressed each of HRSA's requests in our revised plan submission.

- Please provide a list of Xarelto and Stelara NDC that are included in the rebate model plan.
  Added in Appendix 2.

- Please provide a J&J point of contact and email address, for covered entities who have questions to be posted on the OPA website summary of J&J's plan, if approved.
  Added in paragraph 18.

- Please clarify if all purchases will occur at the same acquisition cost, such as WAC, or if covered entities' acquisition cost will vary by contract.
  Clarified in paragraph 3.

- Please clarify that the rebate will be calculated based on the WAC and 340B ceiling price as of the date of dispense.
  Clarified in paragraph 3.

- Please clarify if covered entities will be provided with an opportunity to resubmit data if denied for incomplete or missing data.
  Clarified in paragraph 13.

- Please clarify how wasted or undispensed units should be characterized during claims submission.
  Clarified in paragraph 15(b).

- Please clarify how rebate requests for cash or uninsured patients should be

**Exhibit 2 0046**

characterized during claims submission.

*Clarified in paragraph 15.*

- Public comments submitted from the August 7, 2025, *Federal Register Notice*, identified the concern that the rebate model would cause difficulties with Medicaid billing at actual acquisition cost (AAC) and difficulties in providing sliding fees to uninsured patients. Currently, covered entities receive pricing files with 340B ceiling prices from wholesalers that feed the pharmacy billing systems, which allow covered entities to bill at AAC and allow for sliding fees that share savings with eligible patients. OPA requests that J&J work with its wholesale partners to provide a supplemental pricing file with the 340B ceiling prices for Xarelto and Stelara NDCs to assist covered entities with the Medicaid billing requirements and assist with providing patients with the shared savings.

*Added in paragraph 16.*

- J&J's plan indicates that claims will be deemed eligible if the unit amount on the 340B claim does not exceed WAC purchases made during the 340B rebate pilot. It should be noted that covered entities operating under a virtual replenishment model are starting with a neutral inventory so they may not have WAC purchases made at the beginning of the pilot period for their initial purchase. J&J should consider this during the initial phase of the pilot period.

*Request to collect WAC purchase invoice numbers as an optional field included in paragraph 15(c).*

Thank you, again, for your efforts to implement this important pilot program. Please let us know if you have any questions or if you would like to discuss.

Kind regards,

███████████████████████
████████████████████████████████
█████████████

---

**From:** HRSA HSB 340B Pricing 340BPricing@hrsa.gov
**Sent:** Tuesday, October 21, 2025 3:55 PM
**To:** ████████████████████████; HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; ███████████████████
████████████████████████████████████████ Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Subject:** Johnson & Johnson 340B Rebate Model Plan Revision Request

Please review the attached letter.

**Exhibit 2 0047**

Sincerely,

RDML Krista M. Pedley
U.S Department of Health and Human Services
Health Resources and Services Administration

---

**From:** ████████████████████████
**Sent:** Monday, September 15, 2025 5:10 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; ████████████████████
████████████████████████████████████
**Subject:** [EXTERNAL] Johnson & Johnson 340B Rebate Model Plan Submission (Pursuant to 90 FR 38165)
**Importance:** High

To Whom it May Concern:

Janssen Pharmaceuticals, Inc. and Janssen Biotech, Inc. (collectively "J&J") are the Primary Manufacturers of all NDCs associated with XARELTO (Janssen Pharmaceuticals, Inc.) and STELARA and USTEKINUMAB (Unbranded STELARA) (Janssen Biotech, Inc.) included in the "Medicare Drug Price Negotiation Program" for Initial Price Applicability Year 2026. J&J hereby submits its plan to participate in the 340B Rebate Model Pilot Program with respect to these selected drugs pursuant to HRSA's August 7, 2025, Federal Register Notice (90 FR 38165).

J&J appreciates the opportunity to partner with the agency and 340B covered entities to implement a transparent and efficient rebate model. We are grateful for HRSA's engagement on rebate models to date, and we look forward to further engagement.

We understand that HRSA is continuing to evaluate certain aspects of 340B rebate models, including manufacturers' need for certain limited medical claims data and purchase data. We included our proposed data requirements in our attached plan, which we previously discussed with HRSA and explained in our public comments in response to the Notice. Our comments are re-attached as Appendix 2 for ease of reference.

We respectfully request the opportunity to meet with HRSA prior to the agency issuing

**Exhibit 2 0048**

an approval decision to discuss any aspect(s) of our plan about which HRSA might have concerns or questions. Our team is available for calls or technical walkthroughs, or to answer follow-up questions, as needed.

If you have any questions regarding this plan submission, please contact me directly.

*Attachments:*

- *J&J Rebate Model Pilot Plan Submission*
- *Appendix 1 – Beacon Functionality Overview*
- *Appendix 2 – J&J HRSA Rebate Model Pilot Guidance Comments 09.08.2025*

Regards,



CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

**Exhibit 2 0049**

| From: | ████████ |
|---|---|
| To: | HRSA HSB 340B Pricing; Pedley, Krista (HRSA); Zadecky, Julie (HRSA) |
| Cc: | Britton, Chantelle (HRSA); ████████ |
| Subject: | [EXTERNAL] RE: Johnson & Johnson 340B Rebate Model Plan Revision Request |
| Date: | Friday, October 24, 2025 3:24:17 PM |
| Attachments: | image001.png<br>FW_ CMS Communication on MFP for new Stelara NDCs(1).pdf |
| Importance: | High |

**PROPRIETARY & CONFIDENTIAL**
**EXEMPT FROM DISCLOSURE UNDER FOIA EXEMPTION 4**

Dear Julie,

J&J's responses to your questions follow below:

## Ineligible Pharmacy

Paragraph 13 of J&J's initial 340B rebate model pilot program plan indicated that J&J would provide a rationale and specific documentation for 340B rebate claims that are denied, including claims for J&J Selected Drug dispenses from an "ineligible pharmacy."

The term "ineligible pharmacy" means a pharmacy that is not an eligible pharmacy. J&J intends to describe an eligible pharmacy in its public rebate model policy notice to mean, with respect to the covered entity requesting a 340B rebate, a pharmacy that:

    (i)     is listed as an active contract pharmacy of the covered entity in OPAIS as of the date of drug dispense; and

    (ii)    is the designated contract pharmacy location of the covered entity as reflected in the 340B ESP system as of the date of drug dispense, if the covered entity is subject to J&J's Bill To/Ship To Policy and has designated a contract pharmacy location pursuant to that policy.

We note in this regard that J&J carefully designed its Bill To/Ship To Policy to align with the decision of the U.S. Court of Appeals for the Third Circuit that "Section 340B does not require delivery to an unlimited number of contract pharmacies" designated by a covered entity. *Sanofi Aventis v. United States Dep't of Health & Hum. Servs.*, 58 F.4th 696, 703 (3d Cir. 2023). Johnson & Johnson is headquartered in New Jersey, within the Third Circuit.

We also note that the U.S. Court of Appeals for the D.C. Circuit similarly held that the 340B statute "preserve[d]—rather than abrogate[d]—the ability of [manufacturers] to impose at least some delivery conditions" on their 340B pricing offers, including a

**Exhibit 2 0050**

condition that a manufacturer "is willing to work with at least one contract pharmacy designated by the [covered] entity." *Novartis v. Johnson*, 102 F.4th 452, 460, 463 (D.C. Cir. 2024).

## NDC-11s for USTEKINUMAB (Unbranded STELARA)

Attached please find an April 9, 2025, email from CMS's Drug Rebate and Negotiations Group approving J&J's February 28, 2025, request to add four new NDC-11s for USTEKINUMAB (unbranded STELARA) to the calculation of Stelara's "maximum fair price" for initial price applicability year 2026. The email specifies that the following new NDC-11s were added: 57894-0440-01, 57894-0440-03, 57894-0441-01, and 57894-0444-01.

Please let us know if you have any questions or if we can provide additional information.

Regards,

█████████████
███████████████████████████

---

**From:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Sent:** Friday, October 24, 2025 9:43 AM
**To:** ██████████████████████ HRSA HSB 340B Pricing <340BPricing@hrsa.gov>; Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; █████████████████████
████████████████████████████
Zadecky, Julie (HRSA) <JZadecky@hrsa.gov>
**Subject:** RE: Johnson & Johnson 340B Rebate Model Plan Revision Request

Good morning ████████
OPA is confirming receipt of the revised plan.  OPA continues to review the revision, but on first glance,  there are two quick points of clarification.
1. In paragraph 13, please describe what is meant as an ineligible pharmacy.
2. For Appendix 2, NDCs 57894-0440-01, 57984-0441-01, 57894-0440-03, and 57984-0444-01 (USTEKINUMAB) are not included on CMS's selected drug list for IPAY 2026. Can you provide documentation that these NDCs are included in IPAY 2026, consistent with the requirements in the August 7, 2025, *Federal Register Notice*.

Please provide responses to these two points so that OPA will continue its review of J&J's revised plan.

Thank you.

**Exhibit 2 0051**

Julie Zadecky, Pharm D

Pharmacist, Office of Pharmacy Affairs (OPA)

Health Resources and Services Administration (HRSA)

Department of Health and Human Services (HHS)

---

**From:** ██████████████████

**Sent:** Thursday, October 23, 2025 7:38 PM

**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>; Pedley, Krista (HRSA) <KPedley@hrsa.gov>

**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; ██████████████████████████████████

██████████████████████████████████

Zadecky, Julie (HRSA) <JZadecky@hrsa.gov>

**Subject:** [EXTERNAL] RE: Johnson & Johnson 340B Rebate Model Plan Revision Request

**Importance:** High

Dear Rear Admiral Pedley,

I write on behalf of Janssen Pharmaceuticals, Inc. and Janssen Biotech, Inc. (collectively "J&J") in response to HRSA's October 21, 2025, letter concerning J&J's 340B Rebate Model Pilot Program plan submission for Xarelto, Stelara, and Ustekinumab (unbranded Stelara).

J&J appreciates HRSA's review of our initial plan submission and for the opportunity to speak with you and the team on October 23. Attached is a revised plan submission incorporating the revisions described below.

J&J acknowledges and accepts the allowable pharmacy and medical benefit claim data fields specified in HRSA's October 21 letter. These fields have been incorporated into the revised plan. As discussed on October 23, we retained the three additional medical claims data fields (health plan ID qualifier, HCPCS code, and up to 4 HCPCS modifiers) as optional fields that covered entities may submit voluntarily, as this data may aid in validating rebate claims.

J&J acknowledges that HRSA is continuing to assess requiring covered entities to submit certain purchase data associated with rebate model claims. Recognizing that this is a pilot program, J&J proposes that it be permitted to encourage (but not require) covered entities to submit WAC purchase invoice numbers as optional fields, as described in the attached plan. We appreciate HRSA's openness to continued engagement on this issue as the pilot progresses.

Below, we identify where J&J addressed each of HRSA's requests in our revised plan submission.

**Exhibit 2 0052**

- Please provide a list of Xarelto and Stelara NDC that are included in the rebate model plan.
  Added in Appendix 2.

- Please provide a J&J point of contact and email address, for covered entities who have questions to be posted on the OPA website summary of J&J's plan, if approved.
  Added in paragraph 18.

- Please clarify if all purchases will occur at the same acquisition cost, such as WAC, or if covered entities' acquisition cost will vary by contract.
  Clarified in paragraph 3.

- Please clarify that the rebate will be calculated based on the WAC and 340B ceiling price as of the date of dispense.
  Clarified in paragraph 3.

- Please clarify if covered entities will be provided with an opportunity to resubmit data if denied for incomplete or missing data.
  Clarified in paragraph 13.

- Please clarify how wasted or undispensed units should be characterized during claims submission.
  Clarified in paragraph 15(b).

- Please clarify how rebate requests for cash or uninsured patients should be characterized during claims submission.
  Clarified in paragraph 15.

- Public comments submitted from the August 7, 2025, *Federal Register Notice*, identified the concern that the rebate model would cause difficulties with Medicaid billing at actual acquisition cost (AAC) and difficulties in providing sliding fees to uninsured patients. Currently, covered entities receive pricing files with 340B ceiling prices from wholesalers that feed the pharmacy billing systems, which allow covered entities to bill at AAC and allow for sliding fees that share savings with eligible patients. OPA requests that J&J work with its wholesale partners to provide a supplemental pricing file with the 340B ceiling prices for Xarelto and Stelara NDCs to assist covered entities with the Medicaid billing requirements and assist with providing patients with the shared savings.
  Added in paragraph 16.

- J&J's plan indicates that claims will be deemed eligible if the unit amount on the 340B

**Exhibit 2 0053**

claim does not exceed WAC purchases made during the 340B rebate pilot. It should be noted that covered entities operating under a virtual replenishment model are starting with a neutral inventory so they may not have WAC purchases made at the beginning of the pilot period for their initial purchase. J&J should consider this during the initial phase of the pilot period.

> Request to collect WAC purchase invoice numbers as an optional field included in paragraph 15(c).

Thank you, again, for your efforts to implement this important pilot program. Please let us know if you have any questions or if you would like to discuss.


Kind regards,

████████████████████████
████████████████████████████
▭▭▭▭▭▭▭▭▭▭

---

**From:** HRSA HSB 340B Pricing 340BPricing@hrsa.gov
**Sent:** Tuesday, October 21, 2025 3:55 PM
**To:** ████████████████████  HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; ██████████████████
████████████████████████████ Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Subject:** Johnson & Johnson 340B Rebate Model Plan Revision Request


Please review the attached letter.

Sincerely,

RDML Krista M. Pedley
U.S Department of Health and Human Services
Health Resources and Services Administration


---

**From:** ████████████████████
**Sent:** Monday, September 15, 2025 5:10 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; █████████████████████
███████████████████████████████
**Subject:** [EXTERNAL] Johnson & Johnson 340B Rebate Model Plan Submission (Pursuant to 90 FR 38165)
**Importance:** High

**Exhibit 2 0054**

To Whom it May Concern:

Janssen Pharmaceuticals, Inc. and Janssen Biotech, Inc. (collectively "J&J") are the Primary Manufacturers of all NDCs associated with XARELTO (Janssen Pharmaceuticals, Inc.) and STELARA and USTEKINUMAB (Unbranded STELARA) (Janssen Biotech, Inc.) included in the "Medicare Drug Price Negotiation Program" for Initial Price Applicability Year 2026. J&J hereby submits its plan to participate in the 340B Rebate Model Pilot Program with respect to these selected drugs pursuant to HRSA's August 7, 2025, Federal Register Notice (90 FR 38165).

J&J appreciates the opportunity to partner with the agency and 340B covered entities to implement a transparent and efficient rebate model. We are grateful for HRSA's engagement on rebate models to date, and we look forward to further engagement.

We understand that HRSA is continuing to evaluate certain aspects of 340B rebate models, including manufacturers' need for certain limited medical claims data and purchase data. We included our proposed data requirements in our attached plan, which we previously discussed with HRSA and explained in our public comments in response to the Notice. Our comments are re-attached as Appendix 2 for ease of reference.

We respectfully request the opportunity to meet with HRSA prior to the agency issuing an approval decision to discuss any aspect(s) of our plan about which HRSA might have concerns or questions. Our team is available for calls or technical walkthroughs, or to answer follow-up questions, as needed.
If you have any questions regarding this plan submission, please contact me directly.

*Attachments:*
- *J&J Rebate Model Pilot Plan Submission*
- *Appendix 1 – Beacon Functionality Overview*
- *Appendix 2 – J&J HRSA Rebate Model Pilot Guidance Comments 09.08.2025*

Regards,



CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

**Exhibit 2 0055**

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

**Exhibit 2 0056**

**From:** CMS IRA Rebate and Negotiation <IRARebateandNegotiation@cms.hhs.gov>
**Sent:** Wednesday, April 9, 2025 2:18 PM
**To:** ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████
**Cc:** CMS IRA Rebate and Negotiation <IRARebateandNegotiation@cms.hhs.gov>
**Subject:** [EXTERNAL] Updated MFP Ceiling and Application Across Dosage Forms and Strengths for IPAY 2026

Dear Janssen Biotech, Inc.,

In accordance with section 60.5 of the Medicare Drug Price Negotiation Program: Revised Guidance, Implementation of Sections 1191 – 1198 of the Social Security Act for Initial Price Applicability Year 2026 ("revised guidance"), CMS has calculated how the agreed-upon maximum fair price (MFP) would apply to across dosage forms and strengths of Stelara. CMS has reviewed your Change Request made in HPMS on 02/28/2025 to add the four new Stelara NDC-11s (57894-0440-01, 57894-0440-03, 57894-0441-01, and 57894-0444-01). CMS has added these NDCs to the calculation of Stelara's negotiated MFP across dosage forms and strengths. The document that demonstrates how CMS will apply the negotiated MFP across dosage forms and strengths of Stelara is available for download in Box https://cmsbox.app.box.com/folder/315889852144. If you are unable to access the link, please respond to this email to let us know how you would like to receive it.

As described in section 60.5 of the Revised Guidance, a Primary Manufacturer who believes in good faith that CMS has made an error in the computation of how CMS will apply the single MFP across dosage forms and strengths may submit a suggestion of error for CMS' consideration. Janssen Biotech, Inc. will have 30 days to submit a suggestion of error and may do so by submitting the request via email to this email box (IRARebateandNegotiation@cms.hhs.gov) with the subject line "Suggestion of Error for Stelara." Please send any questions about this notice to the IRA Mailbox. Please note that information in the MFP file is subject to change, including as a result of the suggestion of error process. CMS appreciates your continued engagement with the Negotiation Program.

Regards,

CMS Medicare Drug Rebate and Negotiations Group

Exhibit 2 0057

| | |
|---|---|
| **From:** | █████████████ |
| **To:** | HRSA HSB 340B Pricing; Pedley, Krista (HRSA); Zadecky, Julie (HRSA) |
| **Cc:** | █████████████████████████ |
| **Subject:** | [EXTERNAL] RE: Johnson & Johnson 340B Rebate Model Plan Revision Request |
| **Date:** | Monday, October 27, 2025 4:24:49 PM |
| **Attachments:** | image001.png |
| | JJ REVISED HRSA 340B Rebate Model Plan Submission 10.27.2025.pdf |
| | Appendix 1 - Beacon Functionality Overview Revised 8.26.25.pdf |
| | Appendix 2 - J&J NDC-11 List.pdf |
| **Importance:** | High |

**PROPRIETARY & CONFIDENTIAL**
**EXEMPT FROM DISCLOSURE UNDER FOIA EXEMPTION 4**

Dear Rear Admiral Pedley,

J&J acknowledges HRSA's position that it will not approve plans in the initial phase of the 340B Rebate Model Pilot Program that request covered entity submission of purchase data. Attached is J&J's revised plan that removes references to optional submission of purchase invoice numbers. J&J respectfully requests HRSA's approval of this revised plan by October 31, 2025.

We appreciate the steps HRSA will take to clarify covered entities' purchase obligations under the Pilot, and we will update you on our observations as the Pilot progresses. We remain interested in discussing potentially adding purchase data collection as the Pilot progresses, depending on our findings during the Pilot.

Please do not hesitate to contact me if you have any questions or require further information.

Regards,

████████████████
██████████████████

---

**From:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Sent:** Monday, October 27, 2025 2:19 PM
**To:** ████████████████████; HRSA HSB 340B Pricing <340BPricing@hrsa.gov>; Pedley, Krista (HRSA) <KPedley@hrsa.gov>; Zadecky, Julie (HRSA) <JZadecky@hrsa.gov>
**Cc:** ██████████████████████████████████
████████████████████████
**Subject:** RE: Johnson & Johnson 340B Rebate Model Plan Revision Request

**Exhibit 2 0058**

Good afternoon, ███,

OPA continues to review J&J's revised 340B Rebate Model Pilot Program Plan and has one other point that will needs further revision to be considered for final approval.

> OPA will not approve plans in the initial phase of the rebate model pilot program, that request purchase data to be submitted by covered entities, even as an optional field. OPA will instruct covered entities to purchase products subject to the rebate model in their current 340B wholesale account. Covered entities will also be instructed by HRSA to ensure the rebates are only requested on eligible patients after a purchase is made. Manufacturers should work with their distribution partners to leverage data from wholesalers to monitor that the appropriate number of purchases made at WAC in those 340B accounts correspond to the number of rebates requested, whether through a chargeback feed or other report. Please confirm J&J agrees.

Please respond as soon as possible and no later than **close of business on October, 28, 2025**, if J&J would like to be considered for an October 31, 2025, approval to 340Bpricing@hrsa.gov with an updated plan.

Sincerely,

RDML Krista M. Pedley
U.S Department of Health and Human Services
Health Resources and Services Administration

---

**From:** ████████████████
**Sent:** Friday, October 24, 2025 3:24 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>; Pedley, Krista (HRSA) <KPedley@hrsa.gov>; Zadecky, Julie (HRSA) <JZadecky@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; █████████████████████
████████████████████████████████████
**Subject:** [EXTERNAL] RE: Johnson & Johnson 340B Rebate Model Plan Revision Request
**Importance:** High

**PROPRIETARY & CONFIDENTIAL**
**EXEMPT FROM DISCLOSURE UNDER FOIA EXEMPTION 4**

Dear Julie,

**Exhibit 2 0059**

J&J's responses to your questions follow below:

**Ineligible Pharmacy**

Paragraph 13 of J&J's initial 340B rebate model pilot program plan indicated that J&J would provide a rationale and specific documentation for 340B rebate claims that are denied, including claims for J&J Selected Drug dispenses from an "ineligible pharmacy."

The term "ineligible pharmacy" means a pharmacy that is not an eligible pharmacy.  J&J intends to describe an eligible pharmacy in its public rebate model policy notice to mean, with respect to the covered entity requesting a 340B rebate, a pharmacy that:

  (i)      is listed as an active contract pharmacy of the covered entity in OPAIS as of the date of drug dispense; and

  (ii)     is the designated contract pharmacy location of the covered entity as reflected in the 340B ESP system as of the date of drug dispense, if the covered entity is subject to J&J's Bill To/Ship To Policy and has designated a contract pharmacy location pursuant to that policy.

We note in this regard that J&J carefully designed its Bill To/Ship To Policy to align with the decision of the U.S. Court of Appeals for the Third Circuit that "Section 340B does not require delivery to an unlimited number of contract pharmacies" designated by a covered entity. *Sanofi Aventis v. United States Dep't of Health & Hum. Servs.*, 58 F.4th 696, 703 (3d Cir. 2023). Johnson & Johnson is headquartered in New Jersey, within the Third Circuit.

We also note that the U.S. Court of Appeals for the D.C. Circuit similarly held that the 340B statute "preserve[d]—rather than abrogate[d]—the ability of [manufacturers] to impose at least some delivery conditions" on their 340B pricing offers, including a condition that a manufacturer "is willing to work with at least one contract pharmacy designated by the [covered] entity." *Novartis v. Johnson*,102 F.4th 452, 460, 463 (D.C. Cir. 2024).

**NDC-11s for USTEKINUMAB (Unbranded STELARA)**

Attached please find an April 9, 2025, email from CMS's Drug Rebate and Negotiations Group approving J&J's February 28, 2025, request to add four new NDC-11s for USTEKINUMAB (unbranded STELARA) to the calculation of Stelara's "maximum fair price" for initial price applicability year 2026. The email specifies that the following new NDC-11s were added: 57894-0440-01, 57894-0440-03, 57894-0441-01, and 57894-

**Exhibit 2 0060**

0444-01.

Please let us know if you have any questions or if we can provide additional information.

Regards,

███████████

---

**From:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Sent:** Friday, October 24, 2025 9:43 AM
**To:** ███████████████ HRSA HSB 340B Pricing <340BPricing@hrsa.gov>; Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; ███████████████████
██████████████████████ Zadecky, Julie (HRSA) <JZadecky@hrsa.gov>
**Subject:** RE: Johnson & Johnson 340B Rebate Model Plan Revision Request

Good morning ██████
OPA is confirming receipt of the revised plan.  OPA continues to review the revision, but on first glance,  there are two quick points of clarification.
1. In paragraph 13, please describe what is meant as an ineligible pharmacy.
2. For Appendix 2, NDCs 57894-0440-01, 57984-0441-01, 57894-0440-03, and 57984-0444-01 (USTEKINUMAB) are not included on CMS's selected drug list for IPAY 2026. Can you provide documentation that these NDCs are included in IPAY 2026, consistent with the requirements in the August 7, 2025, *Federal Register Notice*.

Please provide responses to these two points so that OPA will continue its review of J&J's revised plan.

Thank you.

Julie Zadecky, Pharm D
Pharmacist, Office of Pharmacy Affairs (OPA)
Health Resources and Services Administration (HRSA)
Department of Health and Human Services (HHS)

---

**From:** █████████████████████
**Sent:** Thursday, October 23, 2025 7:38 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>; Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; ███████████████████

**Exhibit 2 0061**

████████████████████████████████████████████████

Zadecky, Julie (HRSA) <JZadecky@hrsa.gov>

**Subject:** [EXTERNAL] RE: Johnson & Johnson 340B Rebate Model Plan Revision Request
**Importance:** High

Dear Rear Admiral Pedley,

I write on behalf of Janssen Pharmaceuticals, Inc. and Janssen Biotech, Inc. (collectively "J&J") in response to HRSA's October 21, 2025, letter concerning J&J's 340B Rebate Model Pilot Program plan submission for Xarelto, Stelara, and Ustekinumab (unbranded Stelara).

J&J appreciates HRSA's review of our initial plan submission and for the opportunity to speak with you and the team on October 23. Attached is a revised plan submission incorporating the revisions described below.

J&J acknowledges and accepts the allowable pharmacy and medical benefit claim data fields specified in HRSA's October 21 letter. These fields have been incorporated into the revised plan. As discussed on October 23, we retained the three additional medical claims data fields (health plan ID qualifier, HCPCS code, and up to 4 HCPCS modifiers) as optional fields that covered entities may submit voluntarily, as this data may aid in validating rebate claims.

J&J acknowledges that HRSA is continuing to assess requiring covered entities to submit certain purchase data associated with rebate model claims. Recognizing that this is a pilot program, J&J proposes that it be permitted to encourage (but not require) covered entities to submit WAC purchase invoice numbers as optional fields, as described in the attached plan. We appreciate HRSA's openness to continued engagement on this issue as the pilot progresses.

Below, we identify where J&J addressed each of HRSA's requests in our revised plan submission.

- Please provide a list of Xarelto and Stelara NDC that are included in the rebate model plan.
  Added in Appendix 2.

- Please provide a J&J point of contact and email address, for covered entities who have questions to be posted on the OPA website summary of J&J's plan, if approved.
  Added in paragraph 18.

- Please clarify if all purchases will occur at the same acquisition cost, such as WAC, or if covered entities' acquisition cost will vary by contract.
  Clarified in paragraph 3.

Exhibit 2 0062

- Please clarify that the rebate will be calculated based on the WAC and 340B ceiling price as of the date of dispense.

  Clarified in paragraph 3.

- Please clarify if covered entities will be provided with an opportunity to resubmit data if denied for incomplete or missing data.

  Clarified in paragraph 13.

- Please clarify how wasted or undispensed units should be characterized during claims submission.

  Clarified in paragraph 15(b).

- Please clarify how rebate requests for cash or uninsured patients should be characterized during claims submission.

  Clarified in paragraph 15.

- Public comments submitted from the August 7, 2025, *Federal Register Notice*, identified the concern that the rebate model would cause difficulties with Medicaid billing at actual acquisition cost (AAC) and difficulties in providing sliding fees to uninsured patients. Currently, covered entities receive pricing files with 340B ceiling prices from wholesalers that feed the pharmacy billing systems, which allow covered entities to bill at AAC and allow for sliding fees that share savings with eligible patients. OPA requests that J&J work with its wholesale partners to provide a supplemental pricing file with the 340B ceiling prices for Xarelto and Stelara NDCs to assist covered entities with the Medicaid billing requirements and assist with providing patients with the shared savings.

  Added in paragraph 16.

- J&J's plan indicates that claims will be deemed eligible if the unit amount on the 340B claim does not exceed WAC purchases made during the 340B rebate pilot. It should be noted that covered entities operating under a virtual replenishment model are starting with a neutral inventory so they may not have WAC purchases made at the beginning of the pilot period for their initial purchase. J&J should consider this during the initial phase of the pilot period.

  Request to collect WAC purchase invoice numbers as an optional field included in paragraph 15(c).

Thank you, again, for your efforts to implement this important pilot program. Please let us know if you have any questions or if you would like to discuss.

**Exhibit 2 0063**

Kind regards,



**From:** HRSA HSB 340B Pricing 340BPricing@hrsa.gov
**Sent:** Tuesday, October 21, 2025 3:55 PM
**To:** ██████████████████████ HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; ███████████████████████ Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Subject:** Johnson & Johnson 340B Rebate Model Plan Revision Request

Please review the attached letter.

Sincerely,

RDML Krista M. Pedley
U.S Department of Health and Human Services
Health Resources and Services Administration

**From:** ████████████████████████
**Sent:** Monday, September 15, 2025 5:10 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; ████████████████████
**Subject:** [EXTERNAL] Johnson & Johnson 340B Rebate Model Plan Submission (Pursuant to 90 FR 38165)
**Importance:** High

To Whom it May Concern:

Janssen Pharmaceuticals, Inc. and Janssen Biotech, Inc. (collectively "J&J") are the Primary Manufacturers of all NDCs associated with XARELTO (Janssen Pharmaceuticals, Inc.) and STELARA and USTEKINUMAB (Unbranded STELARA) (Janssen Biotech, Inc.) included in the "Medicare Drug Price Negotiation Program" for Initial Price Applicability Year 2026. J&J hereby submits its plan to participate in the 340B Rebate Model Pilot Program with respect to these selected drugs pursuant to HRSA's August 7, 2025, Federal Register Notice (90 FR 38165).

**Exhibit 2 0064**

J&J appreciates the opportunity to partner with the agency and 340B covered entities to implement a transparent and efficient rebate model. We are grateful for HRSA's engagement on rebate models to date, and we look forward to further engagement.

We understand that HRSA is continuing to evaluate certain aspects of 340B rebate models, including manufacturers' need for certain limited medical claims data and purchase data. We included our proposed data requirements in our attached plan, which we previously discussed with HRSA and explained in our public comments in response to the Notice. Our comments are re-attached as Appendix 2 for ease of reference.

We respectfully request the opportunity to meet with HRSA prior to the agency issuing an approval decision to discuss any aspect(s) of our plan about which HRSA might have concerns or questions. Our team is available for calls or technical walkthroughs, or to answer follow-up questions, as needed.

If you have any questions regarding this plan submission, please contact me directly.

*Attachments:*
- *J&J Rebate Model Pilot Plan Submission*
- *Appendix 1 – Beacon Functionality Overview*
- *Appendix 2 – J&J HRSA Rebate Model Pilot Guidance Comments 09.08.2025*

Regards,



CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

**Exhibit 2 0065**

**Johnson&Johnson**

Johnson & Johnson Health Care Systems Inc.
1000 US Highway 202 South
Raritan NJ 08869 United States

*Revised October 27, 2025*

### I.    Overview

This proposal includes the provision of the 340B price as a unit-based rebate for all of J&J's 340B-eligible covered outpatient drugs included in the "Medicare Drug Price Negotiation Program" (MDPNP) for initial price applicability year 2026 - specifically, XARELTO, STELARA, and USTEKINUMAB (unbranded STELARA) (collectively, J&J Selected Drugs) dispensed or administered by all 340B covered entity (CE) types and their eligible pharmacies, regardless of payer, with the rebate effectuated by Beacon.

### II.    General Requirements

J&J's proposal aligns with the criteria in HRSA's 340B Rebate Model Pilot Program Notice (90 FR 38165) (Notice) as described below.

1.  J&J will provide CEs no-cost access to Beacon, a CE user platform operated by Second Sight Solutions (SSS) through which CEs will submit rebate claim information and access rebate claim detail and reconciliation reporting. CEs will also receive related training, technical assistance, customer service, and educational resources at no cost. Consistent with historical and current practice, CEs and manufacturers will otherwise continue to bear their own costs of participating in the 340B Program.

2.  J&J's proposed implementation date is January 1, 2026. Upon HRSA's approval of this plan, J&J will provide at least 60 days' public notice to CEs and other stakeholders before implementation. Such notice will include instructions for CE registration in Beacon.

3.  Effective January 1, 2026, CEs will be required to order all J&J Selected Drugs under their existing wholesaler 340B accounts at wholesale acquisition cost (WAC). J&J will work with wholesalers to ensure that, as of January 1, 2026, CEs can purchase these drugs at WAC using these accounts.

4.  Entities may engage in good faith regarding questions about rebate submissions through Beacon's customer support team. CEs will also be provided a J&J point of contact for escalations or general policy inquiries, as needed. This process and points of contact will be provided to CEs within J&J's public notice.

5.  J&J will utilize Beacon to collect only the data elements HRSA has authorized, confirm rebate eligibility, and make rebate payments to CEs. Information regarding Beacon's data security protocols is included in Appendix 1.

6.  Information regarding Beacon's compliance with applicable privacy and data security laws, including HIPAA and technical specifications explaining how data submissions are filtered and de-identified, is included in Appendix 1.

### III.    Reporting Requirements

7.  CEs may submit data for 340B rebates up to 45 calendar days from date of dispense or administration. CEs should make diligent efforts to submit 340B rebate claims within this timeframe,

PROPRIETARY & CONFIDENTIAL – EXEMPT FROM DISCLOSURE UNDER FOIA EXEMPTION 4
SUMMARY OF APPROVED PLAN TO BE PUBLICLY AVAILABLE

**Exhibit 2 0066**

**Johnson&Johnson**

Johnson & Johnson Health Care Systems Inc.
1000 US Highway 202 South
Raritan NJ 08869 United States

however J&J will work in good faith with CEs and will consider allowances for bona fide extenuating circumstances.

8. Beacon will only receive and process the data required to effectuate 340B rebates on J&J's Selected Drugs. Data that is outside the scope of J&J's rebate model will not be accepted by Beacon.

9. Beacon will provide real-time reconciliation reports for CEs to be informed of the rebate status of submitted claims.

10. J&J agrees to provide HRSA with periodic reports consistent with the information outlined in the Notice, in a format and manner specified by HRSA. We propose regularly scheduled meetings with HRSA to discuss progress and learnings from the Pilot.

### IV.    Rebates

11. Rebate payments will be made at the unit level. During the Pilot period, J&J will calculate the rebate based on the WAC and 340B ceiling price as of the date of dispense reflected on the 340B rebate claim.

12. Rebates on validated 340B rebate claims will be paid to the CE (or denied with supporting documentation) within 10 calendar days of complete data submission. Payment details (and documentation supporting a denial) will be available to CEs within Beacon to allow CEs to verify and reconcile rebate payments.

13. 340B rebate claims will not be denied based on compliance concerns with diversion or Medicaid duplicate discounts, and J&J will provide rationale and specific documentation for claims that are denied (e.g., ineligible pharmacy, 340B rebate already provided to the same or another CE on the same claim, data not provided in support of claim). If a 340B rebate claim is denied for incomplete or missing data, a CE may resubmit a complete and accurate claim submission for the 340B rebate.

14. 340B rebates will be paid only on sales of J&J's drugs selected under the MDPNP, regardless of payer, in accordance with this plan and J&J's policy.

### V.    Data

15. J&J will utilize Beacon to collect the data required for this Pilot including pharmacy claims, and medical benefit claims, as outlined below. For rebate claims for cash-pay or uninsured patients, CEs will be directed to enter "CASH" in the data fields that reference plan information (i.e., Rx BIN and Rx PCN for pharmacy claims; Health Plan ID and Health Plan Name for medical claims).

   a) **Pharmacy Claims Data**: For J&J's Selected Drugs dispensed through a pharmacy and generating pharmacy claims data, CEs will be required to submit the pharmacy claim fields specified in the Notice.

      1. Date of Service
      2. Date Prescribed
      3. Rx number
      4. Fill number
      5. 11-Digit National Drug Code (NDC)
      6. Quantity Dispensed

2 of 4

PROPRIETARY & CONFIDENTIAL – EXEMPT FROM DISCLOSURE UNDER FOIA EXEMPTION 4
SUMMARY OF APPROVED PLAN TO BE PUBLICLY AVAILABLE

Exhibit 2 0067

**Johnson&Johnson**

Johnson & Johnson Health Care Systems Inc.
1000 US Highway 202 South
Raritan NJ 08869 United States

7. Prescriber ID
8. Service Provider ID
9. 340B ID
10. Rx BIN
11. Rx PCN

b) **Medical Claims Data**: For J&J's Selected Drugs administered in an outpatient setting by a health care provider, J&J will require CEs to submit the below medical claims fields, consistent with the pharmacy claims data fields in the Notice. For wasted or undispensed units of a physician administered J&J Selected Drug (STELARA, USTEKINUMAB), CEs will be directed to submit a separate 340B rebate claim with medical benefit claim data (which includes the option to submit a modifier for discarded drug units). These wasted or undispensed unit claims will be identified as unique in Beacon, and 340B rebates will be paid on these validated claims.

1. Date of Service
2. Claim Number
3. Claim Line Number
4. 11-Digit National Drug Code (NDC)
5. Quantity
6. Unit of Measure
7. Rendering Physician NPI
8. Service Provider NPI -Billing Provider NPI would also be accepted if the Service Provider NPI field is blank
9. 340B ID
10. Health Plan ID
11. Health Plan Name
12. Health Plan ID Qualifier (optional)
13. HCPCS Code (optional)
14. HCPCS Modifiers (Up to 4) (optional)

16. J&J will work to ensure CEs receive supplemental pricing files with wholesale and 340B ceiling prices as of the start of the Pilot. We continue to evaluate the most appropriate vendor(s) to efficiently provide this information. J&J will be cognizant of CEs' existing processes for receiving these files as we evaluate options.

## VI.    Additional Information

17. In its public rebate model notice to CEs and stakeholders, J&J will advise CEs to take appropriate steps to place replenishment orders in advance of January 1, 2026. J&J recognizes that CEs may not be able to fully replenish their 340B accumulations prior to this date. Accordingly, in our public notice, J&J will advise CEs of a temporary 45-day period to submit 340B rebates with dates of

PROPRIETARY & CONFIDENTIAL – EXEMPT FROM DISCLOSURE UNDER FOIA EXEMPTION 4
SUMMARY OF APPROVED PLAN TO BE PUBLICLY AVAILABLE

**Exhibit 2 0068**

**Johnson&Johnson**

Johnson & Johnson Health Care Systems Inc.
1000 US Highway 202 South
Raritan NJ 08869 United States

service occurring on or after November 14, 2025 (lookback period). CEs must submit any lookback period claims to Beacon in accordance with J&J's rebate model policy by February 15, 2026.

18. CEs may contact J&J by email at 340B_JJHCS@its.jnj.com.

19. The NDCs for J&J's Selected Drugs are listed in Appendix 2 – J&J Selected Drug NDCs to be included in the 340B Rebate Model Pilot Program.

*     *     *

We appreciate the opportunity that J&J had to meet with HRSA to discuss aspects of this plan.  We respectfully request to meet again with HRSA if there are any concerns or questions regarding the revisions to this plan submission.

PROPRIETARY & CONFIDENTIAL – EXEMPT FROM DISCLOSURE UNDER FOIA EXEMPTION 4
SUMMARY OF APPROVED PLAN TO BE PUBLICLY AVAILABLE

**Exhibit 2 0069**

**Appendix 1 - Beacon Functionality**

**Beacon Overview**

Beacon is a web-based technology platform that supports the effectuation of a 340B rebate model.  Beacon is used to collect 340B claims and purchase data from 340B covered entities, validate eligibility of submitted data, facilitate payment of 340B rebates to 340B covered entities, and provide real-time access to 340B rebate status to 340B covered entities and pharmaceutical manufacturers.  Beacon is also utilized to provide reporting to HRSA.  The information provided in this document is applicable to any pharmaceutical manufacturer that selects Beacon for its 340B rebate model effectuation.

**Registration**

340B covered entities that elect to submit 340B claims and WAC purchase data must first register with Beacon by navigating to [www.beaconchannelmanagement.com](http://www.beaconchannelmanagement.com) and completing the registration process.  Registration with and use of Beacon by 340B covered entities is free of charge.  Use of Beacon is governed by the Terms of Use and Privacy Policy which are available at [www.beaconchannelmanagement.com](http://www.beaconchannelmanagement.com).  To comply with federal law and financial institution requirements, Second Sight requires that new users complete a Know Your Business (KYB) verification process which includes the submission of certain legal documents such as Articles of Incorporation and IRS letter CP 575.  Once a new account has been verified, additional users may be given access to the Beacon account by the initial registrant.

Users must also submit bank account information for ACH payments which is verified according to financial institution requirements.  Verification includes the submission of a bank letter and performance of a standard penny test.

**Data Submission**

340B covered entities can submit data online through Beacon or via a direct data submission process with participating third-party administrators (TPAs).  Data submissions are proactively limited to only those data elements that have been approved by HRSA and 340B covered entities cannot inadvertently submit additional data elements that fall outside the scope of the 340B rebate model pilot.  Regardless of whether data is submitted online or through a TPA, the same filtering, security and privacy protocols apply.

**Exhibit 2 0070**

Data Filtering

Beacon collects data for only those NDCs for which a 340B rebate model pilot has been approved.  For online data submissions, client-side JavaScript functions exclude from data submissions any records that include an NDC that has not been approved for a 340B rebate model pilot by HRSA.  Client-side JavaScript functions ensure that the data is filtered prior to submission to Beacon and server-side validations ensure that Beacon is never in possession of the ineligible data.  For direct data submissions by a TPA, the filtering process is executed by the TPA utilizing similar client-side technology provided by Second Sight, again ensuring that data filtering occurs prior to submission to Beacon.

Data Security

Beacon is hosted on Microsoft Azure, a premier cloud computing platform known for its reliability, scalability, and security. Beacon is distributed across multiple Azure Availability Zones, each a unique physical location comprising of one or more data centers within an Azure region. By distributing applications across multiple Availability Zones, Beacon can achieve high availability and fault tolerance for its service.

At the core of the Beacon platform is a strong commitment to data security. Second Sight builds and maintains the Beacon systems in alignment with industry-recognized frameworks such as the National Institute of Standards and Technology Cybersecurity Framework (NIST CSF) and Open Web Application Security Project (OWASP) best practices. Security is embedded throughout the software development lifecycle—from design and code reviews to deployment and monitoring. Second Sight follows secure coding standards and perform regular threat modeling, vulnerability scanning, and automated testing to ensure a robust security posture.

All data in Beacon is encrypted at rest and in transit using industry-standard protocols supporting the use of Transport Layer Security (TLS) 1.2+ or higher. Beacon services enforce mandatory Multi-factor authentication (MFA) to ensure a high level of security for end-users, providing email, sms, and application-based authentication methods.

Second Sight engages established third-party risk and cybersecurity firms to perform annual internal, external, and web application penetration tests, along with comprehensive security assessments across all platforms and infrastructure.

In addition, Beacon has achieved SOC 1 and SOC 2 certification, demonstrating compliance with rigorous standards for security, availability and confidentiality.

**Exhibit 2 0071**

<u>Data Privacy</u>

Beacon is designed to operate without the use of any protected health information (PHI) as defined by the Health Information Portability and Accountability Act (HIPAA). Second Sight has received an expert determination from Dr. Brad Malin that the data collected through Beacon meets the definition of a De-Identified Dataset under HIPAA. A copy of this expert determination is available upon request. As described in Dr. Malin's expert determination, the de-identification process occurs prior to the submission of data to Beacon. Furthermore, Second Sight does not reidentify this data and personnel with access to identifiable data do not also have access to de-identified data. De-identified datasets can be linked to other de-identified datasets but, as discussed in Dr. Malin's expert determination, this does not constitute a reidentification of data and no PHI is exposed through this linking process. Second Sight has utilized this deidentification process with 340B claims data submitted through 340B ESP since 2020 and has successfully ensured that no HIPAA violations have occurred.

Beacon also collects personally identifiable information (PII) including user's names and email addresses. This information is stored securely, and Second Sight complies with all applicable privacy laws. Additional information on how we collect, maintain and use PII is available in our Privacy Policy.

**Rebate Payments and Reconciliation Data**

Following the successful validation of 340B claim submissions according to the eligibility criteria approved by HRSA, Beacon initiates the rebate payment process. Rebates are priced based on the purchase date of the associated WAC purchase. Rebate payments are transmitted to the 340B covered entity via an ACH payment within the time period approved by HRSA. The transaction ID of the rebate payment is appended to the 340B rebate record maintained in Beacon giving the 340B covered entity real-time access to reconciliation data in Beacon. Rebates that are determined to be ineligible are accessible in Beacon by the 340B covered entity and include detail on the eligibility determination.

In addition to accessing information online in Beacon, 340B covered entities can also download 340B rebate data for inclusion in their proprietary systems. Because 340B claims are de-identified prior to submission to the Beacon platform, a unique ID is appended to the data submission and made available to 340B covered entities immediately following the initial 340B claims submission. This unique ID allows 340B covered entities to link de-identified data maintained in Beacon with the identifiable data maintained in 340B covered entities' proprietary systems for reconciliation purposes.

**Exhibit 2 0072**

Finally, Second Sight has communicated its willingness and has already begun to integrate directly with TPAs to simplify the reconciliation process. Second Sight will not charge TPAs for this integration service though 340B covered entities will have to approve any integrations with TPAs for their specific data.

**Beacon Customer Support**

Beacon's customer support team is trained to engage with 340B covered entities and address questions or concerns arising from their use of Beacon for 340B rebate payments. Support topics may range from technical (How do I use Beacon?) to policy (Why was my 340B rebate determined to be ineligible?) to financial (Was my 340B rebate payment made?) in nature. Customer support is provided proactively through online resources, pre-recorded training webinars and live training sessions as well as reactively through responses to inbound calls, emails or chats. Certain questions may be escalated to a pharmaceutical manufacturer depending on the applicable policy.

Second Sight is committed to responding to 340B covered entity inquiries within 24 hours of receipt and the Beacon customer support team will work to resolve inquiries as quickly as possible. Data on 340B covered entity inquiries is analyzed to identify themes and trends and may result in process or technology updates intended to address common questions raised by 340B covered entities.

**Acronyms**

1. ACH - Automated Clearinghouse
2. GPO – Group Purchasing Organization
3. HCPCS – Healthcare Common Procedure Coding System
4. HRSA – Health Resources and Services Administration
5. MDPNP – Medicare Drug Pricing Negotiation Program
6. MFP- Maximum Fair Price
7. NCPDP – National Council of Prescription Drug Programs
8. NDC – National Drug Code
9. NPI – National Provider Identifier
10. WAC – Wholesaler Acquisition Cost

**Exhibit 2 0073**

Appendix 2: J&J Selected Drug NDCs to be included in the 340B Rebate Model Pilot Program

| NDC-11 | Product Name | Product Description |
|--------|--------------|---------------------|
| 50458-0575-01 | XARELTO® | Xarelto oral suspension, 1 mg/mL |
| 50458-0577-10 | XARELTO® | Xarelto 2.5mg |
| 50458-0577-18 | XARELTO® | Xarelto 2.5mg |
| 50458-0577-60 | XARELTO® | Xarelto 2.5mg |
| 50458-0578-10 | XARELTO® | Xarelto 15mg |
| 50458-0578-30 | XARELTO® | Xarelto 15mg |
| 50458-0578-90 | XARELTO® | Xarelto 15mg |
| 50458-0579-10 | XARELTO® | Xarelto 20mg |
| 50458-0579-30 | XARELTO® | Xarelto 20mg |
| 50458-0579-89 | XARELTO® | Xarelto 20mg |
| 50458-0579-90 | XARELTO® | Xarelto 20mg |
| 50458-0580-10 | XARELTO® | Xarelto 10mg |
| 50458-0580-30 | XARELTO® | Xarelto 10mg |
| 50458-0580-90 | XARELTO® for Oral Suspension | Xarelto 10mg |
| 50458-0584-51 | XARELTO Starter Pack™ | Xarelto starter pack, 15mg/20mg |

| NDC-11 | Product Name | Product Description |
|--------|--------------|---------------------|
| 57894-0054-27 | STELARA® (ustekinumab) IV | Stelara 130mg, 1 single vial |
| 57894-0060-02 | STELARA® (ustekinumab) vial | Stelara 45mg, 1 single vial |
| 57894-0060-03 | STELARA® (ustekinumab) prefilled syringe | Stelara 45mg/0.5ml, 1 single syringe |
| 57894-0061-03 | STELARA® (ustekinumab) prefilled syringe | Stelara 90mg/1.0 ml, 1 single syringe |
| 57894-0440-01 | USTEKINUMAB | Ustekinumab 45mg/ml, 1 single syringe |
| 57894-0441-01 | USTEKINUMAB | Ustekinumab 90mg/ml, 1 single syringe |
| 57894-0440-03 | USTEKINUMAB | Ustekinumab 45mg/0.5ml, 1 single vial |
| 57894-0444-01 | USTEKINUMAB | Ustekinumab 130mg/26mL (5mg/mL), 1 single vial |

**Exhibit 2 0074**

| | |
|---|---|
| **From:** | HRSA HSB 340B Pricing |
| **To:** | HRSA HSB 340B Pricing; Pedley, Krista (HRSA); Zadecky, Julie (HRSA) |
| **Cc:** | |
| **Subject:** | RE: Johnson & Johnson 340B Rebate Model Plan Revision Request |
| **Date:** | Monday, October 27, 2025 2:19:15 PM |
| **Attachments:** | image001.png |

Good afternoon, ▮▮▮▮ :

OPA continues to review J&J's revised 340B Rebate Model Pilot Program Plan and has one other point that will needs further revision to be considered for final approval.

> OPA will not approve plans in the initial phase of the rebate model pilot program, that request purchase data to be submitted by covered entities, even as an optional field. OPA will instruct covered entities to purchase products subject to the rebate model in their current 340B wholesale account. Covered entities will also be instructed by HRSA to ensure the rebates are only requested on eligible patients after a purchase is made. Manufacturers should work with their distribution partners to leverage data from wholesalers to monitor that the appropriate number of purchases made at WAC in those 340B accounts correspond to the number of rebates requested, whether through a chargeback feed or other report. Please confirm J&J agrees.

Please respond as soon as possible and no later than **close of business on October, 28, 2025**, if J&J would like to be considered for an October 31, 2025, approval to 340Bpricing@hrsa.gov with an updated plan.

Sincerely,

RDML Krista M. Pedley
U.S Department of Health and Human Services
Health Resources and Services Administration

---

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, October 24, 2025 3:24 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>; Pedley, Krista (HRSA) <KPedley@hrsa.gov>; Zadecky, Julie (HRSA) <JZadecky@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** [EXTERNAL] RE: Johnson & Johnson 340B Rebate Model Plan Revision Request
**Importance:** High

**Exhibit 2 0075**

**PROPRIETARY & CONFIDENTIAL**
**EXEMPT FROM DISCLOSURE UNDER FOIA EXEMPTION 4**

Dear Julie,

J&J's responses to your questions follow below:

## Ineligible Pharmacy

Paragraph 13 of J&J's initial 340B rebate model pilot program plan indicated that J&J would provide a rationale and specific documentation for 340B rebate claims that are denied, including claims for J&J Selected Drug dispenses from an "ineligible pharmacy."

The term "ineligible pharmacy" means a pharmacy that is not an eligible pharmacy. J&J intends to describe an eligible pharmacy in its public rebate model policy notice to mean, with respect to the covered entity requesting a 340B rebate, a pharmacy that:

(i)     is listed as an active contract pharmacy of the covered entity in OPAIS as of the date of drug dispense; and

(ii)     is the designated contract pharmacy location of the covered entity as reflected in the 340B ESP system as of the date of drug dispense, if the covered entity is subject to J&J's Bill To/Ship To Policy and has designated a contract pharmacy location pursuant to that policy.

We note in this regard that J&J carefully designed its Bill To/Ship To Policy to align with the decision of the U.S. Court of Appeals for the Third Circuit that "Section 340B does not require delivery to an unlimited number of contract pharmacies" designated by a covered entity. *Sanofi Aventis v. United States Dep't of Health & Hum. Servs.*, 58 F.4th 696, 703 (3d Cir. 2023). Johnson & Johnson is headquartered in New Jersey, within the Third Circuit.

We also note that the U.S. Court of Appeals for the D.C. Circuit similarly held that the 340B statute "preserve[d]—rather than abrogate[d]—the ability of [manufacturers] to impose at least some delivery conditions" on their 340B pricing offers, including a condition that a manufacturer "is willing to work with at least one contract pharmacy designated by the [covered] entity." *Novartis v. Johnson*, 102 F.4th 452, 460, 463 (D.C. Cir. 2024).

## NDC-11s for USTEKINUMAB (Unbranded STELARA)

**Exhibit 2 0076**

Attached please find an April 9, 2025, email from CMS's Drug Rebate and Negotiations Group approving J&J's February 28, 2025, request to add four new NDC-11s for USTEKINUMAB (unbranded STELARA) to the calculation of Stelara's "maximum fair price" for initial price applicability year 2026. The email specifies that the following new NDC-11s were added: 57894-0440-01, 57894-0440-03, 57894-0441-01, and 57894-0444-01.

Please let us know if you have any questions or if we can provide additional information.

Regards,



---

**From:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Sent:** Friday, October 24, 2025 9:43 AM
**To:** ████████████████████████ HRSA HSB 340B Pricing <340BPricing@hrsa.gov>; Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; ████████████████████████████ Zadecky, Julie (HRSA) <JZadecky@hrsa.gov>
**Subject:** RE: Johnson & Johnson 340B Rebate Model Plan Revision Request

Good morning ██████
OPA is confirming receipt of the revised plan.  OPA continues to review the revision, but on first glance,  there are two quick points of clarification.
1. In paragraph 13, please describe what is meant as an ineligible pharmacy.
2. For Appendix 2, NDCs 57894-0440-01, 57984-0441-01, 57894-0440-03, and 57984-0444-01 (USTEKINUMAB) are not included on CMS's selected drug list for IPAY 2026. Can you provide documentation that these NDCs are included in IPAY 2026, consistent with the requirements in the August 7, 2025, *Federal Register Notice*.

Please provide responses to these two points so that OPA will continue its review of J&J's revised plan.

Thank you.

Julie Zadecky, Pharm D
Pharmacist, Office of Pharmacy Affairs (OPA)
Health Resources and Services Administration (HRSA)
Department of Health and Human Services (HHS)

Exhibit 2 0077

**From:** ████████████████████████
**Sent:** Thursday, October 23, 2025 7:38 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>; Pedley, Krista (HRSA) <KPedley@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; ████████████████████
████████████████████████████████████████████████
Zadecky, Julie (HRSA) <JZadecky@hrsa.gov>
**Subject:** [EXTERNAL] RE: Johnson & Johnson 340B Rebate Model Plan Revision Request
**Importance:** High

Dear Rear Admiral Pedley,

I write on behalf of Janssen Pharmaceuticals, Inc. and Janssen Biotech, Inc. (collectively "J&J") in response to HRSA's October 21, 2025, letter concerning J&J's 340B Rebate Model Pilot Program plan submission for Xarelto, Stelara, and Ustekinumab (unbranded Stelara).

J&J appreciates HRSA's review of our initial plan submission and for the opportunity to speak with you and the team on October 23. Attached is a revised plan submission incorporating the revisions described below.

J&J acknowledges and accepts the allowable pharmacy and medical benefit claim data fields specified in HRSA's October 21 letter. These fields have been incorporated into the revised plan. As discussed on October 23, we retained the three additional medical claims data fields (health plan ID qualifier, HCPCS code, and up to 4 HCPCS modifiers) as optional fields that covered entities may submit voluntarily, as this data may aid in validating rebate claims.

J&J acknowledges that HRSA is continuing to assess requiring covered entities to submit certain purchase data associated with rebate model claims. Recognizing that this is a pilot program, J&J proposes that it be permitted to encourage (but not require) covered entities to submit WAC purchase invoice numbers as optional fields, as described in the attached plan. We appreciate HRSA's openness to continued engagement on this issue as the pilot progresses.

Below, we identify where J&J addressed each of HRSA's requests in our revised plan submission.

- Please provide a list of Xarelto and Stelara NDC that are included in the rebate model plan.
  Added in Appendix 2.

- Please provide a J&J point of contact and email address, for covered entities who have questions to be posted on the OPA website summary of J&J's plan, if approved.

**Exhibit 2 0078**

Added in paragraph 18.

- Please clarify if all purchases will occur at the same acquisition cost, such as WAC, or if covered entities' acquisition cost will vary by contract.

  Clarified in paragraph 3.

- Please clarify that the rebate will be calculated based on the WAC and 340B ceiling price as of the date of dispense.

  Clarified in paragraph 3.

- Please clarify if covered entities will be provided with an opportunity to resubmit data if denied for incomplete or missing data.

  Clarified in paragraph 13.

- Please clarify how wasted or undispensed units should be characterized during claims submission.

  Clarified in paragraph 15(b).

- Please clarify how rebate requests for cash or uninsured patients should be characterized during claims submission.

  Clarified in paragraph 15.

- Public comments submitted from the August 7, 2025, *Federal Register Notice*, identified the concern that the rebate model would cause difficulties with Medicaid billing at actual acquisition cost (AAC) and difficulties in providing sliding fees to uninsured patients. Currently, covered entities receive pricing files with 340B ceiling prices from wholesalers that feed the pharmacy billing systems, which allow covered entities to bill at AAC and allow for sliding fees that share savings with eligible patients. OPA requests that J&J work with its wholesale partners to provide a supplemental pricing file with the 340B ceiling prices for Xarelto and Stelara NDCs to assist covered entities with the Medicaid billing requirements and assist with providing patients with the shared savings.

  Added in paragraph 16.

- J&J's plan indicates that claims will be deemed eligible if the unit amount on the 340B claim does not exceed WAC purchases made during the 340B rebate pilot. It should be noted that covered entities operating under a virtual replenishment model are starting with a neutral inventory so they may not have WAC purchases made at the beginning of the pilot period for their initial purchase. J&J should consider this during the initial phase of the pilot period.

**Exhibit 2 0079**

Request to collect WAC purchase invoice numbers as an optional field included in paragraph 15(c).

Thank you, again, for your efforts to implement this important pilot program. Please let us know if you have any questions or if you would like to discuss.

Kind regards,

████████████████
████████████████████████████████████
████████

---

**From:** HRSA HSB 340B Pricing 340BPricing@hrsa.gov
**Sent:** Tuesday, October 21, 2025 3:55 PM
**To:** ████████████████    HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; ██████████████████████████
Krista (HRSA) <KPedley@hrsa.gov>
**Subject:** Johnson & Johnson 340B Rebate Model Plan Revision Request

Please review the attached letter.

Sincerely,

RDML Krista M. Pedley
U.S Department of Health and Human Services
Health Resources and Services Administration

---

**From:** ████████████████████████████
**Sent:** Monday, September 15, 2025 5:10 PM
**To:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Cc:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; ████████████████████
████████████████████████████████
**Subject:** [EXTERNAL] Johnson & Johnson 340B Rebate Model Plan Submission (Pursuant to 90 FR 38165)
**Importance:** High

To Whom it May Concern:

Janssen Pharmaceuticals, Inc. and Janssen Biotech, Inc. (collectively "J&J") are the Primary Manufacturers of all NDCs associated with XARELTO (Janssen Pharmaceuticals,

**Exhibit 2 0080**

Inc.) and STELARA and USTEKINUMAB (Unbranded STELARA) (Janssen Biotech, Inc.) included in the "Medicare Drug Price Negotiation Program" for Initial Price Applicability Year 2026. J&J hereby submits its plan to participate in the 340B Rebate Model Pilot Program with respect to these selected drugs pursuant to HRSA's August 7, 2025, Federal Register Notice (90 FR 38165).

J&J appreciates the opportunity to partner with the agency and 340B covered entities to implement a transparent and efficient rebate model. We are grateful for HRSA's engagement on rebate models to date, and we look forward to further engagement.

We understand that HRSA is continuing to evaluate certain aspects of 340B rebate models, including manufacturers' need for certain limited medical claims data and purchase data. We included our proposed data requirements in our attached plan, which we previously discussed with HRSA and explained in our public comments in response to the Notice. Our comments are re-attached as Appendix 2 for ease of reference.

We respectfully request the opportunity to meet with HRSA prior to the agency issuing an approval decision to discuss any aspect(s) of our plan about which HRSA might have concerns or questions. Our team is available for calls or technical walkthroughs, or to answer follow-up questions, as needed.
If you have any questions regarding this plan submission, please contact me directly.

*Attachments:*
- *J&J Rebate Model Pilot Plan Submission*
- *Appendix 1 – Beacon Functionality Overview*
- *Appendix 2 – J&J HRSA Rebate Model Pilot Guidance Comments 09.08.2025*

Regards,



CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

**Exhibit 2 0081**

Exhibit 2 0082

| | |
|---|---|
| **From:** | ████ |
| **To:** | HRSA HSB 340B Pricing; ████ |
| **Cc:** | Pedley, Krista (HRSA); Britton, Chantelle (HRSA); ████ |
| **Subject:** | [EXTERNAL] RE: J&J 340B Rebate Model Pilot Approval |
| **Date:** | Thursday, October 30, 2025 12:07:55 PM |

Thank you HRSA team.  We are deeply grateful for your partnership and your trust in working with us to bring this new approach to the 340B program.  We plan to provide covered entities with notice tomorrow, and commit to doing all that we can to make this new process work smoothly for all stakeholders.


████

**Johnson & Johnson**

████

Johnson & Johnson

████

**From:** HRSA HSB 340B Pricing <340BPricing@hrsa.gov>
**Sent:** Thursday, October 30, 2025 10:29 AM
**To:** ████
**Cc:** Pedley, Krista (HRSA) <KPedley@hrsa.gov>; Britton, Chantelle (HRSA) <CBritton@hrsa.gov>; ████

**Subject:** J&J 340B Rebate Model Pilot Approval


Please find the attached letter.

Thank you.

RDML Krista M. Pedley
U.S Department of Health and Human Services
Health Resources and Services Administration

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

Exhibit 2 0083

| | |
|---|---|
| **From:** | HRSA HSB 340B Pricing |
| **To:** | ▬▬▬▬▬▬ |
| **Cc:** | Pedley, Krista (HRSA); Britton, Chantelle (HRSA); ▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬ |
| **Subject:** | J&J 340B Rebate Model Pilot Approval |
| **Date:** | Thursday, October 30, 2025 10:29:00 AM |
| **Attachments:** | 340B Rebate Model Pilot data collection fields.xlsx |
| | JJ Rebate model approval letter 10.30.25.pdf |

Please find the attached letter.

Thank you.

RDML Krista M. Pedley

U.S Department of Health and Human Services

Health Resources and Services Administration

**Exhibit 2 0084**



**HRSA**
Health Resources & Services Administration

**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857

October 30, 2025

**BY EMAIL**

████████████████████████

Johnson & Johnson Healthcare Systems Inc.

████████████████

Dear ███████████:

The Office of Pharmacy Affairs (OPA) has received and reviewed Janssen Pharmaceuticals, Inc. and Janssen Biotech, Inc.'s (collectively, "J&J") plan for participation in the 340B Rebate Model Pilot Program. The revised plan submitted on October 27, 2025, is approved for an implementation date of January 1, 2026.[1]

OPA has approved the data fields below for participating manufacturers to request from covered entities as part of the 340B Rebate Model Pilot Program. It should be noted that data requests are limited to these approved fields, and that no rebate claims may be denied for the absence of the optional fields outlined below.

| Pharmacy Claims Data Fields | Medical Claims Data Fields |
|---|---|
| Date of Service | Date of Service |
| Date Prescribed | Claim Line Number |
| Rx number | Claim Number |
| Fill number | Unit of Measure |
| NDC-11 | NDC-11 |
| Quantity Dispensed | Quantity |
| Prescriber ID | Rendering Physician ID |
| Service Provider ID | Service Provider ID |
| 340B ID | 340B ID |
| RX BIN | Health Plan Name |
| RX PCN | Health Plan ID |
| Group Number ID (optional) | Health Plan ID Qualifier (optional) |
| | HCPCS Code (optional) |
| | HCPCS Modifiers (Up to 4) (optional) |

During this initial phase of the Rebate Model Pilot Program, OPA is not allowing participating manufacturers to collect purchase data from covered entities, even as an optional field. However, OPA will

---

[1] As outlined in the *Federal Register Notice*, the scope of the 340B Rebate Model Pilot Program is limited to the NDC–11s included on the CMS Medicare Drug Price Negotiation Selected Drug List ("List") for 2026. The NDCs submitted in the revised plan are approved only to the extent they are published on the List. Please work to ensure that all NDCs in the revised plan are included on the List as 340B-rebates may not be offered for any NDC that does not appear on the List.

**Exhibit 2 0085**

instruct covered entities to purchase products subject to the pilot in their current 340B wholesale accounts at the prices loaded by manufacturers (generally at WAC). OPA will also instruct covered entities to request rebates only after a purchase and to dispense 340B-rebate purchases solely to eligible 340B patients.  Manufacturers should continue to work with their distribution partners to leverage data from wholesalers to monitor that the number of purchases made at WAC in those 340B wholesale accounts correspond to the number of rebates requested, whether through a chargeback feed or other report. Only NDCs that appear on the CMS Medicare Drug Price Negotiation Selected Drug List and have an approved plan in place, should list a WAC price in a 340B wholesale account. All other covered outpatient drugs should list the 340B ceiling price in the 340B wholesale account. OPA will evaluate covered entity and manufacturer compliance with the rebate model pilot as part of its 340B compliance audits.

Consistent with the August 7, 2025, *Federal Register notice,* manufacturers must provide covered entities with 60 calendar days' notice before implementation of an approved rebate model, with instructions for registering for any IT platforms. Notice should also provide details of the rebate plan as described in the *Federal Register notice* and also include how covered entities should submit unreplenished accumulations that occur prior to the implementation date of the approved rebate model; technical assistance for setting up files for submission, including data definitions for each allowable data field; a description of how the rebate will be calculated and paid; and details for how to seek assistance from both the IT vendor and the manufacturer contact. OPA will post a summary of J&J's plan to the OPA website.

As noted in the August 7, 2025, *Federal Register notice*, manufacturers must agree to provide OPA with reports detailing 340B-rebate purchases, and information related to claim delays and denials.  In order to facilitate transfer of this data, OPA requests that J&J submit reports via Application Programming Interface (API) submissions to the 340B Prime Vendor, at least monthly. The attached file provides the requested fields. Please register at www.login.warehouse.apexus.com to create an account for reporting.

As a reminder, OPA reserves the right to revoke approval of J&J's participation in the 340B Rebate Model Pilot Program at any time if the manufacturer is not compliant with the plan as approved, including by denying rebates to covered entities for reasons not consistent with the August 7, 2025, *Federal Register notice* and not established in the approved plan.

HRSA plans to continue our collaboration with you in the coming months and as the pilot begins so that progress can be monitored and concerns addressed as they arise. Questions may be directed to 340BPricing@hrsa.gov.

Sincerely,

Krista M. Pedley, Pharm D, MS
RDML, USPHS Assistant Surgeon General
Director, Office of Special Health Initiatives

Attachment

| Claim submission date | 340B ID | NDC-11 Purchased | Quantity | Unit WAC price | Unit 340B ceiling price | Unit MFP | Rebate amount | Rebate Date Paid | Rejection Reason |
|---|---|---|---|---|---|---|---|---|---|

Exhibit 2 0087