# Dunn Isaacson Rhee

December 22, 2025

Hon. Lance E. Walker
Chief U.S. District Judge
Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, Maine 04101

*Re*:   Defendants' Notice Regarding Portions of the Administrative Record (ECF Doc. 85) in *The American Hospital Association, et al. v. Kennedy, et al.*, No. 2:25-cv-00600-LEW

Dear Chief Judge Walker:

Plaintiffs write to briefly address Defendants' December 22, 2025 submission (ECF Doc. 85) following the hearing your Honor held on December 19, 2025. Defendants' submission was filed without leave of the Court, and after the close of both briefing and argument. It is therefore improper and should be disregarded.

Defendants have known since this case was filed on December 1 that Plaintiffs raise a series of Administrative Procedure Act violations in connection with Defendants' Rebate Program, and have sought preliminary relief under 5 U.S.C. § 705. *See, e.g.*, ECF Doc. 1 ¶¶ 5–6, 11–12, 55, 57–58, 101–05, 133–40; Doc. 3 at 9–11, 20. Defendants were required to submit their response to those arguments on December 15. ECF Doc. 31. They did. ECF Doc. 75. "Neither the Federal Rules nor the Local Rules permits a party to file a surreply to the moving party's reply." *Pardue v. Raymond*, 2025 WL 1883629, at *2 (D. Me. July 8, 2025) (Walker, C.J.) (quotation omitted).

Even if the Court were to consider Defendants' belated submission, the documents they included with their "Notice" only increase Plaintiffs' likelihood of success on the merits. Other than already-public documents (*i.e.*, HRSA's press release, the August 2025 notices, and the public comments), Director Britton's declaration lists correspondence with drug companies as the only

Dunn Isaacson Rhee LLP
401 9th Street, NW
Washington, DC 20004
(202) 240-2900

other contents in the "preliminary" administrative record. *See* ECF Doc. 85-1 ¶ 4.f–4.h. She attaches those materials for only two of the drug companies whose applications Defendants approved. *Id*. ¶¶ 2–3.

Critically, *none* of these new materials cure Defendants' failures to consider or supply a satisfactory explanation about: costs, reasonable alternatives, problems with the alternative dispute resolution process, problems with the Beacon software system, or the many other problems raised by commenters. These newly submitted documents only highlight what is missing from the administrative record. In so doing, they prove Defendants' APA violations. *See Ohio v. EPA*, 603 U.S. 279, 292–94 (2024) (discussing the "rules that guide [a court's] analysis" in arbitrary-and-capricious challenges, including that "an agency cannot simply ignore an important aspect of the problem" (quotation omitted)).

Finally, the Defendants' discussion of remedies in the "Notice" overlooks the present stage of the case. Plaintiffs are currently seeking a preliminary injunction under 5 U.S.C. § 705. Defendants' "Notice" conspicuously speaks of what might occur after a "final judgment," (ECF Doc. 85 at 1), but for now, the record is clear that *preliminary* relief is warranted, *see* 5 U.S.C. § 705 (a "reviewing court . . . may issue all necessary and appropriate process to postpone the effective date of an agency action or to preserve status or rights pending conclusion of the review proceedings.").

Plaintiffs are of course happy to provide any additional submissions should the Court find such briefing helpful.

**Dunn Isaacson Rhee LLP**
401 9th Street, NW
Washington, DC 20004
(202) 240-2900

Respectfully submitted,

*/s/ L. Rush Atkinson*
Karen L. Dunn*
L. Rush Atkinson*
Lyle W. Gruby*
Jenifer N. Hartley**
Tyler T. Mikulis**
**Dunn Isaacson Rhee LLP**
401 9th Street, NW
Washington, DC 20004
(202) 240-2900
kdunn@dirllp.com
ratkinson@dirllp.com
lgruby@dirllp.com
jhartley@dirllp.com
tmikulis@dirllp.com

Melissa A. Hewey
Jennifer S. Riggle
**Drummond Woodsum Attorneys At Law**
84 Marginal Way, Suite 600
Portland, ME 04101
(207) 253-0528
mhewey@dwmlaw.com
jriggle@dwmlaw.com

*\*Admitted pro hac vice.*
*\*\*Admitted in NY only; practice supervised by members of D.C. Bar. Admitted pro hac vice.*

cc: All counsel of record via CM/ECF.

Dunn Isaacson Rhee LLP
401 9th Street, NW
Washington, DC 20004
(202) 240-2900

