# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, *et al.*, | |
| Plaintiffs, | No. 2:25-cv-600-LEW |
| v. | |
| ROBERT F. KENNEDY, JR. SECRETARY of the U.S. Department of Health and Human Services, *et al.*, | |
| Defendants. | |

## NOTICE OF APPEAL

Please take notice that Defendants hereby appeal to the United States Court of Appeals for the First Circuit from this Court's judgment entered December 29, 2025, Doc. No. 90.

Dated: December 29, 2025

                                            Respectfully submitted,

                                            YAAKOV M. ROTH
                                            Principal Deputy Assistant Attorney General
                                            Civil Division

                                            MICHELLE R. BENNETT
                                            Assistant Director
                                            Federal Programs Branch

                                            */s/ Elisabeth J. Neylan*
                                            Elisabeth J. Neylan
                                            Trial Attorney (N.Y. Bar Reg. No. 6125736)
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L St. NW
                                            Washington, DC 20005
                                            Tel: (202) 616-3519; Fax: (202) 616-8460
                                            E-mail: Elisabeth.J.Neylan@usdoj.gov

                                            *Attorneys for Defendants*