IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, THE MAINE HOSPITAL ASSOCIATION, ST. MARY'S REGIONAL MEDICAL CENTER, NATHAN LITTAUER HOSPITAL & NURSING HOME, UNITY MEDICAL CENTER, and DALLAS COUNTY MEDICAL CENTER,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., Secretary of the U.S. Department of Health and Human Services, THOMAS J. ENGELS, Administrator, Health Resources and Services Administration, THE HEALTH RESOURCES AND SERVICES ADMINISTRATION, THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and THE UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 2:25-cv-00600-LEW |

**PROPOSED INTERVENORS' JOINT NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

Proposed Intervenors AbbVie Inc., Pharmacyclics LLC, AstraZenaca Pharmaceuticals LP, Boehringer Ingelheim Pharmaceuticals, Inc., Novo Nordisk Inc., and Pharmaceutical Research and Manufacturers of America, appeal to the United States Court of Appeals for the First Circuit from the order of the United States District Court for the District of Maine, entered in this case on December 18, 2025, denying Proposed Intervenors' motions to intervene. Doc. 83.

The parties to the order appealed from and the names and addresses of their respective

attorneys are as follows:

Dated: December 30, 2025

Daniel L. Rosenthal, Bar #8618
MARCUS | CLEGG
16 Middle Street, Unit 501
Portland, ME 04101
(207) 828-8000
dlr@marcusclegg.com

Respectfully submitted,

/s/ *Kwaku Akowuah*
Kwaku A. Akowuah (admitted *pro hac vice*)
Madeleine Joseph (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street N.W.
Washington, D.C. 20005

Meenakshi Datta (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Email: mdatta@sidley.com

*Counsel for PhRMA*

Jay S. Geller
Law Office of Jay S. Geller
Lunt Professional Building
74 Lunt Road, Suite 206
Falmouth, ME 04105
Telephone: (207) 899-1477
Email: jgeller@jaysgellerlaw.com

/s/ *Matthew S. Owen*
Matthew S. Owen (admitted *pro hac vice*)
Meredith M. Pohl (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP 1301
Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Email: matt.owen@kirkland.com
          meredith.pohl@kirkland.com

*Counsel for AbbVie Inc. and Pharmacyclics LLC*

Allon Kedem*
Jeffrey L. Handwerker*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
(202) 942-5000
(202)942-5999 - fax
allon.kedem@arnoldporter.com
jeffrey.handwerker@arnoldporter.com

/s/ *Jeffrey D. Talbert*
Jeffrey D. Talbert
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY10019-9710
(212) 836-8000
jeff.talbert@arnoldporter.com

*Attorneys for AstraZeneca Pharmaceuticals LP*
*\* Pro hac vice*

| | /s/ *Alfred C. Frawley, IV* |
|---|---|
| Kevin F. King (admitted *pro hac vice*) | Alfred C. Frawley IV (Maine Bar No. 004854) |
| Thomas Brugato (admitted *pro hac vice*) | |
| Daniel G. Randolph (admitted *pro hac vice*) | MCCLOSKEY, MINA, CUNNIFF & FRAWLEY, LLC |
| COVINGTON & BURLING LLP | |
| One City Center | 12 City Center |
| 850 10th Street NW | Portland, ME 04101 |
| Washington, D.C. 20001 | Tel: (207) 772-6805 |
| Tel: (202) 662-6000 | Fax: (207) 879-9374 |
| Fax: (202) 662-6302 | afrawley@lawmmc.com |
| kking@cov.com | |
| tbrugato@cov.com | |
| drandolph@cov.com | |

*Counsel for Boehringer Ingelheim Pharmaceuticals, Inc. and Novo Nordisk Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed with the Clerk of the Court via the Court's CM/ECF system, which sent notification of such filing to all counsel of record by electronic means.

/s/ *Kwaku Akowuah*
Kwaku Akowuah