UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, THE MAINE HOSPITAL ASSOCIATION, ST. MARY'S REGIONAL MEDICAL CENTER, NATHAN LITTAUER HOSPTIAL & NURSING HOME, UNITY MEDICAL CENTER, and DALLAS COUNTY MEDICAL CENTER,<br><br>      Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., Secretary of the U.S. Department of Health and Human Services, THOMAS J. ENGELS, Administrator, Health Resources and Services Administration, THE HEALTH RESOURCES AND SERVICES ADMINISTRATION, THE UNITED STATES DEPARTMET OF HEALTH AND HUMAN SERVICES, and THE UNITED STATES OF AMERICA,<br><br>      Defendants. | Civil Action No. 2:25-cv-00600-LEW |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83.2(c), proposed Intervenors AbbVie, Inc., and Pharmacyclics, LLC (together, "AbbVie"), by and through their undersigned counsel, hereby move the Court to allow the withdrawal of Attorney Jay S. Geller.

AbbVie has retained Paul McDonald and Lucas Fortier of the law firm of Bernstein, Shur, Sawyer & Nelson, P.A., in Portland, Maine, to be substituted for Mr. Geller as local counsel. Messrs. McDonald and Fortier will be filing their Notices of Appearance in conjunction with the filing of this Motion. AbbVie also will continue to be represented by the following counsel of

1

record: Matthew S. Owen, Meredith M. Pohl, and Nick Bell of Kirkland & Ellis LLP.  The granting of this Motion imposes no delay, nor will it prejudice any party.  Accordingly, AbbVie respectfully requests that Mr. Geller be granted leave to withdraw as counsel.

Dated:  January 15, 2026                                     Respectfully submitted,


/s/ *Jay S. Geller*
Jay S. Geller
Law Office of Jay S. Geller
Lunt Professional Building
74 Lunt Road, Suite 206
Falmouth, Maine 04105
(207) 899-1477
jgeller@jaysgellerlaw.com

Attorney for Proposed Intervenors AbbVie, Inc. and Pharmacyclics, LLC

## CERTIFICATE OF SERVICE

    I, Jay S. Geller, hereby certify that on January 15, 2026, I electronically filed the foregoing motion with the United States District Court for the District of Maine by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                                    */s/ Jay S. Geller*
                                                    Jay S. Geller

                                                    Counsel for AbbVie Inc. and Pharmacyclics LLC