# United States Court of Appeals
## For the First Circuit

No. 25-2236

AMERICAN HOSPITAL ASSOCIATION; ST. MARY'S REGIONAL MEDICAL CENTER; MAINE HOSPITAL ASSOCIATION; NATHAN LITTAUER HOSPITAL AND NURSING HOME; UNITY MEDICAL CENTER; DALLAS COUNTY MEDICAL CENTER,

Plaintiffs - Appellees

v.

ROBERT F. KENNEDY, JR., Secretary of the US Department of Health and Human Services; THOMAS J. ENGELS, Administrator Health Resources and Services Administration; HEALTH RESOURCES & SERVICES ADMINISTRATION; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES,

Defendants - Appellants

**JUDGMENT**

Entered: January 20, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellants' assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Melissa A. Hewey
Karen L. Dunn
Jenifer N. Hartley
Lawrence Atkinson
Lyle Gruby

Tyler Thomas Mikulis
Jennifer Riggle
Michael S. Raab
Lindsay Feinberg
Maxwell A. Baldi
Yaakov Roth
Elisabeth Neylan
Michael B. Stuart
Elizabeth C. Kelley
Jay S. Geller
Matthew Scott Owen
Meredith M. Pohl
Nick Bell
Edward S. MacColl
William B. Schultz
Alyssa Howard
Jeffrey L. Handwerker
Jeffrey D. Talbert
Allon Kedem
Daniel L. Rosenthal
Corin R. Swift
Kwaku A. Akowuah
Madeleine Joseph
Meenakshi Datta
Thomas Ross Brugato
Alfred Cecil Frawley IV
Kevin F. King
Daniel Gerard Randolph