# United States Court of Appeals
## For the First Circuit

No. 25-2236

AMERICAN HOSPITAL ASSOCIATION; ST. MARY'S REGIONAL MEDICAL CENTER; MAINE HOSPITAL ASSOCIATION; NATHAN LITTAUER HOSPITAL AND NURSING HOME; UNITY MEDICAL CENTER; DALLAS COUNTY MEDICAL CENTER,

Plaintiffs - Appellees

v.

ROBERT F. KENNEDY, JR., Secretary of the US Department of Health and Human Services; THOMAS J. ENGELS, Administrator Health Resources and Services Administration; HEALTH RESOURCES & SERVICES ADMINISTRATION; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES,

Defendants - Appellants

**MANDATE**

Entered: January 20, 2026

In accordance with the judgment of January 20, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Kwaku A. Akowuah
Lawrence Atkinson
Maxwell A. Baldi
Nick Bell
Thomas Ross Brugato
Meenakshi Datta
Karen L. Dunn
Lindsay Feinberg
Alfred Cecil Frawley IV
Jay S. Geller

Lyle Gruby
Jeffrey L. Handwerker
Jenifer N. Hartley
Melissa A. Hewey
Alyssa Howard
Madeleine Joseph
Allon Kedem
Elizabeth C. Kelley
Kevin F. King
Edward S. MacColl
Tyler Thomas Mikulis
Elisabeth Neylan
Matthew Scott Owen
Meredith M. Pohl
Michael S. Raab
Daniel Gerard Randolph
Jennifer Riggle
Daniel L. Rosenthal
Yaakov Roth
William B. Schultz
Michael B. Stuart
Corin R. Swift
Jeffrey D. Talbert