IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, *et al.*,<br><br>        Plaintiffs,<br><br> v.<br><br>ROBERT F. KENNEDY, JR. SECRETARY of the U.S. Department of Health and Human Services, *et al.*,<br><br>        Defendants. | No. 2:25-cv-600-LEW |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendants respectfully move this Court for an extension of time of 30 days to respond to the Complaint in this matter. In support of this motion, Defendants state as follows:

1. Plaintiffs filed their Complaint on December 1, 2025. Compl., ECF No. 1. They seek to enjoin implementation of and otherwise set aside "the 340B Rebate Model Pilot Program" because it allegedly violates the Administrative Procedure Act ("APA") and ask this Court to declare the program unlawful under § 706 of the APA. *Id.* ¶¶ 52-62, 130-175, Request for Relief.

2. Since the filing of the Complaint, the Parties have briefed Plaintiffs' motion for a temporary restoring order, ECF No. 3, which was converted into a motion for preliminary injunction, *see* Order Granting Motion for Preliminary Injunction ("PI Order"), ECF No. 90. The Court granted Plaintiffs' motion and enjoined Defendants "from implementing the nine individual applications that comprise the 340B Model Rebate Pilot Program pending further order." *Id.* at 24. Defendants sought a stay of that injunction, ECF No. 92, and the Court denied a stay. ECF No. 96. Defendants appealed

the order granting a preliminary injunction and subsequently sought a stay from the First Circuit, which denied the request. Order Denying Motion for Stay, Case No. 25-2236 (1st Cir.), Doc. No. 00118387963. Defendants have since dismissed their appeal. ECF Nos. 109, 110.

3. Defendants' response to the Complaint is presently due on February 3, 2026. Reset Answer Deadline Entry (Dec. 30, 2025).

4. There is a good cause for a 30-day extension of the time to respond to the Complaint. The Parties are presently discussing next steps in this litigation and a 30-day extension of the time to respond to the Complaint would facilitate those discussions. The requested extension will not prejudice any party and will not delay the proceedings.

5. On January 30, 2026, Plaintiffs stated that they do not oppose the extension.

6. For the foregoing reasons, good cause exists for the Court to grant this motion, and Defendants respectfully request that the Court grant the requested extension of time until March 5, 2026.

Dated: January 30, 2026

        Respectfully submitted,

        YAAKOV M. ROTH
        Principal Deputy Assistant Attorney General
        Civil Division

        MICHELLE R. BENNETT
        Assistant Director
        Federal Programs Branch

        */s/ Jason K. Altabet*
        JASON K ALTABET
        Trial Attorney (Md. Bar No. 2211280012)
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, NW
        Washington, DC 20005

Telephone: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov

*Attorneys for Defendants*